# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LINDA MCMAHON, et al., <br> *Defendants*. | No. 25-cv-13242-MJJ |

## MOTION FOR ADMISSION PRO HAC VICE OF DAVID CHIU, YVONNE R. MERÉ, MOLLIE M. LEE, MOLLY ALARCON AND SOPHIA CAI

Pursuant to Local Rule 83.5.3, I, Persis Yu, a member of the bar of this Court and counsel of record for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers, hereby move the admission *pro hac vice* of the following attorneys to serve as counsel for Plaintiff City and County of San Francisco in this matter:

- David Chiu, City Attorney, a member of the bar of California;
- Yvonne R. Meré, Chief Deputy City Attorney, a member of the bar of California;
- Mollie M. Lee, Deputy City Attorney, a member of the bar of California;
- Molly J. Alarcon, Deputy City Attorney, a member of the bar of California;
- Sophia L. Cai, Deputy City Attorney, a member of the bar of California.

As set forth in the accompanying certifications, the foregoing attorneys (1) are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are a member of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

Accordingly, this Court should admit attorneys David Chiu, Yvonne R. Meré, Mollie M. Lee, Molly J. Alarcon and Sophia L. Cai *pro hac vice* to the bar of this Court.

Dated: November 5, 2025

Respectfully submitted,

/s/ *Persis Yu*
Persis Yu (BBO #685951)
PROTECT BORROWERS (a fiscally
sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, DC 20036
Phone: (202) 618-1328
persis@protectborrowers.org

*Counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers*

## **CERTIFICATE OF SERVICE**

    I, Persis Yu, hereby certify that on November 5, 2025, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

| | |
|---|---|
| Dated: November 5, 2025 | /s/ *Persis Yu* <br> Persis Yu |