UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL COUNCIL OF NONPROFITS, *et al.*

           *Plaintiffs*,

    v.

LINDA MCMAHON, in her official capacity as
SECRETARY OF EDUCATION
400 Maryland Avenue SW
Washington, D.C. 20202

    and

DEPARTMENT OF EDUCATION
400 Maryland Avenue SW
Washington, D.C. 20202

           *Defendants*.

No. 1:25-cv-13242

## CERTIFICATE OF DAVID CHIU

In support of my application for admission *pro hac vice* in this matter, I, David Chiu hereby certify that:

1.    I am the City Attorney of the San Francisco City Attorney's Office. I represent the City and County of San Francisco in the above action.

2.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of California.

3.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.        I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.        I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: November 4, 2025                          */s/ David Chiu*
                                                          DAVID CHIU
                                                          SBN: 189542