# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

National Council of Nonprofits, et al. )
　　　　　Plaintiff )
　　v. ) Case No. 25-13242
Linda McMahon, et al. )
　　　　　Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

[See attached for full list of Plaintiffs].

Date: 11/06/2025

/s/ Victoria S. Nugent
*Attorney's signature*

Victoria S. Nugent, DC Bar No. 470800
*Printed name and bar number*

P.O. Box 34553
Washington, D.C. 20043

*Address*

vnugent@democracyforward.org
*E-mail address*

(202) 862-1393
*Telephone number*

(202) 796-4426
*FAX number*

[Print]　[Save As...]　[Reset]

## **Full List of Plaintiffs**

- National Council of Nonprofits
- City of Boston
- City of Albuquerque
- City of Chicago
- Amica Center for Immigrant Rights
- Coalition for Humane Immigrant Rights
- Legal Aid Society of the District of Columbia
- Oasis Legal Services
- American Federation of Teachers
- American Federation of State, County and Municipal Employees
- National Education Association
- National Association of Social Workers