# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| National Council of Nonprofits, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-13242 |
| Linda McMahon, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

[See attached for full list of Plaintiffs].

Date: 11/06/2025

/s/ Sarah Goetz
*Attorney's signature*

Sarah Goetz, DC Bar No. 1645309
*Printed name and bar number*

P.O. Box 34553
Washington, D.C. 20043
*Address*

sgoetz@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*

## Full List of Plaintiffs

- National Council of Nonprofits
- City of Boston
- City of Albuquerque
- City of Chicago
- Amica Center for Immigrant Rights
- Coalition for Humane Immigrant Rights
- Legal Aid Society of the District of Columbia
- Oasis Legal Services
- American Federation of Teachers
- American Federation of State, County and Municipal Employees
- National Education Association
- National Association of Social Workers