AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| National Council of Nonprofits et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13242-MJJ |
| McMahon et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See attached list of Plaintiffs.

Date:   11/06/2025

/s/ R. T. Winston Berkman-Breen
*Attorney's signature*

R. T. Winston Berkman-Breen, NY Bar No. 5559372
*Printed name and bar number*

Protect Borrowers
40 Rector Street, 9th Floor
New York, NY 10006

*Address*

winston@protectborrowers.org
*E-mail address*

(617) 959-4386
*Telephone number*

*FAX number*

**<u>Full List of Plaintiffs</u>**

- National Council of Nonprofits
- City of Boston
- City of Albuquerque
- City of Chicago
- Amica Center for Immigrant Rights
- Coalition for Humane Immigrant Rights
- Legal Aid Society of the District of Columbia
- Oasis Legal Services
- American Federation of Teachers
- American Federation of State, County and Municipal Employees
- National Education Association
- National Association of Social Workers