AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| National Council of Nonprofits, et al.<br>*Plaintiff*<br>v.<br>Linda McMahon, et al.<br>*Defendant* | )<br>)<br>) Case No. 25-13242<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

[See attached for full list of Plaintiffs].

Date: 11/07/2025

/s/ Jennifer Fountain Connolly
*Attorney's signature*

Jennifer Fountain Connolly, DC Bar No. 1019148
*Printed name and bar number*

P.O. Box 34553
Washington, D.C. 20043

*Address*

jconnolly@democracyforward.org
*E-mail address*

202-808-4730
*Telephone number*

(202) 796-4426
*FAX number*

**<u>Full List of Plaintiffs</u>**

- National Council of Nonprofits
- City of Boston
- City of Albuquerque
- City of Chicago
- Amica Center for Immigrant Rights
- Coalition for Humane Immigrant Rights
- Legal Aid Society of the District of Columbia
- Oasis Legal Services
- American Federation of Teachers
- American Federation of State, County and Municipal Employees
- National Education Association
- National Association of Social Workers