AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| National Council of Nonprofits, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-13242-MJJ |
| McMahon, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, City and County of San Francisco                    .

Date:    11/07/2025

/s/ Mollie M. Lee
*Attorney's signature*

Mollie M. Lee (Cal. SBN251404)*
*Printed name and bar number*

San Francisco City Attorney's Office
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102
*Address*

mollie.lee@sfcityatty.org
*E-mail address*

(415) 554-4260
*Telephone number*

(415) 554-3985
*FAX number*

*Authorized to practice pursuant to Local Rule 83.5.3.