AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| National Council of Nonprofits, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13242-MJJ |
| McMahon, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, City and County of San Francisco.

Date: 11/7/2025

/s/ David Chiu
*Attorney's signature*

David Chiu (Cal. SBN189542)*
*Printed name and bar number*

San Francisco City Attorney's Office
City Hall
1 Dr. Carlton B. Goodlett Place, Room 234
San Francisco, CA 94102
*Address*

Luis.A.Zamora@sfcityatty.org
*E-mail address*

(415) 554-4748
*Telephone number*

(415) 554-4715
*FAX number*

*Authorized to practice pursuant to Local Rule 83.5.3.