AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| National Council of Nonprofits, et al. <br> *Plaintiff* <br> v. <br> McMahon, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:25-cv-13242-MJJ <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, City and County of San Francisco .

Date: 11/07/2025

/s/ Yvonne R. Meré
*Attorney's signature*

Yvonne R. Meré (Cal. SBN173594)*
*Printed name and bar number*

San Francisco City Attorney's Office
City Hall
1 Dr. Carlton B. Goodlett Place, Room 234
San Francisco, CA 94102
*Address*

yvonne.mere@sfcityatty.org
*E-mail address*

(415) 554-4708
*Telephone number*

(415) 554-4715
*FAX number*

*Authorized to practice pursuant to Local Rule 83.5.3.