AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| National Council of Nonprofits, et al.<br>*Plaintiff*<br>v.<br>McMahon, et al.<br>*Defendant* | )<br>)<br>) Case No. 1:25-cv-13242-MJJ<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, City and County of San Francisco.

Date:   11/07/2025

/s/ Sophia L. Cai
*Attorney's signature*

Sophia L Cai (Cal. SBN: 327773)*
*Printed name and bar number*

San Francisco City Attorney's Office
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102
*Address*

sophia.cai@sfcityatty.org
*E-mail address*

(415) 554-4274
*Telephone number*

(415) 554-3985
*FAX number*

*Authorized to practice pursuant to Local Rule 83.5.3.