AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| National Council of Nonprofits, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-13242-MJJ |
| Linda McMahon, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
National Council of Nonprofits; City of Boston; City of Albuquerque; City of Chicago; Amica Center for Immigrant Rights; Coalition for Humane Immigrant Rights; Legal Aid Society of the District of Columbia; Oasis Legal Services; American Federation of Teachers; American Federation of State, County and Municipal Employees; National Education Association; National Association of Social Workers

Date: 11/07/2025

/s/ David S. Nahmias
*Attorney's signature*

David S. Nahmias CA Bar No. 324097
*Printed name and bar number*

Protect Borrowers (a fiscally sponsored project of the Shared Ascent Fund)
40 Rector Street, 9th Fl.
New York, NY 10006
*Address*

david.nahmias@protectborrowers.org
*E-mail address*

(202) 618-1348
*Telephone number*

*FAX number*

[Print]  [Save As...]  [Reset]