AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| National Council of Nonprofits, et al.<br>*Plaintiff*<br>v.<br>McMahon, et al.<br>*Defendant* | )<br>)<br>)  Case No.  1:25-cv-13242-MJJ<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, City and County of San Francisco                                                     .

Date:   11/07/2025                                    /s/ Molly J. Alarcon
                                                                    *Attorney's signature*

                                                            Molly Alarcon (Cal. SBN 315244)*
                                                            *Printed name and bar number*

                                                            San Francisco City Attorney's Office
                                                            Fox Plaza
                                                            1390 Market Street, 7th Floor
                                                            San Francisco, CA 94102
                                                            *Address*

                                                            molly.alarcon@sfcityatty.org
                                                            *E-mail address*

                                                            (415) 554-3894
                                                            *Telephone number*

                                                            (415) 437-4644
                                                            *FAX number*

*Authorized to practice pursuant to Local Rule 83.5.3.