AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| National Council of Nonprofits, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13242-MJJ |
| McMahon, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See attached list of Plaintifs.

Date: 11/11/2025

/s/ Khandice Lofton
*Attorney's signature*

Khandice Lofton OH Bar No. 0101015
*Printed name and bar number*

Protect Borrowers
40 Rector Street, 9th Floor
New York, NY 10006
*Address*

khandice@protectborrowers.org
*E-mail address*

(314) 666-0270
*Telephone number*

*FAX number*

Print   Save As...   Reset

**Full List of Plaintiffs**

- National Council of Nonprofits
- City of Boston
- City of Albuquerque
- City of Chicago
- Amica Center for Immigrant Rights
- Coalition for Humane Immigrant Rights
- Legal Aid Society of the District of Columbia
- Oasis Legal Services
- American Federation of Teachers
- American Federation of State, County and Municipal Employees
- National Education Association
- National Association of Social Workers