AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| National Council of Nonprofits, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-13242-MJJ |
| McMahon, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, County of Santa Clara.

Date: 11/14/2025

/s/ Meredith A. Johnson
*Attorney's signature*

Meredith A. Johnson (Cal SBN 291018) *
*Printed name and bar number*

Office of the County Counsel
County of Santa Clara
70 W. Hedding Street, East Wing, 9th Floor
San Jose, CA 95110
*Address*

meredith.johnson@cco.sccgov.org
*E-mail address*

(408) 299-5900
*Telephone number*

(408) 292-7240
*FAX number*

*Authorized to practice pursuant to Local Rule 83.5.3.