IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as SECRETARY OF EDUCATION, *et al.*,<br><br>Defendants. | No. 25-cv-13242 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Heidy L. Gonzalez enters her appearance as counsel for Defendants in this matter.

Dated: November 24, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

MICHELLE BENNETT
Assistant Branch Director, Federal Programs

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
*Trial Attorney*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov
FL Bar No. 1025003

*Attorney for Defendants*

- 1 -