Civil Action No.:  **1:25–CV–13242–MJJ**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) <u>Linda McMahon, in her official capacity as Secretary of Education</u>

was received by me on (date)<u>     11/18/2025     </u>.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :
Service was completed by mailing a copy of the documents listed herein to Linda McMahon, in her official capacity as Secretary of Education, 400 Maryland Avenue, SW, Washington, DC 20202 on 11/18/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3481 28. Service was signed for on 11/19/2025, electronic return receipt attached.

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

<u>        12/2/2025        </u>

Date

<u>        *Carrie Hollingshed*        </u>

*Server's Signature*

<u>        Carrie Hollingshed, Private Process Server        </u>

*Printed name and title*

<u>7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770</u>

*Server's Address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

*National Council of Nonprofits, et al.*
        *Plaintiffs*

                                        *vs.*                    Case No.: 1:25-cv-13242-MJJ

*Linda McMahon, in her official capacity as Secretary of Education, et al.*
        *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet with Attachments, and Complaint

SERVE TO: Linda McMahon, in her official capacity as Secretary of Education

SERVICE ADDRESS: 400 Maryland Avenue, SW, Washington, DC 20202

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Linda McMahon, in her official capacity as Secretary of Education, 400 Maryland Avenue, SW, Washington, DC 20202 on 11/18/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3481 28. Service was signed for on 11/19/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 12/02/2025

*Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: NCN v McMahon*
*Job #:14615675*


**UNITED STATES**
**POSTAL SERVICE**

November 19, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9481 7362 0855 1274 3481 28**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | November 19, 2025, 7:52 am |
| **Location:** | WASHINGTON, DC 20202 |
| **Postal Product:** | Priority Mail Express® |
| **Extra Services:** | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| **Recipient Name:** | LINDA MCMAHON  SECRETARY |
| **Actual Recipient Name:** | L HALL |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | L H; CH |
| Address of Recipient: | EDUC |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Linda McMahon, Secretary
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202
Cost of Service: $29.45
Reference #: 14615675