AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| National Council of Nonprofits, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1::25-cv-13242-MJJ |
| McMahon, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, County of Santa Clara.

Date: 12/03/2025

/s/ Kavita Narayan
*Attorney's signature*

Kavita Narayan (Cal SBN 264191) *
*Printed name and bar number*

Office of the County Counsel
County of Santa Clara
70 W.Hedding Street, East Wing, 9th Floor
San Jose, CA 95110
*Address*

kavita.narayan@cco.sccgov.org
*E-mail address*

(408) 299-5900
*Telephone number*

(408) 292-7240
*FAX number*

*Authorized to practice pursuant to Local Rule 83.5.3.