IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LINDA MCMAHON, et al., <br> *Defendants*. | Civil Case No. 25-CV-13242-MJJ |
| MASSACHUSETTS et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, et al., <br> *Defendants*. | Civil Case No. 25-CV-13244-MJJ |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

The Parties in these related cases respectfully move the Court to set a briefing schedule and oral argument on the Parties' forthcoming cross-motions for summary judgment pursuant to the below stipulation.

1. On October 31, 2025, the Department of Education published final regulations on the Public Service Loan Forgiveness program. *William D. Ford Federal Direct Loan (Direct Loan) Program*, 90 Fed. Reg. 48966. The new regulations take effect on July 1, 2026. *Id.* at 48966.

2. On November 3, 2025, two sets of Plaintiffs brought civil actions in this Court to challenge the regulations. Plaintiffs have designated these above-captioned actions as related and both are assigned to Your Honor.

3.      Both sets of Plaintiffs have conferred with each other and with Defendants. All Parties agree that these cases present legal questions that are likely to be resolved through cross-motions for summary judgment.

4.      Moreover, proceeding to cross-motions for summary judgment is in the interest of all Parties in order to facilitate a ruling in these actions prior to the July 1, 2026 effective date of the regulations.

5.      The Parties propose the following stipulated schedule and proposed page limits for their anticipated cross-motions. The proposed schedule tracks the schedule that has been entered in a third case challenging the regulations, which was brought by a different set of plaintiffs in the U.S. District Court for the District of Columbia (*Robert F. Kennedy Center for Justice and Human Rights et al. v. McMahon et al.*, No. 25 Civ. 3860 (D.D.C.)). Plaintiffs request a hearing on the motions for summary judgment. Defendants defer to the Court on whether a hearing is necessary. The page limits apply to each brief and include a five-page enlargement for each brief from the Court's standing order:

| **Event** | **Date** | **Page Limit** |
|---|---|---|
| Defendants produce Administrative Record | January 12, 2026 | |
| Plaintiffs each file Motion for Summary Judgment | February 13, 2026 | 25 pages |
| Amicus briefs in support of Plaintiffs, if any | February 24, 2026 | 20 pages |
| Defendants file Combined Opposition to Summary Judgment, Motion to Dismiss, and Cross-Motion for Summary Judgment | March 16, 2026 | 35 pages |
| Amicus briefs in support of Defendants, if any | March 23, 2026 | 20 pages |
| Plaintiffs each file Combined Opposition and Reply | April 6, 2026 | 20 pages |

| Defendants file Reply | April 27, 2026 | 10 pages |
|---|---|---|
| Motion Hearing Requested | May 4, 2026, or at the Court's earliest convenience | |

6. Each set of Plaintiffs will file their own briefs: that is, each set of Plaintiffs will file their own motion for summary judgment so that one motion will be filed in each of the two civil actions. Defendants may elect to file one or two sets of briefs: that is, Defendants will elect whether to file one motion in each action or to file one consolidated motion that is the same in both actions.

7. Because judicial review in this case will be based on the administrative record, the Parties agree to dispense with Local Rule 56.1's requirement that a motion for summary judgment be accompanied by a separate statement of undisputed facts, subject to Court approval.

8. In addition to the Administrative Record, the Parties reserve the right to submit declarations in support of summary judgment, as appropriate. All Parties reserve the right to object to any declarations.

9. The Parties reserve the right to seek additional enlargements of pages.

10. The Parties agree that Defendants may defer responding to both complaints until after the Court's ruling on the summary judgment motions, to the extent a response is necessary.

