# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al.,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>LINDA MCMAHON, et al.,<br>      *Defendants*. | Civil Case No. 25-CV-13242-MJJ |

| | |
|---|---|
| MASSACHUSETTS et al.,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br>      *Defendants*. | Civil Case No. 25-CV-13244-MJJ |

**[PROPOSED] SCHEDULING ORDER**

The Court has considered the parties' joint motion for a scheduling order. It is hereby **ORDERED** that the parties shall file dispositive motions according to the following schedule:

| **Event** | **Date** | **Page Limit** |
|---|---|---|
| Defendants produce Administrative Record | January 12, 2026 | |
| Plaintiffs file Motion for Summary Judgment | February 13, 2026 | 25 pages |
| Amicus briefs in support of Plaintiffs, if any | February 24, 2026 | 20 pages |
| Defendants file Consolidated Opposition to Summary Judgment, Motion to Dismiss, and Cross-Motion for Summary Judgment | March 16, 2026 | 35 pages |

| Amicus briefs in support of Defendants, if any | March 23, 2026 | 20 pages |
| --- | --- | --- |
| Plaintiffs file Consolidated Opposition and Reply | April 6, 2026 | 20 pages |
| Defendants file Reply | April 27, 2026 | 10 pages |
| Motion hearing Requested | May 4, 2026, or at the Court's earliest convenience | |

It is further **ORDERED** that the parties are relieved of the requirements to include Local Rule 56.1 statements.

It is further **ORDERED** that Defendants' deadline to respond to both complaints is deferred until after the Court's ruling on the summary judgment motions, to the extent a response is necessary.

_____
Judge Myong J. Joun
United States District Judge