AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| National Council of Nonprofits, et al.<br>*Plaintiff* | )<br>) | |
| v. | ) | Case No.   1::25-cv-13242-MJJ |
| McMahon, et al.<br>*Defendant* | )<br>) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, County of Santa Clara                                                                                                          .

Date:  12/12/2025

/s/ Tayryn Edwards
*Attorney's signature*

Tayryn Edwards (Cal SBN 344959) *
*Printed name and bar number*

Office of the County Counsel
County of Santa Clara
70 W.Hedding Street, East Wing, 9th Floor
San Jose, CA 95110
*Address*

tayryn.edwards@cco.sccgov.org
*E-mail address*

(408) 299-5900
*Telephone number*

(408) 292-7240
*FAX number*

*Authorized to practice pursuant to Local Rule 83.5.3