AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| National Council of Nonprofits, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 25-13242 |
| Linda McMahon, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

[See attached for full list of Plaintiffs]                                                              .

Date:    12/15/2025                                        /s/ Simon C. Brewer
                                                            *Attorney's signature*

                                                    Simon C. Brewer (CT 441889)
                                                    *Printed name and bar number*

                                                    P.O. Box 34553
                                                    Washington, D.C. 20043

                                                            *Address*

                                                    sbrewer@democracyforward.org
                                                            *E-mail address*

                                                    (202) 448-9090
                                                        *Telephone number*

                                                    (202) 796-4426
                                                        *FAX number*

## **Full List of Plaintiffs**

- National Council of Nonprofits
- City of Boston
- City of Albuquerque
- City of Chicago
- City and County of San Francisco
- County of Santa Clara
- Amica Center for Immigrant Rights
- Coalition for Humane Immigrant Rights
- Legal Aid Society of the District of Columbia
- Oasis Legal Services
- American Federation of Teachers
- American Federation of State, County and Municipal Employees
- National Education Association
- National Association of Social Workers