IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA MCMAHON, et al.,<br>*Defendants*. | Civil Case No. 25-CV-13242-MJJ |

| | |
|---|---|
| MASSACHUSETTS et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br>*Defendants*. | Civil Case No. 25-CV-13244-MJJ |

**DEFENDANTS' NOTICE OF PRODUCTION OF THE ADMINISTRATIVE RECORD**

Defendants hereby provide notice that the administrative record has been produced to Plaintiffs. *See* Exhibit A. Defendants have also mailed an electronic copy of the administrative record to the Clerk's Office.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/* Heidy L. Gonzalez
HEIDY L. GONZALEZ
(FL Bar No. 1025003)

*Trial Attorney*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Counsel for Defendants*