## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al.,<br><br>       *Plaintiffs*,<br><br>  v.<br><br>LINDA MCMAHON, et al.,<br>       *Defendants*. | Civil Case No. 25-CV-13242-MJJ |
| MASSACHUSETTS et al.,<br><br>       *Plaintiffs*,<br><br>  v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br>       *Defendants*. | Civil Case No. 25-CV-13244-MJJ |

## **CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD**

I, Candice Jackson, declare as follows:

1. I am Deputy General Counsel at the United States Department of Education. I have been employed in that capacity since January 20, 2025, and in that capacity am responsible for supervising attorneys who have prepared the Administrative Record in this case.

2. As part of my duties as Deputy General Counsel, I have been provided with information regarding the compilation of the Administrative Record in the above-captioned matter and the documents contained therein.

3. I certify that the attached list includes, to the best of my knowledge, all non-privileged documents that constitute the Administrative Record underlying the final rule that is the subject of this litigation. *See* William D. Ford Direct Loan (Direct Loan) Program, 90 Fed. Reg. 48966 (Oct. 31, 2025).

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of January, 2026, in Washington, D.C.

Candice Jackson
Deputy General Counsel
United States Department of Education

## ADMINISTRATIVE RECORD INDEX

| Doc No. | Document Title | Bates Number |
|---|---|---|
| **Notice of Proposed Rulemaking Comments** | | |
| 1 | Comments to Docket ED-2025-OPE-0016 on ED-2025-OPE-0016-7221 (attachments included for comments that contain attachments) | ED_00001 – ED_00727 |
| 2 | ED-2025-OPE-0016 Comment Post Log NRPM | ED_00728 |
| 3 | ED-2025-OPE-0016 Comment Submission Detail Report (printed Sep. 24, 2025) | ED_00729 – ED_00899 |
| **Public Hearing Comments** | | |
| 4 | Comments to Docket ED-2025-OPE-0016 on ED-2025-OPE-0016-0001 (attachments included for comments that contain attachments) | ED_00900 – ED_01116 |
| 5 | ED-2025-OPE-0016 Comment Post Log Public Hearing | ED_01117 |
| **Notice of Proposed Rulemaking Footnotes** | | |
| 6 | Milan N. Ball, *The Illegality Doctrine and 501(c)(3) Organizations,* Congress.Gov (Aug. 14, 2024), https://www.congress.gov/crs-product/IF12739 (n.9) | ED_01118 – ED_01121 |
| 7 | Jean Wright & Jay H. Rotz, *Illegality and Public Policy Considerations, in* IRS Exempt Organizations Continuing Professional Education Technical Instruction Program Textbook, 17th Ed. (IRS Exempt Organizations Technical Division, ed. 1993) (n.12) | ED_01122 – ED_01144 |
| 8 | Exec. Order No. 14,187, Protecting Children From Chemical and Surgical Mutilation, 90 Fed. Reg. 8771 (Jan. 28, 2025), https://www.federalregister.gov/documents/2025/02/03/2025-02194/protecting-children-from-chemical-and-surgical-mutilation (n.16) | ED_01145 – ED_01151 |
| 9 | *United States v. Skrmetti*, No. 23-477 (U.S. June 18, 2025) (n.17 & n.23) | ED_01152 – ED_01269 |

