IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., <br><br>　　　　　　　　*Plaintiffs*, <br><br>　　v. <br><br>LINDA MCMAHON, et al., <br>　　　　　　　　*Defendants*. | Civil Case No. 25-CV-13242-MJJ |
| MASSACHUSETTS et al., <br><br>　　　　　　　　*Plaintiffs*, <br><br>　　v. <br><br>U.S. DEPARTMENT OF EDUCATION, et al., <br>　　　　　　　　*Defendants*. | Civil Case No. 25-CV-13244-MJJ |

### DEFENDANTS' NOTICE OF FILING ADMINISTRATIVE RECORD

　　Pursuant to the Court's January 13, 2026 electronic order, Defendants hereby file the administrative record in this case.

　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　MICHELLE BENNETT
　　　　　　　　　　　　　　　　　　Assistant Branch Director
　　　　　　　　　　　　　　　　　　Federal Programs Branch

　　　　　　　　　　　　　　　　　　*/s/* Heidy L. Gonzalez
　　　　　　　　　　　　　　　　　　HEIDY L. GONZALEZ
　　　　　　　　　　　　　　　　　　(FL Bar No. 1025003)
　　　　　　　　　　　　　　　　　　*Trial Attorney*
　　　　　　　　　　　　　　　　　　U.S. Department of Justice,

                                        Civil Division, Federal Programs
                                        1100 L Street, N.W.
                                        Washington, DC  20005
                                        Tel: (202) 598-7409
                                        Email: heidy.gonzalez@usdoj.gov

*Counsel for Defendants*