UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al.,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>LINDA MCMAHON, et al.,<br>      *Defendants*. | Civil Case No. 25-CV-13242-MJJ |
| MASSACHUSETTS et al.,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br>      *Defendants*. | Civil Case No. 25-CV-13244-MJJ |

**JOINT MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule 7.1, and after meeting and conferring regarding the relief requested in this Motion, the Parties in these related cases now jointly move the Court for an order allowing the Parties to file briefs exceeding the default page limits for their upcoming filings related to summary judgment, as follows:

- Plaintiff National Council of Nonprofits et al.'s Motion for Summary Judgment: 35 pages

- Plaintiff States' Motion for Summary Judgment: 35 pages

- Defendants' Opposition and Cross-Motion for Summary Judgment: 45 pages

Good cause exists for this request to allow excess pages for summary judgment briefing. This case raises significant challenges to Department of Education's Final Rule related to the Public Service Loan Forgiveness Regulation. Plaintiffs' arguments related to summary judgment on the Final Rule will encompass several unique challenges to the Department's actions requiring additional pages, and likewise, Defendants' responses and defenses will require additional pages.

Wherefore, all Plaintiffs and Defendants respectfully request that the Court grant this request and allow the requested excess pages.

Dated: January 26, 2026

Respectfully submitted,

*/s/ Persis Yu*

Sarah Goetz*
Jennifer Fountain Connolly*
Victoria S. Nugent*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
sgoetz@democracyforward.org
jconnolly@democracyforward.org
vnugent@democracyforward.org

Persis Yu (BBO #685951)
PROTECT BORROWERS (a fiscally sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, DC 20036
Phone: (202) 618-1328
persis@protectborrowers.org

R. T. Winston Berkman-Breen*
David S. Nahmias*
Khandice Lofton*
PROTECT BORROWERS (a fiscally sponsored project of the Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
winston@protectborrowers.org
david.nahmias@protectborrowers.org
khandice@protectborrowers.org

*Counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers*

\* Admitted pro hac vice

David Chiu*
*City Attorney*
Yvonne R. Meré*
*Chief Deputy City Attorney*
Mollie M. Lee*
*Chief of Strategic Advocacy*
Molly J. Alarcon*
Sophia L. Cai*
*Deputy City Attorneys*
CITY AND COUNTY OF SAN FRANCISCO
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102
Phone: (415) 355-3308
Cityattorney@sfcityatty.org
Yvonne.Mere@sfcityatty.org
Mollie.Lee@sfcityatty.org
Molly.Alarcon@sfcityatty.org
Sophia.Cai@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

Tony LoPresti*
*County Counsel*
Kavita Narayan*
*Chief Assistant County Counsel*
Meredith A. Johnson*
*Lead Deputy County Counsel*
Laura S. Trice*
Tayryn A. Edwards*
*Deputy County Counsels*
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, Ninth Floor
San José, CA 95110-1770
Phone: (408) 299-5900
Fax: (408) 292-7240
Tony.LoPresti@cco.sccgov.org
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Laura.Trice@cco.sccgov.org
Tayryn.Edwards@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

\* Admitted pro hac vice

**ANDREA JOY CAMPBELL**
  Attorney General of Massachusetts

By: */s/Victoria Roytenberg*
Victoria Roytenberg, BBO No. 685283
  *Assistant Attorney General*
Michael Turi, BBO No. 706205
  *Deputy Chief, Consumer Protection*
  *Division*
Yael Shavit, BBO No. 695333
  *Chief, Consumer Protection Division*
Office of the Attorney General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2387
victoria.roytenberg@mass.gov
michael.turi@mass.gov
yael.shavit@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**PHILIP J. WEISER**
  Attorney General of Colorado

By: */s/ Martha U. Fulford*
Martha Upton Fulford*
  *Assistant Deputy Attorney General*
Sam Wolter*
  *Assistant Attorney General*
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
720-508-6000
Martha.fulford@coag.gov
Samuel.wolter@coag.gov

