# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LINDA MCMAHON, et al., <br> *Defendants*. | Civil Case No. 25-CV-13242-MJJ |

| | |
|---|---|
| MASSACHUSETTS et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, et al., <br> *Defendants*. | Civil Case No. 25-CV-13244-MJJ |

**[PROPOSED] ORDER**

The Court has considered the parties' joint motion for leave to file excess pages, filed January 26, 2026. It is hereby

**ORDERED** that the parties shall be permitted to file briefs in connection with their motions for summary judgment of the following lengths:

- Plaintiff National Council of Nonprofits et al.'s Motion for Summary Judgment: 35 pages
- Plaintiff States' Motion for Summary Judgment: 35 pages
- Defendants' Opposition and Cross-Motion for Summary Judgment: 45 pages

Dated: _____, 2026        _____
                                        Judge Myong J. Joun
                                        United States District Judge