UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **National Council of Nonprofits** et al.,<br><br>*Plaintiffs*<br><br>v.<br><br>**Linda McMahon** et al.,<br><br>*Defendants* | **Case No. 25-cv-13242-MJJ** |

**NOTICE OF FILING AMENDED COMPLAINT**

Plaintiffs hereby notify the Court of their filing an Amended Complaint in this matter, ECF

No. 46. Although Plaintiffs are not required to seek leave to amend, *see* Fed. R. Civ. P. 15(a)(1),

Plaintiffs conferred with Defendants prior to filing their Amended Complaint; Defendants

consented to the proposed amendments; and all parties agree that these amendments should not

alter the existing briefing schedule, *see* ECF No. 37.

Dated: February 10, 2026                     Respectfully submitted,

/s/ Sarah R. Goetz

Sarah Goetz*                                 Persis Yu (BBO #685951)
Jennifer Fountain Connolly*                  PROTECT BORROWERS (a fiscally sponsored
Victoria S. Nugent*                          project of the Shared Ascent Fund)
Simon C. Brewer*                             1025 Connecticut Ave NW, #717
DEMOCRACY FORWARD FOUNDATION                 Washington, DC 20036
P.O. Box 34553                               Phone: (202) 618-1328
Washington, DC 20043                         persis@protectborrowers.org
Phone: (202) 448-9090
Fax: (202) 796-4426
sgoetz@democracyforward.org                  R. T. Winston Berkman-Breen*
jconnolly@democracyforward.org               David S. Nahmias*
vnugent@democracyforward.org                 Khandice Lofton*
sbrewer@democracyforward.org                 PROTECT BORROWERS (a fiscally sponsored
                                             project of the Shared Ascent Fund)
                                             40 Rector Street, 9th Floor
                                             New York, NY 10006
                                             winston@protectborrowers.org
                                             david.nahmias@protectborrowers.org
                                             khandice@protectborrowers.org

*Counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers*

* Admitted pro hac vice

David Chiu*
*City Attorney*
Yvonne R. Meré*
*Chief Deputy City Attorney*
Mollie M. Lee*
*Chief of Strategic Advocacy*
Molly J. Alarcon*
Sophia L. Cai*
*Deputy City Attorneys*
CITY AND COUNTY OF SAN FRANCISCO
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102
Phone: (415) 355-3308
Cityattorney@sfcityatty.org
Yvonne.Mere@sfcityatty.org
Mollie.Lee@sfcityatty.org
Molly.Alarcon@sfcityatty.org
Sophia.Cai@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*
* Admitted pro hac vice

Tony LoPresti*
*County Counsel*
Kavita Narayan*
*Chief Assistant County Counsel*
Meredith A. Johnson*
*Lead Deputy County Counsel*
Laura S. Trice*
Tayryn A. Edwards*
*Deputy County Counsels*
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, Ninth Floor
San José, CA 95110-1770
Phone: (408) 299-5900
Fax: (408) 292-7240
Tony.LoPresti@cco.sccgov.org
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Laura.Trice@cco.sccgov.org
Tayryn.Edwards@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.


Dated: February 10, 2026                    */s/ Sarah R. Goetz*

                                            Sarah Goetz