UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **National Council of Nonprofits** et al., <br><br> *Plaintiffs* <br><br> v. <br><br> **Linda McMahon** et al., <br><br> *Defendants* | Case No. 25-cv-13242-MJJ |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs hereby move the Court for summary judgment with respect to all claims set forth in the Amended Complaint. As described in the accompanying Memorandum In Support of Plaintiffs' Motion for Summary Judgment, the final rule at issue in this case—William D. Ford Federal Direct Loan (Direct Loan) Program, 90 Fed. Reg. 48966 (Oct. 31, 2025)—violates the Administrative Procedure Act and must be set aside as in excess of statutory authority, arbitrary and capricious, and contrary to constitutional right. 5 U.S.C. § 706(2).

A proposed order is attached.

**REQUEST FOR ORAL ARGUMENT**

Given the complexity and importance of the issues presented in this case, Plaintiffs believe that oral argument may assist the Court in resolving the motion. Because the final rule at issue is scheduled to take effect on July 1, 2026, Plaintiffs respectfully request a motion hearing on May 4, 2026, or at the Court's earliest convenience following the conclusion of the briefing schedule.

Dated: February 13, 2026                             Respectfully submitted,

*/s/ Sarah R. Goetz*

| | |
|---|---|
| Sarah R. Goetz* | Persis Yu (BBO #685951) |
| Jennifer Fountain Connolly* | PROTECT BORROWERS (a fiscally sponsored |
| Victoria S. Nugent* | project of the Shared Ascent Fund) |
| Simon C. Brewer* | 1025 Connecticut Ave NW, #717 |
| Robin F. Thurston+ | Washington, DC 20036 |
| DEMOCRACY FORWARD FOUNDATION | Phone: (202) 618-1328 |
| P.O. Box 34553 | persis@protectborrowers.org |
| Washington, DC 20043 | |
| Phone: (202) 448-9090 | |
| Fax: (202) 796-4426 | R. T. Winston Berkman-Breen* |
| sgoetz@democracyforward.org | David S. Nahmias* |
| jconnolly@democracyforward.org | Khandice Lofton* |
| vnugent@democracyforward.org | PROTECT BORROWERS (a fiscally sponsored |
| sbrewer@democracyforward.org | project of the Shared Ascent Fund) |
| rthurston@democracyforward.org | 40 Rector Street, 9th Floor |
| | New York, NY 10006 |
| | winston@protectborrowers.org |
| | david.nahmias@protectborrowers.org |
| | khandice@protectborrowers.org |

*Counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers*

\* Admitted pro hac vice
\+ Pro hac vice application forthcoming

David Chiu*
*City Attorney*
Yvonne R. Meré*
*Chief Deputy City Attorney*
Mollie M. Lee*
*Chief of Strategic Advocacy*
Molly J. Alarcon*
Sophia L. Cai*
*Deputy City Attorneys*
CITY AND COUNTY OF SAN FRANCISCO
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102
Phone: (415) 355-3308
Cityattorney@sfcityatty.org
Yvonne.Mere@sfcityatty.org
Mollie.Lee@sfcityatty.org
Molly.Alarcon@sfcityatty.org
Sophia.Cai@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

* Admitted pro hac vice

Tony LoPresti*
*County Counsel*
Kavita Narayan*
*Chief Assistant County Counsel*
Meredith A. Johnson*
*Lead Deputy County Counsel*
Laura S. Trice*
Tayryn A. Edwards*
*Deputy County Counsels*
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, Ninth Floor
San José, CA 95110-1770
Phone: (408) 299-5900
Fax: (408) 292-7240
Tony.LoPresti@cco.sccgov.org
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Laura.Trice@cco.sccgov.org
Tayryn.Edwards@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that throughout the course of this proceeding, I consulted with counsel for Defendants to narrow the issues but was unable to reach a resolution.

Dated: February 13, 2026                                         */s/ Sarah R. Goetz*

                                                                 Sarah R. Goetz

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: February 13, 2026                             */s/ Sarah R. Goetz*

                                                                                    Sarah R. Goetz