UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **National Council of Nonprofits** et al., <br><br> *Plaintiffs* <br><br> v. <br><br> **Linda McMahon** et al., <br><br> *Defendants* | Case No. 25-cv-13242-MJJ |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' Motion for Summary Judgment, the memoranda filed in support of and in opposition thereto, and the exhibits filed therewith, it is hereby

**ORDERED** that Plaintiffs' motion for summary judgment is **GRANTED**; and

**FURTHER ORDERED** that the U.S. Department of Education's final rule set forth at William D. Ford Federal Direct Loan (Direct Loan) Program, 90 Fed. Reg. 48966 (Oct. 31, 2025), is **DECLARED UNLAWFUL** and **VACATED** pursuant to the Administrative Procedure Act, 5 U.S.C. § 706(2).

**SO ORDERED**.

_____, 2026                          _____
                                               U.S. DISTRICT JUDGE