UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **National Council of Nonprofits** et al.,<br><br>*Plaintiffs*<br><br>v.<br><br>**Linda McMahon** et al.,<br><br>*Defendants* | Case No. 25-cv-13242-MJJ |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

| EX. | EXHIBIT DESCRIPTION |
|---|---|
| 1 | White House, *Fact Sheet: President Donald J. Trump Restores Public Service Loan Forgiveness* (Mar. 7, 2025) |
| 2 | Dep't of Justice, *U.S. Sanctuary Jurisdiction List Following Executive Order 14287* (updated Oct. 31, 2025) |
| 3 | Dep't of Homeland Sec., *Sanctuary Jurisdictions Defying Federal Immigration Law* (updated May 29, 2025) |
| 4 | Presidential Memorandum, *Preventing Abuses of the Legal System and the Federal Court* (Mar. 22, 2025) |
| 5 | Dep't of Educ., Reminder of Legal Obligations Undertaken in Exchange for Receiving Federal Financial Assistance and Request for Certification under Title VI and *SFFA v. Harvard* (Apr. 3, 2025) |
| 6 | Declaration of Diane Yentel, President and CEO, National Council of Nonprofits |
| 7 | Declaration of Joy Brown, Director of Human Resources, City of Chicago's Office of Public Safety Administration |
| 8 | Declaration of Rachel Kafele, Director of Programs and Advocacy, Oasis Legal Services |
| 9 | Declaration of Luenna Kim, Chief Human Resources Officer, San Francisco Department of Public Health |
| 10 | Declaration of David Huebner, Director of Employee Services Agency, County of Santa Clara |
| 11 | Declaration of Alex Lawrence, Chief People Officer, City of Boston |
| 12 | Declaration of Michael Lukens, Executive Director, Amica Center for Immigrant Rights |
| 13 | Declaration of Angelica Salas, Executive Director, Coalition for Humane Immigrant Rights |
| 14 | Declaration of Ian Stoker, Human Resources Director, City of Albuquerque |

| 15 | Declaration of Vikram Swaruup, Executive Director, Legal Aid Society of the District of Columbia |
|----|---|
| 16 | Declaration of Anthony Estreet, Chief Executive Officer, National Association of Social Workers |
| 17 | Declaration of Ronny Lau, Associate Director of Government Relations, National Education Association |
| 18 | Declaration of Sarah Tammelleo, Senior Director of Research, Strategic Initiatives, and Economic Security, American Federation of Teachers |
| 19 | Declaration of Dalia Thornton, Director of Research and Collective Bargaining Services, American Federation of State, County and Municipal Employees |
| 20 | Declaration of Ka Rin Johnson, Member, National Association of Social Workers |
| 21 | Declaration of Nydja Waddy, Member, American Federation of State, County and Municipal Employees |
| 22 | Declaration of Stephen Kane, Deputy Corporation Counsel, City of Chicago Department of Law |
| 23 | Dep't of Educ., Fed. Student Aid, *Tackling the Public Service Loan Forgiveness Form: Employer Tips* |