UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **National Council of Nonprofits** et al.,<br><br>*Plaintiffs*<br><br>v.<br><br>**Linda McMahon** et al.,<br><br>*Defendants* | Case No. 25-cv-13242-MJJ |

## DECLARATION OF SARAH R. GOETZ

I, Sarah R. Goetz, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney at Democracy Forward Foundation and represent Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers in this matter.

2. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment.

3. Attached as Exhibit 1 is a true and correct copy of a White House Fact Sheet entitled *Fact Sheet: President Donald J. Trump Restores Public Service Loan Forgiveness*, dated March 7, 2025.

4. Attached as Exhibit 2 is a true and correct copy of a Department of Justice webpage entitled *U.S. Sanctuary Jurisdiction List Following Executive Order 14287*, updated October 31, 2025.

5. Attached as Exhibit 3 is a true and correct copy of a Department of Homeland Security webpage entitled *Sanctuary Jurisdictions Defying Federal Immigration Law*, as updated on May 29, 2025, and archived at web.archive.org.

6. Attached as Exhibit 4 is a true and correct copy of a Presidential Memorandum entitled *Preventing Abuses of the Legal System and the Federal Court*, dated March 22, 2025.

7. Attached as Exhibit 5 is a true and correct copy of the Department of Education Requested Certification entitled *Reminder of Legal Obligations Undertaken in Exchange for Receiving Federal Financial Assistance and Request for Certification Under Title VI and* SFFA v. Harvard, dated April 3, 2025.

8. Attached as Exhibit 6 is a true and correct copy of the Declaration of Diane Yentel, President and CEO of the National Council of Nonprofits.

9. Attached as Exhibit 7 is a true and correct copy of the Declaration of Joy Brown, Director of Human Resources for City of Chicago's Office of Public Safety Administration.

10. Attached as Exhibit 8 is a true and correct copy of the Declaration of Rachel Kafele, Director of Programs and Advocacy for Oasis Legal Services.

11. Attached as Exhibit 9 is a true and correct copy of the Declaration of Luenna Kim, Chief Human Resources Officer for the San Francisco Department of Public Health.

12. Attached as Exhibit 10 is a true and correct copy of the Declaration of David Huebner, Director of Employee Services Agency of the County of Santa Clara.

13. Attached as Exhibit 11 is a true and correct copy of the Declaration of Alex Lawrence, Chief People Officer for the City of Boston.

14. Attached as Exhibit 12 is a true and correct copy of the Declaration of Michael Lukens, Executive Director of the Amica Center for Immigrant Rights.

15. Attached as Exhibit 13 is a true and correct copy of the Declaration of Angelica Salas, Executive Director of the Coalition for Humane Immigrant Rights.

16. Attached as Exhibit 14 is a true and correct copy of the Declaration of Ian Stoker, Human Resources Director for the City of Albuquerque.

17. Attached as Exhibit 15 is a true and correct copy of the Declaration of Vikram Swaruup, Executive Director of the Legal Aid Society of the District of Columbia.

18. Attached as Exhibit 16 is a true and correct copy of the Declaration of Anthony Estreet, Chief Executive Officer of the National Association of Social Workers.

19. Attached as Exhibit 17 is a true and correct copy of the Declaration of Ronny Lau, Associate Director of Government Relations for the National Education Association.

20. Attached as Exhibit 18 is a true and correct copy of the Declaration of Sarah Tammelleo, Senior Director of Research, Strategic Initiatives, and Economic Security for the American Federation of Teachers.

21. Attached as Exhibit 19 is a true and correct copy of the Declaration of Dalia Thornton, Director of Research and Collective Bargaining Services for the American Federation of State, County and Municipal Employees.

22. Attached as Exhibit 20 is a true and correct copy of the Declaration of Ka Rin Johnson, a member of the National Association of Social Workers.

23. Attached as Exhibit 21 is a true and correct copy of the Declaration of Nydja Waddy, a member of the American Federation of State, County and Municipal Employees.

24. Attached as Exhibit 22 is a true and correct copy of the Declaration of Stephen Kane, Deputy Corporation Counsel for the City of Chicago Department of Law.

25. Attached as Exhibit 23 is a true and correct copy of a Department of Education Federal Student Aid webpage entitled *Tackling the Public Service Loan Forgiveness Form: Employer Tips*.

Washington, D.C.  
February 13, 2026

_____  
Sarah R. Goetz