# Exhibit 3

The Wayback Machine - https://web.archive.org/web/20250529215954/https://www.dhs.gov/sanctuary-jurisdictions



U.S. Department of Homeland Security

# Sanctuary Jurisdictions Defying Federal Immigration Law

Sanctuary jurisdictions undermine the rule of law and endanger the lives of Americans and Law Enforcement

Executive Order 14287: *Protecting American Communities from Criminal Aliens* requires that a list of states and local jurisdictions that obstruct the enforcement of Federal immigration laws (sanctuary jurisdictions) be published. Sanctuary jurisdictions including cities, counties, and states that are deliberately and shamefully obstructing the enforcement of federal immigration laws endangering American communities. Sanctuary cities protect dangerous criminal aliens from facing consequences and put law enforcement in peril.

The list below was created to identify sanctuary jurisdictions, which are determined by factors like compliance with federal law enforcement, information restrictions, and legal protections for illegal aliens.

Each jurisdiction listed will receive formal notification of its non-compliance with Federal statutes. DHS demands that these jurisdictions immediately review and revise their policies to align with Federal immigration laws and renew their obligation to protect American citizens, not dangerous illegal aliens.

Note that the list can be reviewed and changed at any time and will be updated regularly. No one should act on this information without conducting their own evaluation of the information.

Close all    Open all

## Sanctuary Jurisdiction List

**Alaska**

### Cities

- City of Anchorage

**California**

### State

- Self-Identification as a State Sanctuary Jurisdiction

### County

- Alameda County
- Amador County
- Butte County
- Calaveras County
- Colusa County
- Del Norte County
- El Dorado County

- Glenn County
- Humboldt County
- Imperial County
- Lake County
- Lassen County
- Los Angeles County
- Madera County
- Mariposa County
- Mendocino County
- Merced County
- Modoc County
- Mono County
- Monterey County
- Nevada County
- Plumas County
- Riverside County
- Sacramento County
- San Benito County
- San Bernardino County
- San Francisco County
- San Joaquin County
- San Luis Obispo County
- San Mateo County
- Santa Clara County
- Santa Cruz County
- Santa Barbara County
- San Diego County
- Shasta County
- Sierra County
- Siskiyous County
- Solano County
- Sonoma County
- Stanislaus County
- Sutter County
- Tehama County
- Tuolumne County
- Trinity County
- Tulare County
- Ventura County
- Yolo County
- Yuba County

## Cities

- Alameda
- Albany
- Arcata
- Baldwin Park
- Belmont
- Benicia
- Berkeley
- Calipatria
- Cathedral City
- Chula Vista
- City of San Rafael
- Coachella

- Concord
- Culver City
- Davis
- El Cerrito
- Emeryville
- Eureka
- Fort Bragg
- Fremont
- Fresno
- Hayward
- Healdsburg
- Huntington Beach
- Huron
- Imperial
- La Puente
- Long Beach
- Los Angeles
- Madera
- Malibu
- Martinez
- Maywood
- Menlo Park
- Mountain View
- Newark
- Oakland
- Pacifica
- Palm Springs
- Pasadena
- Petaluma
- Pleasanton
- Represa
- Richmond
- Sacramento
- Salinas
- San Diego
- San Francisco
- San Jose
- San Leandro
- San Luis Obispo
- San Pablo
- Santa Cruz
- Santa Rosa
- Santee
- Soledad
- Stockton
- Union City
- Ventura
- Vista
- Watsonville
- West Hollywood
- Williams

**Colorado**

**State**

- Self-Identification as a State Sanctuary Jurisdiction

## Counties

- Adams County
- Arapahoe County
- Baca County
- Bent County
- Boulder County
- Broomfield County
- Chafee County
- Cheyenne County
- Clear Creek County
- Conejos County
- Costilla County
- Custer County
- Denver County
- Eagle County
- El Paso County
- Garfield County
- Gilpin County
- Gunnison County
- Huerfano County
- Jefferson County
- Kiowa County
- Kit Carson County
- La Plata County
- Lake County
- Larimer County
- Las Animas County
- Lincoln County
- Logan County
- Morgan County
- Otero County
- Park County
- Pitkin County
- Prowers County
- Pueblo County
- Rio Grande County
- Saguache County
- San Miguel County
- Summit County
- Washington County
- Weld County
- Yuma County

## Cities

- Aurora
- Boulder
- City of Durango
- City of Fort Collins
- Denver
- Lafeyette
- Lakewood
- Longmont

- Northglen
- Town of Avon
- Town of Basalt
- Town of Carbondale
- Town of Dillion
- Town of Eagle
- Town of Vail

