# Exhibit 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**National Council of Nonprofits** et al.,

*Plaintiffs*

v.

**Linda McMahon** et al.,

*Defendants*

Case No. 25-cv-13242-MJJ

## DECLARATION OF JOY BROWN

I, Joy Brown, declare as follows:

1. I am the Director of Human Resources for the City of Chicago's Office of Public Safety Administration. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. The City of Chicago (the "City" or "Chicago") is a municipal corporation and home rule unit organized and existing under the constitution and laws of the State of Illinois. Chicago has a population of over 2.7 million people and employs over 32,000 individuals.

3. The Office of Public Safety Administration ("OPSA") serves the City of Chicago and its residents by centralizing and streamlining the administrative work that supports the City's Police Department ("CPD"), Fire Department ("CFD"), and Office of Emergency Management and Communications ("OEMC"), allowing those agencies to focus on their core public-facing missions. OPSA works to reduce costs, improve efficiency, modernize technology systems, and strengthen administrative functions through shared services and specialized professional expertise. By taking on budgeting, procurement, human resources, technology, and other behind-the-scenes

1

responsibilities, OPSA helps ensure that Chicago's public safety agencies can operate effectively and better serve their communities.

4.  As a general rule, in coordination with the Department of Human Resources and in accordance with city-wide policies and laws, each department within the City of Chicago oversees its own hiring practices and employee management systems. However, OPSA provides administrative support for four City departments—CPD, CFD, OEMC, and OPSA itself—comprising more than 18,000 employees.

5.  In my role as Director of Human Resources for OPSA, I lead the team responsible for managing the full administrative lifecycle of employment for all CPD, CFD, OEMC, and OPSA staff. This includes overseeing the records, paperwork, and compliance processes that keep these departments running smoothly—from hiring and onboarding sworn, uniformed, and civilian employees, to maintaining personnel records, processing promotions and transfers, and managing retirements and leaves of absence. My team also handles practical, day-to-day support such as certifying Public Service Loan Forgiveness ("PSLF") forms for employees pursuing student loan forgiveness under the program. The Human Resources division conducts background investigations for new hires, administers key policy and performance systems, and coordinates specialized processes like promotional exams and unit selection. Through all of this, my focus is on ensuring that public safety employees receive efficient, reliable administrative support so they can concentrate on serving Chicago's communities. I have served in this role since September 1, 2022.

6.  Many of the City employees OPSA serves participate in the federal PSLF program, and OPSA Human Resources staff sign and verify employees' PSLF paperwork when asked to do so. While OPSA does not maintain detailed records on the number of employees who participate

in the PSLF program, certifying employees' paperwork is a regular occurrence for OPSA's administrative staff.

7. Generally, when an employee requests to have their PSLF paperwork signed, OPSA's role is limited to verifying factual information related to the requester's City employment. This typically includes the employee's start date, their full-time status, and the fact that the City is a government entity. Once the OPSA Human Resources staff member reviewing the form confirms that the listed information is accurate, the staff member signs the form (either by hand or electronically via Docusign) and returns the document to the employee. If the information listed on an employee's form does not match the information on file with OPSA, or the reviewer otherwise cannot verify the form's accuracy, it is OPSA's practice to notify the employee of the discrepancy, direct them to the appropriate channels for correcting any errors, and await the employee's corrected submission.

8. Ultimately, it is the employee's responsibility to ensure that PSLF paperwork submitted to the Department of Education ("DOE") is accurate and complete. OPSA's role is purely administrative: reviewing forms for accuracy and confirming that the employment information listed matches OPSA's internal records.

9. The DOE's rule affecting PSLF employer eligibility imposes significant administrative and compliance costs on the City. As a result of the rule, OPSA must retrain the human resources staff responsible for certifying PSLF employment forms to ensure they understand any new standards or procedures the DOE adopts. Because the rule introduces vague and subjective eligibility criteria, OPSA also must devote substantial time to reviewing the new requirements and advising the relevant staff on how to comply. This diverts and will continue to divert legal and administrative resources away from other pressing matters impacting the City.

Depending on how the DOE interprets or enforces the new rule, the City may even need to seek outside counsel to obtain a formal opinion or develop internal guidance. And these are not one-time start-up costs—because the City's policies and programs are constantly evolving in response to changing community needs, the rule's ambiguity would force PSLF processors to repeatedly revisit compliance questions and seek guidance whenever changes occur. In short, even before any determination is made about the City's PSLF eligibility, the rule has already created uncertainty and significant new compliance obligations.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on ___2/10/2026___ at ___5:02 pm___.

                                               DocuSigned by:

                                               *Joy Brown*

                                          1963034FD8664F9...
                                              JOY BROWN