# Exhibit 8

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

**National Council of Nonprofits** et al.,

*Plaintiffs*

v.

**Linda McMahon** et al.,

*Defendants*

Case No. 25-cv-13242-MJJ

## DECLARATION OF RACHEL KAFELE

I, Rachel Kafele, declare as follows:

1. I am the Director of Programs and Advocacy for Oasis Legal Services (Oasis). I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. Oasis is a 501(c)(3) nonprofit organization based in Berkeley, California. We also have an office in Fresno, California. Oasis employs over twenty full-time employees.

3. At Oasis, our mission is to empower low-income LGBTQ+ immigrants who have survived violence and persecution due to their sexuality, gender identity, and/or HIV status by increasing access to quality, culturally responsive legal representation and social services. We provide direct representation to LGBTQ+ immigrants and asylum seekers in a variety of immigration cases, including asylum, lawful permanent residency, naturalization, protection under the Violence Against Women Act, family petitions, and applications for work authorization. We represent clients in Immigration Court in front of the Executive Office of Immigration Review and in front of the United States Citizenship and Immigration Service. In addition to providing direct legal representation, we also provide wrap around case management and social services to our clients, assisting with referrals to healthcare, mental health support, housing navigation, public

1

benefits, and workforce development. Apart from legal and social services, we engage in community education and outreach, presenting trainings to community members and other legal practitioners about LGBTQ+ asylum and other forms of immigration relief. We also train service providers about how to represent LGBTQ+ immigrants in a culturally responsive way and give client and community facing trainings on Know Your Rights and other immigration topics. Oasis advocates for the inclusion of LGBTQ+ voices and experiences in immigrant spaces and for immigrant voices and experiences in LGBTQ+ spaces, acknowledging and championing the intersectional identities of our clients.

4. In my role as Director of Programs and Advocacy, I manage our legal program and support in the management of our social services program. I decide legal strategy and provide counsel for the organization, supervise staff, and represent individual clients in asylum and other immigration cases.

5. Oasis encourages our employees to take advantage of the Public Service Loan Forgiveness (PSLF) program. This includes learning about any changes or attempted changes to the program and signing employees' PSLF paperwork when asked to do so. True and accurate copies of our communication to employees about PSLF are attached as Exhibits A, B, and C.

6. Historically, when an employee requests to have their PSLF paperwork signed, Oasis' practice is to have the employee's direct supervisor, Oasis' Director of Operations, or Oasis' HR Manager review the form. Our policy is for the Oasis staff person reviewing the form to verify the information by looking up the employee's start date in our payroll and human resources management software and to add Oasis' information, including name, address, and Federal Employer Identification Number to the form. The reviewer then signs the form and returns it to the employee to submit to the Department of Education (Department).

7. Over the past twelve months, Oasis has completed PSLF paperwork for approximately 8 employees.

8. Being able to support our employees' financial wellbeing through PSLF is important to Oasis. The PSLF program acts as additional validation for non-profit employees that their work and labor are valuable and important, even though they are not working at a for-profit company. This formal recognition is important because Oasis' staff are talented and highly-skilled; by choosing to work for Oasis and committing their time and energy to advance our mission, every employee forgoes more remunerative career opportunities in the for-profit sector that would allow them to pay off their student loans more quickly and pay substantially less interest overall. Oasis Legal Services actively supports our staff members in learning about PSLF and pursuing it because it is a concrete and tangible benefit to working at the organization, similar to the other benefits offered like healthcare and retirement account contributions. From what we have heard from our staff, Oasis' internal conversations about PSLF, regular sharing of PSLF webinar events and resources with staff, and reminders for employment certification are usually the first time that our staff receive reliable, actionable information about this program and actual assistance from anyone, including loan servicers.

