# Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **National Council of Nonprofits** et al.,<br><br>*Plaintiffs*<br><br>v.<br><br>**Linda McMahon** et al.,<br><br>*Defendants* | Case No. 25-cv-13242-MJJ |

### DECLARATION OF LUENNA KIM

I, Luenna Kim, declare as follows:

1.     I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2.     I am the Chief Human Resources Officer for the San Francisco Department of Public Health (SFDPH), a position I have held since March 2021. My responsibilities include oversight of all human resources-related functions for SFDPH's more than 7,000 employees.

3.     SFDPH is one of more than 60 departments within the City and County of San Francisco (the City). As part of the City, SFDPH qualifies as a Public Service Loan Forgiveness (PSLF) employer.

4.     SFDPH employees serve in a wide range of public health roles, including doctors, nurses, social workers, behavioral health specialists, and health program coordinators. SFDPH workers often must take out student loans to complete the required years of training and earn the requisite licenses to perform their jobs. Given these student loans and the high cost of living in

1

the San Francisco Bay Area, many of our workers participate in the PSLF program, which in turn helps the City retain these highly skilled workers who could otherwise join the private sector.

5. I understand that most City departments, including SFDPH, verify and sign PSLF forms for their specific department's eligible employees. Based on our records, SFDPH's human resources team regularly reviews and certifies more than 300 PSLF forms each year.

6. Within SFDPH, an analyst or manager on our human resources operations team is responsible for completing the "Employer Certification" portion of the PSLF form for SFDPH employees. The Employer Certification currently requires an SFDPH official to certify to certain employer-related information, such as address and EIN number, and to certain borrower-related information, including that the PSLF borrower is or was an employee of SFDPH during the dates listed on the form. Verifying this information falls squarely within the SFDPH human resources operations team's wheelhouse. Specifically, that team has access to SFDPH's confidential employment information system, which it uses to confirm the borrower-related information on the form.

7. Under the new PSLF Rule, I understand that the PSLF form would require employers to certify to additional information and legal determinations, including that the employer has not engaged in activities with a "substantial illegal purpose." Members of our human resources operations team are not qualified to make legal determinations on behalf of SFDPH or the City. Instead, my team would have to consult the City's lawyers to make that determination, and could not as a routine matter certify these forms within our department. Verifying the borrower-related information via our confidential employment information system and then consulting with the City's attorneys on the legal determination portion for hundreds of PSLF

Forms each year would add a substantial administrative burden to this process and would require SFDPH and the City to devote additional resources to complete this process.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February ____, 2026 at San Francisco, California.

2/11/2026

Signed by:

*luenna kim*

A131C6D6BF1A4A1...

LUENNA KIM