11. The Parties respectfully request that the Court enter the foregoing agreed-upon schedule.

12. A proposed order reflecting the stipulated schedule is attached.

Dated: December 10, 2025                    Respectfully submitted,

                                            */s/ Persis Yu*

Sarah Goetz*                                Persis Yu (BBO #685951)
Jennifer Fountain Connolly*                 PROTECT BORROWERS (a fiscally sponsored
Victoria S. Nugent*                         project of the Shared Ascent Fund)
DEMOCRACY FORWARD FOUNDATION                1025 Connecticut Ave NW, #717
P.O. Box 34553                              Washington, DC 20036
Washington, DC 20043                        Phone: (202) 618-1328
Phone: (202) 448-9090                       persis@protectborrowers.org
Fax: (202) 796-4426
sgoetz@democracyforward.org
jconnolly@democracyforward.org              R. T. Winston Berkman-Breen*
vnugent@democracyforward.org                David S. Nahmias*
                                            Khandice Lofton*
                                            PROTECT BORROWERS (a fiscally sponsored
                                            project of the Shared Ascent Fund)
                                            40 Rector Street, 9th Floor
                                            New York, NY 10006
                                            winston@protectborrowers.org
                                            david.nahmias@protectborrowers.org
                                            khandice@protectborrowers.org

*Counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers*

* Admitted pro hac vice

David Chiu*
*City Attorney*
Yvonne R. Meré*
*Chief Deputy City Attorney*
Mollie M. Lee*
*Chief of Strategic Advocacy*
Molly J. Alarcon*
Sophia L. Cai*
*Deputy City Attorneys*
CITY AND COUNTY OF SAN FRANCISCO
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102
Phone: (415) 355-3308
Cityattorney@sfcityatty.org
Yvonne.Mere@sfcityatty.org
Mollie.Lee@sfcityatty.org
Molly.Alarcon@sfcityatty.org
Sophia.Cai@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

Tony LoPresti*
*County Counsel*
Kavita Narayan*
*Chief Assistant County Counsel*
Meredith A. Johnson*
*Lead Deputy County Counsel*
Laura S. Trice*
Tayryn A. Edwards*
*Deputy County Counsels*
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, Ninth Floor
San José, CA 95110-1770
Phone: (408) 299-5900
Fax: (408) 292-7240
Tony.LoPresti@cco.sccgov.org
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Laura.Trice@cco.sccgov.org
Tayryn.Edwards@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

* Admitted pro hac vice

**ANDREA JOY CAMPBELL**
  Attorney General of Massachusetts

By: */s/ Michael N. Turi*
Michael N. Turi, BBO No. 706205
  *Deputy Chief, Consumer Protection*
  *Division*
Victoria Roytenberg, BBO No. 685283
  *Assistant Attorney General*
Yael Shavit, BBO No. 695333
  *Chief, Consumer Protection Division*
Office of the Attorney General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2387
victoria.roytenberg@mass.gov
michael.turi@mass.gov
yael.shavit@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**PHILIP J. WEISER**
  Attorney General of Colorado

By: */s/ Martha U. Fulford*
Martha Upton Fulford*
  *Assistant Deputy Attorney General*
Sam Wolter*
  *Assistant Attorney General*
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
720-508-6000
Martha.fulford@coag.gov
Samuel.wolter@coag.gov

*Attorneys for the State of Colorado*

**LETITIA JAMES**
  Attorney General of New York

By: */s/ Jessica Ranucci*
Jessica Ranucci*
  *Special Counsel*
Shanna Tallarico*
  *Assistant Attorney General*
28 Liberty Street
New York, NY 10005
(929) 736-3392
jessica.ranucci@ag.ny.gov
shanna.tallarico@ag.ny.gov

*Attorneys for the State of New York*

**ROB BONTA**
  Attorney General for the State of
  California

By: */s/ Daniel A. Osborn*
Nicklas A. Akers, BBO No. 671415
  *Senior Assistant Attorney General*
Bernard A. Eskandari*
  *Supervising Deputy Attorney General*
Daniel A. Osborn*
Caroline E. Wilson*
  *Deputy Attorneys General*
1300 I Street
Sacramento, CA 95814
 Nicklas.Akers@doj.ca.gov
 Bernard.Eskandari@doj.ca.gov
 Daniel.Osborn@doj.ca.gov
 Callie.Wilson@doj.ca.gov

*Attorneys for the People of the State of California*

**KRISTIN K. MAYES**
  Attorney General of Arizona

By: */s/ Kathryn E. Boughton*
Kathryn E. Boughton*
  *Assistant Attorney General*
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Kathryn.Boughton@azag.gov
ACL@azag.gov