| Doc No. | Document Title | Bates Number |
|---|---|---|
| 10 | Amy Harmon, *27 States Have Restricted Gender-Transition Treatments for Minors Since 2021*, N.Y. Times (June 18, 2025), https://www.nytimes.com/2025/06/18/us/politics/states-trans-treatments-scotus.html (n.18 & n.24) | ED_01270 – ED_01271 |
| 11 | U.S. Dep't of State, *Foreign Terrorist Organizations*, https://www.state.gov/foreign-terrorist-organizations/ (n.19) | ED_01272 – ED_01282 |
| 12 | Holly Straut-Eppsteiner, *Primer on U.S. Immigration Policy*, Congress.Gov (Mar. 31, 2025), https://www.congress.gov/crs-product/R45020 (n.20) | ED_01283 – ED_01309 |
| 13 | Exec. Order No. 14,235, Restoring Public Service Loan Forgiveness, 90 Fed. Reg. 11,885 (Mar. 7, 2025), https://www.federalregister.gov/documents/2025/03/12/2025-04103/restoring-public-service-loan-forgiveness (n.21) | ED_01310 – ED_01313 |
| 14 | Fed. Student Aid, *Public Service Loan Forgiveness (PSLF)*, https://studentaid.gov/manage-loans/forgiveness-cancellation/public-service (n.25) | ED_01314 – ED_01318 |
| 15 | Nat'l Council of Nonprofits, *Nonprofit Workforce Shortages: A Crisis That Affects Everyone*, https://www.councilofnonprofits.org/reports/nonprofit-workforce-shortages-crisis-affects-everyone (n.26) | ED_01319 – ED_01322 |
| 16 | U.S. Gov't Accountability Off., GAO-18-547, Public Service Loan Forgiveness: Education Needs to Provide Better Information for the Loan Servicer and Borrowers (2018), https://www.gao.gov/assets/700/694506.pdf (n.27) | ED_01323 – ED_01363 |
| 17 | Student Borrower Prot. Ctr. & Am. Fed'n of Tchrs., *Broken Promises: Employer Certification Failure* (Aug. 2020), https://protectborrowers.org/wp-content/uploads/2020/08/ECF-Failures.pdf (n.28) | ED_01364 – ED_01406 |
| 18 | Consumer Fin. Prot. Bureau, *Staying on track while giving back: The cost of student loan servicing breakdowns for people serving their communities* (June 2017) (n.29) | ED_01407 – ED_01457 |
| 19 | MissionSquare Rsch. Inst., *The Ripple Effect of Student Debt: Shaping Careers, Financial Choices, and Well-Being in Public and Private Sectors* (Feb. 2025) (n.30) | ED_01458 – ED_01473 |

| Doc No. | Document Title | Bates Number |
|---|---|---|
| 20 | Julia Turner, Kathryn Blanchard & Rajeev Darolia, *Where Do Borrowers Who Benefit from Public Service Loan Forgiveness Work?*, U.S. Dep't of Educ. (Jan. 2025), https://www.nea.org/sites/default/files/2025-03/where-do-borrowers-who-benefit-from-pslf-work.pdf (n.31) | ED_01474 – ED_01484 |
| 21 | PSLF NPRM Footnotes | ED_01485 – ED_01487 |
| **Final Rule Footnotes** | | |
| 22 | Preston Cooper & Alexander Holt, *Turn Public Service Loan Forgiveness into a State Block Grant*, AEIdeas (Apr. 17, 2025), https://cosm.aei.org/turn-public-service-loan-forgiveness-into-a-state-block-grant/ (n.1) | ED_01488 – ED_01493 |
| 23 | Kaitlin Mulhere, *It Just Got a Lot Easier to Qualify for Public Service Loan Forgiveness*, Money (Oct. 6, 2021), https://money.com/public-service-loan-forgiveness-changes-waiver/ (n.2) | ED_01494 – ED_01500 |
| 24 | Nat'l Legal Aid & Def. Ass'n, *Public Service Loan Forgiveness and the Justice System*, https://www.nlada.org/pslf-and-justice (n.3) | ED_01501 – ED_01528 |
| 25 | *I.R.S. Gen. Couns. Mem.* 34631, 1971 WL 28756 (Oct. 4, 1971) (n.4) | ED_01529 – ED_01534 |
| 26 | Dep't of Educ., *Student Aid Overview* (FY 2025 Budget Proposal) (n.5) | ED_01535 – ED_01545 |
| 27 | Master Promissory Note (MPN) Direct Subsidized Loans and Direct Unsubsidized Loans William D. Ford Federal Direct Loan Program, OMB No. 1845-0007, https://studentaid.gov/mpn/subunsub/preview (n.7) | ED_01546 – ED_01559 |
| 28 | Julia Turner, Kathryn Blanchard & Rajeev Darolia, *Where Do Borrowers Who Benefit from Public Service Loan Forgiveness Work?*, U.S. Dep't of Educ. (Jan. 2025), https://www.nea.org/sites/default/files/2025-03/where-do-borrowers-who-benefit-from-pslf-work.pdf (n.8) | ED_01560 – ED_01570 |
| 29 | PSLF Final Rule Footnotes | ED_01571 – ED_01572 |
| **Comments Bulk Spreadsheet** | | |
| 30 | PSLF Bulk Download (produced in native format) | ED_01573 |
| **Transcripts** | | |
| 31 | Negotiated Rulemaking Public Hearing Transcript – Session 1, Day 1, Morning (Apr. 29, 2025) | ED_01574 – ED_01684 |