*Attorneys for the State of Colorado*

**LETITIA JAMES**
  Attorney General of New York

By: */s/ Jessica Ranucci*
Jessica Ranucci*
  *Special Counsel*
Shanna Tallarico*
  *Assistant Attorney General*
28 Liberty Street
New York, NY 10005
(929) 736-3392
jessica.ranucci@ag.ny.gov
shanna.tallarico@ag.ny.gov

*Attorneys for the State of New York*

**ROB BONTA**
  Attorney General for the State of California

By: */s/ Daniel A. Osborn*
Nicklas A. Akers, BBO No. 671415
  *Senior Assistant Attorney General*
Bernard A. Eskandari*
  *Supervising Deputy Attorney General*
Daniel A. Osborn*
Caroline E. Wilson*
  *Deputy Attorneys General*
1300 I Street
Sacramento, CA 95814
Nicklas.Akers@doj.ca.gov
Bernard.Eskandari@doj.ca.gov
Daniel.Osborn@doj.ca.gov
Callie.Wilson@doj.ca.gov

*Attorneys for the People of the State of California*

**KRISTIN K. MAYES**
  Attorney General of Arizona

By: */s/ Kathryn E. Boughton*
Kathryn E. Boughton*
  *Assistant Attorney General*
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Kathryn.Boughton@azag.gov
ACL@azag.gov

*Attorney for the State of Arizona*

**KATHLEEN JENNINGS**
  Attorney General of the State of Delaware

By: */s/ Vanessa L. Kassab*
Ian R. Liston*
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

**WILLIAM TONG**
  Attorney General of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold*
  *Solicitor General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.skold@ct.gov

*Attorney for the State of Connecticut*

**BRIAN L. SCHWALB**
  Attorney General for the District of Columbia

By: */s/ Lindsay Marks*
Lindsay Marks*
  *Assistant Attorney General*
  *Public Advocacy Division*
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
(202) 724-6649
lindsay.marks@dc.gov

*Attorney for the District of Columbia*

| | |
|---|---|
| **ANNE E. LOPEZ**<br>  Attorney General for the State of Hawaiʻi<br><br>By: */s/ Kalikoʻonālani D. Fernandes*<br>David D. Day*<br>  *Special Assistant to the Attorney General*<br>Kalikoʻonālani D. Fernandes*<br>  *Solicitor General*<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov<br><br>*Attorneys for the State of Hawaiʻi* | **KWAME RAOUL**<br>  Attorney General of Illinois<br><br>By: */s/ Katherine Roller*<br>Katharine Roller*<br>  *Complex Litigation Counsel*<br>Sarah J. Gallo*<br>  *Assistant Attorney General*<br>Office of the Illinois Attorney General<br>115 LaSalle Street<br>Chicago, IL 60603<br>(773) 519-1842<br>Katharine.roller@ilag.gov<br>Sarah.gallo@ilag.gov<br><br>*Attorneys for the State of Illinois* |
| **AARON M. FREY**<br>  Attorney General for the State of Maine<br><br>By: */s/ Christina M. Moylan*<br>Christina M. Moylan*<br>  *Assistant Attorney General*<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME  04333-0006<br>Tel.: 207-626-8800<br>Fax: 207-287-3145<br>christina.moylan@maine.gov<br><br>*Attorney for the State of Maine* | **ANTHONY G. BROWN**<br>  Attorney General of Maryland<br><br>By: */s/ Keith M. Jamieson*<br>Keith M. Jamieson*<br>  *Assistant Attorney General*<br>Office of the Attorney General<br>200 Saint Paul Place<br>Baltimore, Maryland 21202<br>(410) 576-6960<br>kjamieson@oag.state.md.us<br><br>*Attorney for the State of Maryland* |
| **DANA NESSEL**<br>  Attorney General of Michigan<br><br>By: */s/ Neil Giovanatti*<br>Neil Giovanatti*<br>Daniel Ping*<br>  *Assistant Attorneys General* | **KEITH ELLISON**<br>  Attorney General of Minnesota<br><br>By: */s/ Adam Welle*<br>Adam Welle*<br>  *Assistant Attorney General*<br>445 Minnesota Street, Suite 800 |

Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov

*Attorneys for the State of Michigan*

**AARON D. FORD**
  Attorney General of Nevada

By: */s/ K. Brunetti Ireland*
K. Brunetti Ireland*
  *Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Attorney for the State of Nevada*

**RAÚL TORREZ**
  Attorney General of the State of New Mexico

By: */s/ Olivia den Dulk*
Olivia den Dulk*
  *Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
odendulk@nmdoj.gov

*Attorney for the State of New Mexico*

St. Paul, MN 55101
(651) 757-1425
Adam.welle@ag.state.mn.us

*Attorney for the State of Minnesota*

**JENNIFER DAVENPORT**
  Acting Attorney General of New Jersey

By: */s/ Andrew Yang*
Andrew Yang**
  *Deputy Attorney General*
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5278
Andrew.Yang@law.njoag.gov

*Attorney for the State of New Jersey*

**DAN RAYFIELD**
  Attorney General of Oregon

By: */s/ Leanne Hartmann*
Leanne Hartmann, BBO #667852
  *Senior Assistant Attorney General*
Kate E. Morrow*
  *Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Leanne.Hartmann@doj.oregon.gov
Kate.E.Morrow@doj.oregon.gov

*Attorneys for the State of Oregon*

<div style="display: flex;">

<div>

**PETER F. NERONHA**
  Attorney General of Rhode Island

By: */s/ Chandana Pandurangi*
Chandana Pandurangi*
  *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2806
cpandurangi@riag.ri.gov

*Attorney for the State of Rhode Island*


**NICHOLAS W. BROWN**
  Attorney General of Washington
By: */s/ Erica R. Franklin*
Erica R. Franklin*
Julia Doyle*
  *Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Erica.Franklin@atg.wa.gov
Julie.Doyle@atg.wa.gov

*Attorneys for the State of Washington*


**Admitted pro hac vice*
*** Pro hac vice forthcoming*

</div>

<div>

**CHARITY R. CLARK**
  Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
  *Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

*Attorney for the State of Vermont*


**JOSHUA L. KAUL**
  Attorney General of Wisconsin
By: */s/ Samuel T. Ward-Packard*
Samuel T. Ward-Packard*
  *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8938
samuel.ward-packard@wisdoj.gov

*Attorney for Plaintiff State of Wisconsin*

</div>

</div>

**BRETT A. SHUMATE**
 Assistant Attorney General
Civil Division

MICHELLE BENNETT
 Assistant Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
 Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Counsel for Defendants*

**Local Rule 7.1 Certificate**

Pursuant to Local Rule 7.1(a)(2), I certify that on January 22, 2026, counsel for the parties conferred via email regarding the requested relief in this Motion and agreed to jointly move for the requested relief.

<div style="text-align: right;">

*/s/ Persis Yu*
Persis Yu

</div>

**Certificate of Service**

On January 26, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<div style="text-align: right;">

*/s/ Persis Yu*
Persis Yu

</div>

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al.,<br><br>        *Plaintiffs*,<br><br> v.<br><br>LINDA MCMAHON, et al.,<br>        *Defendants*. | Civil Case No. 25-CV-13242-MJJ |
| MASSACHUSETTS et al.,<br><br>        *Plaintiffs*,<br><br> v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br>        *Defendants*. | Civil Case No. 25-CV-13244-MJJ |

## [PROPOSED] ORDER

The Court has considered the parties' joint motion for leave to file excess pages, filed January 26, 2026. It is hereby

 **ORDERED** that the parties shall be permitted to file briefs in connection with their motions for summary judgment of the following lengths:

- Plaintiff National Council of Nonprofits et al.'s Motion for Summary Judgment: 35 pages
- Plaintiff States' Motion for Summary Judgment: 35 pages
- Defendants' Opposition and Cross-Motion for Summary Judgment: 45 pages

Dated: _____, 2026

_____
Judge Myong J. Joun
United States District Judge