## Connecticut

### State

- Self-Identification as a State Sanctuary Jurisdiction

### Cities

- East Haven
- Hamden
- Hartford
- New Haven
- New London
- Windham

## Delware

### State

- Self-Identification as a State Sanctuary Jurisdiction

### Counties

- New Castle County

### Cities

- Camden
- Newark

## District of Columbia

### Cities

- Self-Identification as Local Sanctuary Jurisdiction

## Georgia

### Counties

- Athens-Clarke County

- DeKalb County
- Douglas County
- Fulton County

## Cities

- Athens
- Atlanta

## Hawaii

## Cities

- City of Honolulu

## Idaho

## Cities

- City of Boise

## Illinois

## State

- Self-Identification as a State Sanctuary Jurisdiction

## Counties

- Adams County
- Alexander County
- Bond County
- Boone County
- Bureau County
- Calhoun County
- Carroll County
- Cass County
- Champaign County
- Christian County
- Clark County
- Clay County
- Clinton County
- Coles County
- Cook County
- Crawford County
- Cumberland County
- DeKalb County
- Dewitt County
- Douglas County
- DuPage County
- Edgar County

- Effingham County
- Fayette County
- Ford County
- Franklin County
- Fulton County
- Gallatin County
- Greene County
- Grundy County
- Hancock County
- Hardin County
- Henderson County
- Henry County
- Iroquois County
- Jackson County
- Jersey County
- Jo Daviess County
- Johnson County
- Kane County
- Kankakee County
- Kendall County
- Knox County
- Lake County
- LaSalle County
- Lawrence County
- Lee County
- Livingston County
- Logan County
- Macon County
- Macoupin County
- Madison County
- Marion County
- Marshall County
- Mason County
- Massac County
- McDonough County
- McLean County
- Mercer County
- Menard County
- Monroe County
- Montgomery County
- Morgan County
- Moultrie County
- Ogle County
- Peoria County
- Perry County
- Piatt County
- Pike County
- Pope County
- Pulaski County
- Putnam County
- Randolph County
- Richland County
- Rock Island County
- Saint Clair County
- Saline County
- Sangamon County

- Schuyler County
- Scott County
- Shelby County
- Stark County
- Stephenson County
- Tazewell County
- Union County
- Vermilion County
- Wabash County
- Warren County
- Washington County
- Wayne County
- White County
- Whiteside County
- Will County
- Williamson County
- Winnebago County
- Woodford County

## Cities

- Berwyn City
- Chicago
- Evanston
- Oak Park Village
- Skokie
- St. Joseph
- Urbana

**Indiana**

## Counties

- Monroe County

**Kansas**

## County

- Lawrence

## Cities

- Douglas County

**Kentucky**

## Counties

- Cambell County
- Franklin County

- Jefferson County
- Scott County

## Cities

- Louisville

## Louisiana

### Cities

- New Orleans/Orleans (Parish)

## Maine

### Counties

- Cumberland County
- Hancock County

### Cities

- Portland

## Maryland

### State

- Self-Identification as a State Sanctuary Jurisdiction

### Counties

- Anne Arundel County
- Baltimore County
- Charles County
- Howard County
- Montgomery County
- Prince George's County
- Queen Anne's County
- Talbot County

### Cities

- Annapolis
- Baltimore City
- Cheverly
- College Park
- Edmonston
- Greenbelt
- Hyattsville
- Mount Rainier

- Rockville
- Tacoma Park

## Massachusetts

### State

- Self-Identification as a State Sanctuary Jurisdiction

### Counties

- Barnstable County
- Berkshire County
- Bristol County
- Dukes County
- Essex County
- Franklin County
- Hampshire County
- Middlesex County
- Nantucket County
- Norfolk County
- Plymouth County
- Suffolk County
- Worcester County

### Cities

- Amherst
- Boston
- Cambridge
- Chelsea
- Concord
- Holyoke
- Lawrence
- Newton
- Northampton
- Orleans
- Somerville
- Springfield

## Michigan

### Counties

- Kalamazoo County
- Kent County
- Oakland County
- Washtenaw County
- Wayne County
- Wexford County

### Cities

- Ann Arbor
- East Lansing

## Minnesota

### State

- Self-Identification as a State Sanctuary Jurisdiction

### Counties

- Anoka County
- Carver County
- Cottonwood County
- Goodhue County
- Hennepin County
- Le Sueur County
- Lincoln County
- Lyon County
- Martin County
- Nicollet County
- Nobles County
- Otter Tail County
- Pipestone County
- Ramsey County
- Scott County
- Stearns County
- Steele County
- Todd County
- Watonwan County
- Wright County

### Cities

- Minneapolis
- St. Paul

## Nebraska

### Counties

- Arthur County
- Blaine County
- Grant County
- Greenley County
- Hooker County
- Howard County
- Logan County
- Loup County
- McPherson County
- Thomas County

## Nevada

### Cities

- Las Vegas City

## New Hampshire

### Cities

- Hanover
- Lebanon

## New Jersey

### State

- Self-Identification as a State Sanctuary Jurisdiction

### Counties

- Burlington County
- Cumberland County
- Warren County

### Cities

- Asbury Park
- Bloomfield
- Camden
- East Orange
- Hoboken
- Jersey City
- Leonia
- Linden
- Maplewood
- Montclair Township
- Newark
- North Bergen
- Paterson
- Plainfield
- Prospect Park
- South Orange
- Trenton
- Union City