9. As an organization that employs lawyers, Oasis' status as a PSLF-eligible employer is an important advantage that sets it apart from law firms in the private sector. Being a PSLF-eligible employer allows Oasis to compete with private law firms in a way we would not if this benefit was not available to our employees. The attorneys Oasis historically has hired are recent graduates and new to the field. Many recent law school graduates leave law school with more than $100,000 in debt due to student loans. Many law school graduates also graduate law school still having student loan debt from their undergraduate education. Without being able to offer PSLF,

Oasis would not be a competitive choice for new attorneys as they do not make enough money working at the organization to make any progress towards paying down their law and undergraduate school loans due to interest and high balances. Instead, the kind of attorney we tend to hire would need to choose to work in the private sector upon leaving law school to not be burdened with student loan payments for the rest of their working life.

10. The same idea holds true for Oasis' non-attorney legal staff. Oasis has historically hired staff for our paralegal, legal assistant, and receptionist positions soon after they complete their undergraduate degree. Without the benefit of PSLF, Oasis is not competitive with private law firms who employ staff in these same positions because the salary we offer would not allow someone to pay off undergraduate student loan debt during their working years.

11. Because of the Department of Education's changes to the PSLF program and paperwork, Oasis has had to review and revise our process for completing our employees' PSLF forms and has even had to consider whether the Department would determine that our work has a "substantial illegal purpose" and exclude us from the program.

12. Core to Oasis' mission is the legal representation and social services that we provide to undocumented immigrants. Although Oasis does not aid and abet violations of federal immigration laws, we do provide services and representation to people present in the United States who do not have lawful immigration status. We assist our clients to apply for the immigration relief they are eligible for and advocate for them to receive that relief.

13. Since the new rule was first proposed, Oasis' executive team has met internally to discuss the significant burden it puts on us. For example, to comply with the new rule, our staff will have to certify that Oasis is not engaged in any activities with a "substantial illegal purpose" as defined in the new regulation. This requires a legal determination that is difficult for us to make

4

in the abstract, without more clarity about how the Department will interpret and apply this new term in its regulations.

14. During these executive team meetings we have strategized about how and whether we can continue to sign PSLF paperwork and remain an eligible employer in the face of the rule's lack of clarify about how the rule will be applied to organizations like ours that serve undocumented immigrants. It was decided that Oasis will have to hire outside legal counsel to determine the effect this proposed rule will have on our organization and how we can continue to sign PSLF paperwork and remain an eligible employer. We anticipate having to divert part of next year's budget to this new expense and will need to shift money originally earmarked for trainings and professional development for our staff to paying for outside legal advice.

15. The proposed rule will cause us to have to retrain staff to not sign any PSLF paperwork without first consulting with outside counsel and also train staff about how to consult with outside counsel and make a complicated determination about whether Oasis can in fact sign the paperwork. The time and expense involved in signing PSLF paperwork once this rule takes affect will significantly increase and become a burden on our organization. We will have to continue to budget money to pay for outside counsel every year and staff time will be taken away from usual responsibilities and programmatic work in order to make PSLF determinations.

16. If Oasis was no longer eligible for PSLF we anticipate that we would need to provide loan repayment assistance to our employees in order to remain a competitive employer and retain staff and hire qualified new staff. We believe we would have to devote organizational time to assisting our employees with student loans apply for income-driven repayment plans to determine how much their monthly loan payments would be. We would then provide loan repayment assistance to each employee in the amount of their monthly student loan payment. This

is the only way we believe we could maintain our competitiveness as an employer if we are no longer PSLF eligible because of the ample opportunities our employees and potential future employees have to change jobs within the non-profit sector and work at a 501(c)(3) non-profit that does potentially fall within the rule's proscribed organizational activities. We estimate the cost to provide loan repayment assistance to employees who need it would range from around $19,000 to over $50,000 a year.

17. Since the new rule was first proposed, our employees have also voiced their concerns that working at Oasis may no longer qualify them for PSLF. One long time staff member, an attorney who has been working at the organization since 2018, left the organization in December 2025 and said it was in part because of the uncertainty of whether Oasis would continue to be a PSLF eligible employer under this new rule. Their departure has significantly harmed our organization because of the breadth and depth of their experience working with LGBTQ+ immigrants. We do not believe we will be able to hire someone with as much experience as they have and instead have will have to hire an attorney with less experience.