*Attorney for the State of Arizona*

**KATHLEEN JENNINGS**
  Attorney General of the State of Delaware

By: */s/ Vanessa L. Kassab*
Ian R. Liston*
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

**ANNE E. LOPEZ**
  Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*

**WILLIAM TONG**
  Attorney General of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold*
  *Solicitor General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.skold@ct.gov

*Attorney for the State of Connecticut*

**BRIAN L. SCHWALB**
  Attorney General for the District of Columbia

By: */s/ Lindsay Marks*
Lindsay Marks*
  *Assistant Attorney General*
  *Public Advocacy Division*
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
(202) 724-6649
lindsay.marks@dc.gov

*Attorney for the District of Columbia*

**KWAME RAOUL**
  Attorney General of Illinois

By: */s/ Katharine Roller*

David D. Day*
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*

Katharine Roller*
  *Complex Litigation Counsel*
Sarah J. Gallo*
  *Assistant Attorney General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 519-1842
Katharine.roller@ilag.gov
Sarah.gallo@ilag.gov

*Attorneys for the State of Illinois*

**AARON M. FREY**
  Attorney General for the State of Maine

By: */s/ Christina M. Moylan*
Christina M. Moylan*
  *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
Fax:  207-287-3145
christina.moylan@maine.gov

*Attorney for the State of Maine*

**ANTHONY G. BROWN**
  Attorney General of Maryland

By: */s/ Keith M. Jamieson*
Keith M. Jamieson*
  *Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6960
kjamieson@oag.state.md.us

*Attorney for the State of Maryland*

**DANA NESSEL**
  Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Daniel Ping*
  *Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov

**KEITH ELLISON**
  Attorney General of Minnesota

By: */s/ Adam Welle*
Adam Welle*
  *Assistant Attorney General*
445 Minnesota Street, Suite 800
St. Paul, MN 55101
(651) 757-1425
Adam.welle@ag.state.mn.us

*Attorney for the State of Minnesota*

PingD@michigan.gov

*Attorneys for the State of Michigan*

**AARON D. FORD**
  Attorney General of Nevada

By: */s/ K. Brunetti Ireland*
K. Brunetti Ireland*
  *Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Attorney for the State of Nevada*

**RAÚL TORREZ**
  Attorney General of the State of New Mexico

By: */s/ Olivia den Dulk*
Olivia den Dulk*
  *Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
odendulk@nmdoj.gov

*Attorney for the State of New Mexico*

**PETER F. NERONHA**
  Attorney General of Rhode Island

**MATTHEW J. PLATKIN**
  Attorney General of New Jersey

By: */s/ Jessica L. Palmer*
Jessica L. Palmer*
Elizabeth R. Walsh*
  *Deputy Attorneys General*
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Jessica.Palmer@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov

*Attorneys for the State of New Jersey*

**DAN RAYFIELD**
  Attorney General of Oregon

By: */s/ Leanne Hartmann*
Leanne Hartmann, BBO #667852
  *Senior Assistant Attorney General*
Kate E. Morrow*
  *Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Leanne.Hartmann@doj.oregon.gov
Kate.E.Morrow@doj.oregon.gov

*Attorneys for the State of Oregon*

**CHARITY R. CLARK**
  Attorney General for the State of Vermont

By: */s/ Marisa-Lyn Menna*
Marisa-Lyn Menna*
  *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2679
mmenna@riag.ri.gov

*Attorney for the State of Rhode Island*

By: */s/ Ryan P. Kane*
Ryan P. Kane*
  *Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

*Attorney for the State of Vermont*

**NICHOLAS W. BROWN**
  Attorney General of Washington
By: */s/ Erica R. Franklin*
Erica R. Franklin*
Julia Doyle*
  *Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Erica.Franklin@atg.wa.gov
Julie.Doyle@atg.wa.gov

*Attorneys for the State of Washington*

**JOSHUA L. KAUL**
  Attorney General of Wisconsin
By: */s/ Samuel T. Ward-Packard*
Samuel T. Ward-Packard*
  *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8938
samuel.ward-packard@wisdoj.gov

*Attorney for Plaintiff State of Wisconsin*

*Pro hac vice application forthcoming

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch

<u>*/s/* Heidy L. Gonzalez</u>
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
*Trial Attorney*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*