| Doc No. | Document Title | Bates Number |
|---|---|---|
| 32 | Negotiated Rulemaking Public Hearing Transcript – Session 1, Day 1, Afternoon (Apr. 29, 2025) | ED_01685 – ED_01706 |
| 33 | Negotiated Rulemaking Public Hearing Transcript – Session 1, Day 2, Morning (May 1, 2025) | ED_01707 – ED_01825 |
| 34 | Negotiated Rulemaking Public Hearing Transcript – Session 1, Day 2, Afternoon (May 1, 2025) | ED_01826 – ED_01920 |
| 35 | Negotiated Rulemaking Transcript – Session 1, Day 1, Morning (June 30, 2025) | ED_01921 – ED_02028 |
| 36 | Negotiated Rulemaking Transcript – Session 1, Day 1, Afternoon (June 30, 2025) | ED_02029 – ED_02138 |
| 37 | Negotiated Rulemaking Transcript – Session 1, Day 2, Morning (July 1, 2025) | ED_02139 – ED_02251 |
| 38 | Negotiated Rulemaking Transcript – Session 1, Day 2, Afternoon (July 1, 2025) | ED_02252 – ED_02339 |
| 39 | Negotiated Rulemaking Transcript – Session 1, Day 3, Morning (July 2, 2025) | ED_02340 – ED_02414 |
| 40 | Negotiated Rulemaking Transcript – Session 1, Day 3, Afternoon (July 2, 2025) | ED_02415 – ED_02435 |
| **Federal Register Notices** | | |
| 41 | Intent to Receive Public Feedback for the Development of Proposed Regulations and Establish Negotiated Rulemaking Committee, 90 Fed. Reg. 14,741 (Apr. 4, 2025) | ED_02436 – ED_02438 |
| 42 | Negotiated Rulemaking Committee; Negotiator Nominations and Schedule of Committee Meetings, 90 Fed. Reg. 20,142 (May 12, 2025) | ED_02439 – ED_02441 |
| 43 | William D. Ford Federal Direct Loan (Direct Loan) Program, 90 Fed. Reg. 40,154 (Aug. 18, 2025) (Notice of Proposed Rulemaking) | ED_02442 – ED_02464 |
| 44 | William D. Ford Federal Direct Loan (Direct Loan) Program, 90 Fed. Reg. 48,966 (Oct. 31, 2025) (Notice of Final Rule) | ED_02465 – ED_02501 |
| **Materials Distributed by the Department Presession** | | |
| 45 | Exec. Order No. 14,235, Restoring Public Service Loan Forgiveness (Mar. 7, 2025) | ED_02502 – ED_02505 |
| 46 | PSLF Discussion Draft as of 06-23-25 for Committee Use Only | ED_02506 – ED_02513 |
| 47 | 2025 Negotiated Rulemaking Public Service Loan Forgiveness Committee Agenda (Session 1, June 30 – July 2, 2025) | ED_02514 – ED_02515 |

| Doc No. | Document Title | Bates Number |
|---|---|---|
| 48 | 2025 Negotiated Rulemaking Public Service Loan Forgiveness Committee List (June 30 – July 2, 2025) | ED_02516 – ED_02517 |
| 49 | 2025 Negotiated Rulemaking Public Service Loan Forgiveness Committee Protocols | ED_02518 – ED_02522 |
| 50 | 2025 Negotiated Rulemaking Public Service Loan Forgiveness Committee List of Links to Other Laws | ED_02523 – ED_02524 |
| 51 | PSLF Negotiated Rulemaking Additional Links | ED_02525 |
| **Materials Distributed by the Negotiators During Day 1** | | |
| 52 | 2025-neg-reg-pslf-issue-paper-oguh-peoplejoy-comments-submitted-emeka-oguh-110334.pdf | ED_02526 – ED_02529 |
| 53 | 2025-student-loan-and-affordability-committee-neg-regs-submitted-mary-lyn-hammer-110312.pdf | ED_02530 – ED_02534 |
| 54 | 2025-neg-reg-buy-back-proposal-june-30-110333.pdf | ED_02535 – ED_02539 |
| 55 | candidly-economic-analysis-cost-effectiveness-of-pslf-submitted-laurel-taylor-110311.pdf | ED_02540 – ED_02545 |
| 56 | 2025-neg-reg-proposed-language-protect-borrowers-currently-working-towards-pslf-submitted-alyssa-dobson-110335.pdf | ED_02546 |
| 57 | 2025-neg-reg-employer-eligibility-determination-language-submitted-tracy-ireland-110316.pdf | ED_02547 |
| 58 | 2025-neg-reg-employed-time-of-application-submitted-mary-lyn-hammer-110317.pdf | ED_02548 |
| 59 | 2025-neg-reg-item-30v-language-change-suggestion-submitted-tracy-ireland-110319.pdf | ED_02549 |
| 60 | 2025-neg-reg-employer-notification-employees-of-ineligible-status-new-section-j-submitted-mary-lyn-hammer-110320.pdf | ED_02550 |
| **Materials Distributed by the Department During Day 1** | | |
| 61 | neg-reg-2025-draft-paragraph-h-pslf-reg-text-063025-110322.pdf | ED_02551 |
| **Materials Distributed by the Negotiators During Day 2** | | |
| 62 | 2025-neg-reg-pslf-qualified-employer-definition-draft-submitted-rebecca-stanley-july-1-110330.pdf | ED_02552 |
| 63 | proposed-amendment-2025-neg-reg-employer-reinstatement-option-oguh-peoplejoy-submitted-emeka-oguh-110348.pdf | ED_02553 – ED_02554 |
| 64 | 2025-neg-reg-military-and-veteran-student-proposal-regarding-subsections-h-and-i-submitted-bob-carey-110344.pdf | ED_02555 |