## New Mexico

## Counties

- Bernalillo County
- Chaves County
- Colfax County
- De Baca County
- Dona Ana County
- Eddy County
- Grant County
- Hidalgo County
- Lincoln County
- Los Alamos County
- Luna County
- McKinley County
- Otero County
- Quay County
- Rio Arriba County
- Roosevelt County
- San Juan County
- San Miguel County
- Sandoval County
- Santa Fe County
- Sierra County
- Socorro County
- Taos County

## Cities

- Albuquerque
- Santa Fe

# New York

## State

- Self-Identification as a State Sanctuary Jurisdiction

## Counties

- Albany County
- Dutchess County
- Monroe County
- Orange County
- Putnam County
- Rockland County
- Saratoga County
- Suffolk County
- Sullivan County
- Tompkins County
- Ulster County
- Warren County
- Wayne County
- Westchester County

- Yates County

## Cities

- Albany
- Beacon
- East Hampton
- Hudson
- Ithaca
- Kingston
- New Paltz
- New York City
- Newburgh
- Poughkeepsie
- Rochester
- Syracuse

## North Carolina

## Counties

- Buncombe County
- Chatham County
- Durham County
- Orange County
- Watauga County

## North Dakota

## Counties

- Billings County
- Golden Valley County
- Grant County
- Morton County
- Ramsey County
- Sioux County
- Slope County

## Ohio

## Counties

- Franklin County
- Lorain County
- Warren County

## Cities

- Cincinnatti

- Columbus

## Oregon

### State

- Self-Identification as a State Sanctuary Jurisdiction

### Counties

- Clatsop County
- Columbia County
- Harney County
- Klamath County
- Lake County
- Lane County
- Lincoln County
- Linn County
- Marion County
- Multnomah County
- Tillamook County
- Umatilla County
- Union County
- Washington County
- Yamhill County

### Cities

- Beaverton
- Eugene
- Hood River
- Portland

## Pennsylvania

### Counties

- Adams County
- Allegheny County
- Centre County
- Chester County
- Clarion County
- Dauphin County
- Delaware County
- Lehigh County
- Montgomery County
- Montour County
- Northampton County

### Cities

- Gettysburg

- Philadelphia
- Pittsburgh
- State College
- York

# Rhode Island

## State

- Court Order Requiring State Sanctuary Requirements

## Cities

- Central Falls
- Providence

# Tennessee

## Counties

- Shelby County

## Cities

- Nashville

# Vermont

## State

- Self-Identification as a State Sanctuary Jurisdiction

## Cities

- Burlington
- Montpelier
- Winooski

# Virginia

## Counties

- Albemarle County
- Amherst County
- Arlington County
- Augusta County
- Brunswick County
- Charlotte County
- Chesterfield County

- Dinwiddie County
- Fairfax County
- Gloucester County
- Halifax County
- Hanover County
- Henrico County
- Martinsville County
- Middlesex County
- Prince William County
- Rappahannock County
- Richmond County
- Tazewell County
- Warren County

## Cities

- Abingdon
- Alexandria
- Charlottesville
- Duffield
- Hampton
- Lynchburg
- Manassas
- Martinsville
- Newport News
- Portsmouth City
- Richmond
- Tazewell
- Virginia Beach

**Washington**

## State

- Self-Identification as a State Sanctuary Jurisdiction

## Counties

- Asotin County
- Benton County
- Chelan County
- Clallam County
- Clark County
- Columbia County
- Cowlitz County
- Ferry County
- Franklin County
- Garfield County
- Grant County
- Grays Harbor County
- Island County
- Jefferson County
- King County
- Kitsap County
- Kittitas County

- Lewis County
- Lincoln County
- Mason County
- Okanogan County
- Pacific County
- Pend Oreille County
- Pierce County
- San Juan County
- Skagit County
- Skamania County
- Snohomish County
- Spokane County
- Stevens County
- Swinomish County
- Thurston County
- Wakhiakum County
- Walla Walla County
- Whatcom County
- Whitman County

### Cities

- City of Everett
- City of Olympia
- City of Tacoma
- Seattle
- Yakima

## Wisconsin

### Counties

- Dane County
- Shawano County

### Cities

- Madison
- Milwaukee

**Keywords**

IMMIGRATION (/WEB/20250529215954/HTTPS://WWW.DHS.GOV/KEYWORDS/IMMIGRATION)    ALIEN (/WEB/20250529215954/HTTPS://WWW.DHS.GOV/KEYWORDS/ALIEN)
BORDER SECURITY (/WEB/20250529215954/HTTPS://WWW.DHS.GOV/KEYWORDS/BORDER-SECURITY)
LAW ENFORCEMENT (/WEB/20250529215954/HTTPS://WWW.DHS.GOV/KEYWORDS/LAW-ENFORCEMENT)