18. The risk of losing PSLF eligibility puts Oasis between a rock and a hard place. It cannot forgo its mission to serve the LGBTQ+ immigrant community, including the undocumented LGBTQ+ community, in order to avoid any activities that could be construed as having a "substantial illegal purpose" under the Department's definition, but given the vagueness of that definition and how the regulation will be interpreted and applied and the current Administration's deep animus towards attorneys and non-profits who represent undocumented immigrants and asylum seekers, Oasis cannot guarantee to its current or future staff that it will always be a PSLF-eligible employer.

19. The reputational and financial consequences for Oasis if the organization's activities are found to have a "substantial illegal purpose" under this rule are substantial and devastating. We fear that if this happens, the law firms that provide pro bono representation to our clients will terminate their relationships with us, meaning we can assist fewer clients apply for immigration relief. We believe our funders, including foundations, the State of California, and local and county governments will cease to fund our work due to the risks to them of funding an organization that has been deemed to have a "substantial illegal purpose" by the federal government. The same is true for individual donors. Finally, our non-profit status could be threatened by a finding of a "substantial illegal purpose" by one federal agency as that finding could be adopted and applied by another federal agency, namely the Internal Revenue Service.

20. Although we maintain that our work is both legal and important, recent actions by this administration make Oasis worry that the Department will target it and will disqualify it from the PSLF program.

21. Since January 2025, the Administration has directly targeted immigration attorneys and non-profit immigration legal services providers like Oasis in multiple ways. In the March 22, 2025 Presidential Memorandum titled, "Preventing Abuses of the Legal System and the Federal Court," President Trump leveled accusations of "unscrupulous behavior by attorneys and law firms" in the immigration system and stated that the immigration bar frequently "coach[es]" clients to lie when presenting their asylum claims in order to qualify for "undeserved relief."[1] The Presidential Memorandum directed the Attorney General to investigate attorney misconduct among immigration attorneys and prioritize the enforcement of attorney disciplinary procedures.

---

[1] Presidential Memorandum to Attorney General & Secretary of Homeland Security, Preventing Abuses of the Legal System and the Federal Court (Mar. 22, 2025), https://perma.cc/S4MH-KESL.

22.     Beginning in February 2025, the Administration signed a series of Executive Orders targeted at large law firms who have sued the government and provide pro bono support on behalf of immigrants, including LGBTQ+ immigrants, taking away security clearances and access to federal buildings necessary for their work on behalf of clients.[23]

23.     In June 2025, the House Committee on Homeland Security Chairman Mark E. Green, MD (R-TN) and Subcommittee on Oversight, Investigations, and Accountability Chairman Josh Brecheen (R-OK) launched a probe into more than 200 non-governmental organizations that provide services to undocumented immigrants. The majority website for the House Homeland Security Committee said the probe was to investigate whether government funds had been used to "facilitate illegal activity,"[4] implying that by assisting undocumented immigrants to apply for immigration relief, something illegal is being done.

24.     If the Department determines Oasis is no longer eligible for PSLF, we believe the organization will lose essential staff, fail to recruit new staff, lose funding and pro bono legal assistance for our clients, and be in danger of losing our non-profit status.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/10/26 at Berkeley, CA

_____
RACHEL KAFELE

---

[2] Brennan Center for Justice, *Timeline of the Trump Administration's Efforts to Undermine Elections*, https://perma.cc/3SLD-URAG (updated Feb. 9, 2026).
[3] Mike Scarcella & David Thomas, *Trump Targets Jenner & Block in Latest Executive Order Aimed at Law Firms*, Reuters (Mar. 25, 2025), https://perma.cc/8TLU-H3W2.
[4] Press Release, House Majority Homeland Security Committee, *Chairmen Green, Brecheen Launch Probe into 200+ NGOs Over Their Use of Taxpayer Dollars During the Biden-Harris Border Crisis* (June 11, 2025), https://perma.cc/RG3E-RDCM.