| Doc No. | Document Title | Bates Number |
|---|---|---|
| 65 | 2025-neg-reg-definition-question-and-recommendation-submitted-tracy-ireland-110345.pdf | ED_02556 |
| 66 | 2025-neg-reg-proposal-additional-borrower-notification-submitted-mary-lyn-hammer-110346.pdf | ED_02557 |
| 67 | 2025-neg-reg-proposal-chemical-and-surgical-castration-and-mutilation-submitted-bob-carey-110347.pdf | ED_02558 |
| 68 | 2025-neg-reg-anti-discrimination-language-submitted-bob-carey-110350.pdf | ED_02559 |
| 69 | 2025-neg-reg-additional-support-definition-question-and-recommendation-submitted-tracy-ireland-110351.pdf | ED_02560 |
| 70 | 2025-neg-reg-reinstatement-language-submitted-kaity-mcneill-110352.pdf | ED_02561 |
| 71 | 2025-neg-reg-proposed-revised-language-protect-those-sharing-ein-submitted-rebecca-stanley-110353.pdf | ED_02562 |
| 72 | 2025-neg-reg-29-day-proposal-submitted-thomas-aiello-110354.pdf | ED_02563 |
| 73 | 2025-neg-reg-updated-mil-vet-student-negotiator-proposal-section-h-submitted-bob-carey-110355.pdf | ED_02564 |
| 74 | 2025-neg-reg-proposed-framework-identifying-employers-substantial-illegal-purpose-submitted-helen-faith-110361.pdf | ED_02565 – ED_02567 |
| 75 | 2025neg-reg-notification-of-regained-eligibility-submitted-scott-buchanan-110357.pdf | ED_02568 – ED_02569 |
| 76 | neg-reg-2025-proposal-amend-definition-of-qualifying-employer-submitted-abby-shafroth-110419.pdf | ED_02570 |
| **Materials Distributed by the Department During Day 2** | | |
| 77 | 2025-neg-reg-pslf-discussion-paper-final-day-2-july-1-110331.pdf | ED_02571 – ED_02579 |
| 78 | 2025-neg-reg-employer-reinstatement-option-pslf-reg-text-july-1-110332.pdf | ED_02580 |
| 79 | 2025-pslf-discussion-paper-final-day-2-of-1-pm-110358.pdf | ED_02581 – ED_02590 |
| **Materials Distributed by the Department During Day 3** | | |
| 80 | 2025-pslf-discussion-paper-final-day-3-110359.pdf | ED_02591 – ED_02600 |

| Doc No. | Document Title | Bates Number |
|---|---|---|
| 81 | 2025-pslf-discussion-paper-final-day-3-07022025-110360.pdf | ED_02601 – ED_02610 |
| 82 | 2025-neg-reg-fsa-screenshare-documentation-110362.pdf | ED_02611 – ED_02613 |
| 83 | 2025-pslf-discussion-paper-final-day-3-070225-final-version-consensus-110363.pdf | ED_02614 – ED_02623 |