# Exhibit A



Rachel Kafele <rachel.kafele@oasislegalservices.org>

# Fw: Upcoming webinar on Public Service Loan Forgiveness

**Rachel Kafele** <rachel.kafele@oasislegalservices.org>  Fri, Jul 18, 2025 at 9:51 AM
To: Staff <staff@oasislegalservices.org>

---------- Forwarded message ---------
From: **Naomi Goldberg** <Naomi@mapresearch.org>
Date: Fri, Jul 18, 2025 at 4:36 AM
Subject: Fw: Upcoming webinar on Public Service Loan Forgiveness
To:

*Apologies for cross posting*

I'm sharing below this webinar, which focuses on the public service loan forgiveness program (PSLF). **The Trump Admin has proposed changes to the program that could strip eligibility for employees at organizations that engage in certain activities, including supporting trans youth and immigrants.** This is most certainly an early effort to begin the process of jeopardizing such organizations' tax-exempt status. This specific action would, in the short term, make it much harder for many of us to continue to work for the public good while also carrying high student load debt, and hinder our organizations' ability to accomplish our goals with the best and brightest staff.

**From:** National Council of Nonprofits <info@councilofnonprofits.org>
**Sent:** Friday, July 18, 2025 2:52 AM
**To:** Naomi Goldberg <Naomi@mapresearch.org>
**Subject:** Upcoming webinar on Public Service Loan Forgiveness

[View in your browser](#)



*Free national webinar*

## Public Service Loan Forgiveness: How to Benefit and How to Help Preserve It



Join the National Council of Nonprofits and Public Service Promise for a FREE webinar on how to access student loan relief from the Public Service Loan Forgiveness Program (PSLF) and actions you can take to protect this critical program from unlawful attempts by the Trump Administration to undermine it.

**Tuesday, July 22
3:00pm Eastern**

Register now

The PSLF program is administered by the U.S. Department of Education and is designed to forgive the student loan balances of those employed by a government and all 501(c)(3) nonprofit organizations. The Department is expected to propose a rule that would exclude some 501(c)(3) organizations based on their mission or the communities they serve—undermining the core purpose of the program and harming nonprofit workers across the country.

**Speakers:**

- **Betsy Mayotte**, an expert on student loans and President of The Institute of Student Loan Advisors, will walk through the requirements of qualifying for the program and will answer general questions about how to navigate the application process. As a member of the Negotiated Rulemaking Committee, she will also share updates on the Administration's proposed harmful changes to the program and where the Department of Education is in the process.

- **Tiffany Gourley Carter**, Public Policy Director and Counsel at the National Council of Nonprofits, will share action items and next steps for nonprofits and employees to help protect the program from the Administration's unlawful proposal.

## Background Information about PSLF

See our background resources on Public Service Loan Forgiveness and what it means for nonprofits and their employees.

See the resources

## NCN's Public Comments on PSLF

Read NCN's public comments given during the Department of Education Negotiated Rulemaking Committee's hearing.

Read the comments

Unsubscribe
©2025 National Council of Nonprofits. All rights reserved.

--
You received this message because you are subscribed to the Google Groups "LGBTQ FedWatch" group.
To unsubscribe from this group and stop receiving emails from it, send an email to lgbtqfedwatch+unsubscribe@googlegroups.com.
To view this discussion visit https://groups.google.com/d/msgid/lgbtqfedwatch/BN7PR06MB5266C8ECEC12F7FA06FCE6FEAF50A%40BN7PR06MB5266.namprd06.prod.outlook.com.

--



**Rachel Kafele, Esq.**
**Director of Programs & Advocacy**
Pronouns: she/ella

Oasis Legal Services | Asylum for LGBTQIA+ Immigrants

Offices in the Bay Area and Fresno

Direct  (415) 347 6503 | rachel kafele@oasislegalservices org

Phone  (510) 666 6687 | Fa   (510) 609 1994

OasisLegalServices org

Stay informed and sign up for our newsletter here!



***Oasis Legal Services sits on the unceded territory of xučyun (Huichin - Hooch-yoon), the ancestral and unceded land of the Chochenyo (Cho-Chen-yo) speaking Ohlone (Oh-low-nee) people.  Consider paying your*** Shuumi Land Tax.

CONFIDENTIALITY NOTE:  This message and any files or text attached to it may contain information that is private, confidential, and/or protected by attorney-client or other privilege  If you are not an intended recipient, please delete all copies of it from your system and notify me by reply email

# Exhibit B



Rachel Kafele <rachel.kafele@oasislegalservices.org>

# Fwd: [BayAreaED] Free training on recent changes and COVID-specific rules for public service loan forgiveness

1 message

**Caroline Roberts** <caroline.roberts@oasislegalservices.org>  Thu, Jan 13, 2022 at 12:02 PM
To: Rachel Kafele <rachel.kafele@oasislegalservices.org>, Ari Jones <ari.jones@oasislegalservices.org>, Kusia Hreshchyshyn <kusia.hreshchyshyn@oasislegalservices.org>, Patricia Ribeiro <Patricia.ribeiro@oasislegalservices.org>

If you are in the student loan forgiveness program and are interested. Feel free to pass along to law graduates who might be interested too.



**Caroline Kornfield Roberts | Executive Director**

Pronouns: she/her/hers

Oasis Legal Services | Asylum for LGBTQIA+ Immigrants

1900 Addison St , Suite 100, Berkeley, CA 94704

caroline roberts@oasislegalservices org

Phone  (510) 666 6687 | Fa   (510) 394 0366

OasisLegalServices org

CONFIDENTIALITY NOTE   This message and any files or te t attached to it may contain information that is private, confidential, and/or protected by attorney client or other privilege. If you are not an intended recipient, please delete all copies of it from your system and notify me by reply email.

---------- Forwarded message ---------
From: **Salena Copeland** <scopeland@laaconline.org>
Date: Thu, Jan 13, 2022 at 9:29 AM
Subject: [BayAreaED] Free training on recent changes and COVID-specific rules for public service loan forgiveness
To: Bay Area Social Justice Executive Directors Round Table <bayareaed@googlegroups.com>

Hi y'all, (this training is completely free and open to all nonprofit staff in our community)

Next Tuesday, we will be hosting a follow-up to our September 2021 training regarding the Public Service Loan Forgiveness program and the COVID-19 payment suspension. Since our first training, the Biden-Harris administration has introduced the PSLF Limited Waiver which allows thousands of additional borrowers to qualify for PSLF, and extended the student loan pause through May 1st.

Tuesday's training will follow up on these updates. Time will be allocated for Q&A.



| | |
|---|---|
| **Topic** | Public Service Student Loan Forgiveness in 2022 |
| **Description** | Join nationally recognized expert Heather Jarvis for everything you need to know about Public Service Loan Forgiveness, the COVID-19 payment suspension, and all things student loans. |
| | No MCLE is provided for this event. |
| | Presenter: |
| | Heather Jarvis, Student Loan Expert |
| | **Register Here** |

_____

Salena Copeland (pronouns she/her)
Executive Director
Legal Aid Association of California
*The Unified Voice of Legal Services*
510-893-3000 x 106 (messages forwarded to my email)
SCopeland@LAAConline.org
Donate to support our work!
www.LAAConline.org
www.LawHelpCA.org
Stay up to date on our latest advocacy updates


*Why include pronouns? I include pronouns in an effort to share my personal and professional commitment to transgender inclusivity and visibility. Through sharing my pronouns, I hope to support a safer and braver space for transgender professionals to share their pronouns.*

--
To unsubscribe from this group, send email to phwang@one-justice.org.
---
You received this message because you are subscribed to the Google Groups "Bay Area Social Justice Executive Directors Round Table" group.
To unsubscribe from this group and stop receiving emails from it, send an email to BayAreaED+unsubscribe@googlegroups.com.
To view this discussion on the web visit https://groups.google.com/d/msgid/BayAreaED/CANG6o7Xn0u%2BYks3MqPjEa0GV%2BSASR2Lp3w64H%3DGxKKhQdhM4SQ%40mail.gmail.com.

# Exhibit C

2/3/26, 4:28 PM	Oasislegalservices.org Mail - Fwd: [BayAreaED] Have staff with student loans? We have a free training next week!

Case 1:25-cv-13242-MJJ    Document 48-12    Filed 02/13/26    Page 18 of 19



**Rachel Kafele <rachel.kafele@oasislegalservices.org>**

---

## Fwd: [BayAreaED] Have staff with student loans? We have a free training next week!
2 messages

---

**Caroline Roberts** <caroline.roberts@oasislegalservices.org>      Fri, Sep 3, 2021 at 1:48 PM
To: Staff <staff@oasislegalservices.org>

In case anyone is interested. Feel free to forward to interns/volunteers.



**Caroline Kornfield Roberts | Executive Director**
Pronouns  she/her/hers
Oasis Legal Services | Asylum for LGBTQIA+ Immigrants
1900 Addison St., Suite 100, Berkeley, CA 94704
caroline.roberts@oasislegalservices.org
Phone: (510) 666-6687 | Fax: (510) 394-0366
OasisLegalServices.org

CONFIDENTIALITY NOTE:  This message and any files or text attached to it may contain information that is private, confidential, and/or protected by attorney-client or other privilege  If you are not an intended recipient, please delete all copies of it from your system and notify me by reply email

---------- Forwarded message ---------
From: **Salena Copeland** <scopeland@laaconline.org>
Date: Fri, Sep 3, 2021 at 1:36 PM
Subject: [BayAreaED] Have staff with student loans? We have a free training next week!
To: Bay Area Social Justice Executive Directors Round Table <bayareaed@googlegroups.com>

Hi folks!

Just wanted to send a quick note that we have a free training next week, designed for staff (attorneys and other advocates) who work in nonprofits. Please forward to your staff, law student volunteers, anyone whom you think might benefit from learning a bit more.

Thanks!

# Public Service Loan Forgiveness and the COVID-19 Payment Suspension

### Tuesday, September 7, 2021 | 12:00 - 1:00 pm

Want to know more about managing your student loans, changes in LRAP regulations, or understanding the Public Service Loan Forgiveness Program? Join nationally recognized expert Heather Jarvis for everything you need to know about Public Service Loan Forgiveness, the COVID-19 payment suspension, and all things student loans.

### Presenter:
Heather Jarvis, Student Loan Expert

### Learn More

___

Salena Copeland (pronouns she/her)
Executive Director
Legal Aid Association of California
*The Unified Voice of Legal Services*
510-893-3000 x 106 (messages forwarded to my email)
SCopeland@LAAConline.org
Donate to support our work!
www.LAAConline.org
www.LawHelpCA.org

*Why include pronouns? I include pronouns in an effort to share my personal and professional commitment to transgender inclusivity and visibility. Through sharing my pronouns, I hope to support a safer and braver space for transgender professionals to share their pronouns.*

--
To unsubscribe from this group, send email to gquan@one-justice.org.
---
You received this message because you are subscribed to the Google Groups "Bay Area Social Justice Executive Directors Round Table" group.
To unsubscribe from this group and stop receiving emails from it, send an email to BayAreaED+unsubscribe@googlegroups.com.
To view this discussion on the web visit https://groups.google.com/d/msgid/BayAreaED/CANG6o7UubOpkeMZbnZrOuEJ%2B-MeBe3m7vyv%2BK%2BE4WmFqhYHOTw%40mail.gmail.com.

___

**Rachel Kafele** <rachel.kafele@oasislegalservices.org>  Sat, Sep 4, 2021 at 8:51 AM
To: Mia Arakaki <mia.arakaki@gmail.com>

[Quoted text hidden]
--



**Rachel Kafele**
**Legal Program Director**
Pronouns: she / her / hers

Oasis Legal Services | Asylum for LGBTQIA+ Immigrants

1900 Addison St., Suite 100, Berkeley, CA 94704

Direct: (415) 347-6503| rachel.kafele@oasislegalservices.org

Phone: (510) 666-6687 | Fax: (510) 394-0366

OasisLegalServices.org



[Quoted text hidden]