# Exhibit 10

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
TONY LOPRESTI, State Bar #289269
KAVITA NARAYAN, State Bar #264191
MEREDITH A. JOHNSON, State Bar #291018
LAURA S. TRICE, State Bar #284837
TAYRYN A. EDWARDS, State Bar #344959
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240
E-Mail:    Tony.LoPresti@cco.sccgov.org
              Kavita.Narayan@cco.sccgov.org
              Meredith.Johnson@cco.sccgov.org
              Laura.Trice@cco.sccgov.org
              Tayryn.Edwards@cco.sccgov.org

Attorneys for Plaintiff
County of Santa Clara

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATIONAL COUNCIL OF NONPROFITS, CITY OF BOSTON, CITY OF ALBUQUERQUE, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, AMICA CENTER FOR IMMIGRANT RIGHTS, COALITION FOR HUMANE IMMIGRANT RIGHTS, LEGAL AID SOCIETY OF THE DISTRICT OF COLUMBIA, OASIS LEGAL SERVICES, AMERICAN FEDERATION OF TEACHERS, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, NATIONAL EDUCATION ASSOCIATION, and NATIONAL ASSOCIATION OF SOCIAL WORKERS**, | No. 1:25-cv-13242 <br><br> **DECLARATION OF DAVID HUEBNER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| Plaintiffs, | |
| v. | |
| **LINDA MCMAHON, in her official capacity as SECRETARY OF EDUCATION, and DEPARTMENT OF EDUCATION,** | |
| Defendants. | |

## DECLARATION OF DAVID HUEBNER

I, **DAVID HUEBNER**, declare:

1.    I make this declaration in support of Plaintiffs' motion for summary judgment.  I am a resident of the State of California.  I know the facts herein stated of my own personal knowledge and if called upon to do so, I could and would competently testify to them under oath.

2.    I am the Director of the Employee Services Agency ("ESA") of the County of Santa Clara ("Santa Clara").  ESA supports more than 24,000 employees, who in turn provide essential services to the nearly 2 million residents of Santa Clara County.  ESA's work includes recruiting new employees, supporting County agencies and departments in the hiring process, and administering employee benefits, among other things.  I began my service with ESA in June 2024.  As Director, my goal and responsibility is to help the County hire and retain the next generation of exceptional public servants.  I oversee ESA's budget, policies, and operations, lead efforts to recruit executive-level personnel, and have a deep understanding of ESA functions.

3.    Prior to joining the County of Santa Clara, I spent over 12 years working in both public and private settings supporting employers in their hiring, retention, and related human resource efforts.  From 2020 to 2024, I worked for the City and County of San Francisco, as the Head of Digital Innovation and Analytics and eventually the Director of the HR Modernization Project—an initiative that transformed San Francisco's HR practices by adopting a more data-driven, human-centered approach to hiring and retention.  Prior to my employment with San Francisco, I focused on my work as Principal of Lalo Consulting, a small consulting and software development company that I founded in 2014 to help mission-driven organizations—like nonprofits and local governments—overcome hiring and retention obstacles.  From 2016 to 2017, I served as the Director of Code for America's Talent Initiative, where I furthered the organization's mission of expanding public service in the tech industry by matching government employers with technologists who can confront the challenges of delivering public services in the digital age.  And from 2012 to 2014, I worked at Google as the Program Manager for the Strategy, Analytics and Effectiveness Team, where I focused on hiring and people services.

4.    In my many years of experience working on human resources issues in the public and

private sectors, I've become well-acquainted with the challenges employers face in the labor market. These challenges are particularly acute for government employers, which often cannot match the compensation that for-profit entities offer—and even more acute for government employers like Santa Clara that must compete for talent in a region with a thriving for-profit sector and extremely high cost of living.  Yet, the stakes for governments are high, particularly for a county like Santa Clara whose workforce administers a breadth of essential services to nearly 2 million residents, ranging from vital healthcare services to emergency response to housing and food assistance. Governments need to use every tool in their toolkit to build a capable and thriving workforce.  The Public Service Loan Forgiveness ("PSLF") program is one such tool, and its potential loss could diminish Santa Clara's ability to attract the talented leadership and workforce it needs to provide the highest quality service to Santa Clara County residents.

### ESA and the Workforce It Serves

5.      ESA supports a talented workforce of excellent public servants and works to ensure a seamless and positive experience for all employees throughout their careers and into retirement.  As such, ESA administers benefits for employees and retirees and provides a full suite of recruitment and hiring services for over 40 Santa Clara agencies and departments, including overseeing hiring programs for employees ranging from line-level staff to executives and departmental leaders.  ESA also provides strategic insights into how the Santa Clara workforce can evolve to meet the needs of a dynamic community.

6.      ESA consists of multiple departments that oversee key aspects of employee services. Among others, the Recruitment and Classification Department recruits quality candidates through a variety of methods, provides strategic support to Santa Clara departments to gauge and respond to changing service delivery needs, and administers merits-based assessments to find the right fit for open roles.  The Employee Benefits Department develops the County's benefits strategy, designing competitive and sustainable packages that enhance employee experience and support retention and recruitment.  The Employee Benefits Department also operates Employee Service Centers—sites located near the departments they serve that assist all Santa Clara departments by processing personnel and benefit transactions and assisting employees with human resources and benefits

1  related matters.  And the Executive Services team produces customized recruitment strategies to

2  attract highly qualified professionals for critical executive-level positions across departments and

3  agencies and supports them during their time with Santa Clara.

4          7.      Santa Clara's workforce is expansive.  It consists of employees who work in a wide

5  range of fields and have a broad array of skills, knowledge, and talents.  This includes medical staff

6  who provide critical care at Santa Clara's four public hospitals and associated clinics, social workers

7  who provide child welfare services and assist vulnerable families, attorneys in the offices of the

8  District Attorney and Public Defender who prosecute crimes and protect the rights of the accused,

9  law enforcement personnel who protect public safety and facilitate rehabilitation services, eligibility

10  workers who connect vulnerable residents to food assistance, employment services and healthcare,

11  and countless other Santa Clara employees.  The services provided by these employees are essential

12  to the community.

**Use of PSLF by Santa Clara and Its Employees**

13

14          8.      Many Santa Clara employees participate in the federal Public Service Loan

15  Forgiveness (PSLF) program.  Based on Santa Clara records, in 2025 alone, staff for Santa Clara

16  completed over three hundred PSLF forms for employees serving in a wide range of positions in

17  virtually all parts of the county organization.  Employees who have submitted PSLF forms in recent

18  years include physicians, nurses, deputy sheriffs, probation officers, social workers, psychologists,

19  hazardous materials specialists, deputy district attorneys, departmental directors, IT specialists, and

20  more.

21          9.      Currently, when a Santa Clara employee needs to have their PSLF paperwork signed,

22  they may submit their eligibility verification forms to an ESA email address for processing.  Many

23  Santa Clara employees submit their PSLF forms in this manner, and when they do, ESA's

24  employment verification team is responsible for processing their PSLF forms.  In other cases, the

25  employee's department may process PSLF forms internally, and the employee can submit their

26  PSLF form to a departmental manager or supervisor for completion.

27          10.     Regardless of whether a department or ESA staff completes the form, the process for

28  completing a PSLF form is relatively straightforward and streamlined.  Staff verify whether the

employee has accurately represented the fact of their employment with Santa Clara. The information Santa Clara staff must verify is thus purely factual: the employee's dates of employment, their full- or part-time status, and Santa Clara's name, address, and Employer Identification Number. This factual information is readily available to ESA's employment verification team, as well as certain other staff in Santa Clara's various departments, agencies, and offices, and squarely within these staff's competence to verify.

11.    PSLF is an important benefit that helps Santa Clara compete with higher-paying private sector employers. ESA leverages Santa Clara's qualifying employer status to attract individuals with sought-after skills, who might otherwise be disincentivized or unable to make the long-term financial sacrifice required to work in public service, particularly given the Bay Area's high cost of living. For example, ESA advertises Santa Clara's PSLF status as a potential financial benefit in job postings and recruitment materials for executive-level employees. A true and correct copy of one such recent job posting is attached as Exhibit A. ESA also advertises Santa Clara's PSLF status on its website about Santa Clara's student internship program, which is designed to nurture the development of promising candidates for jobs in government service. A true and correct copy of ESA's current internship program website is attached as Exhibit B. Indeed, Santa Clara's elected Board of Supervisors has recognized the importance of loan assistance programs like PSLF as a tool for recruiting and retention of public sector workers and has publicly expressed the County's support for such programs for many years in its Legislative Policies.[1]

12.    PSLF helps attract individuals moving between public sector positions as well. These individuals carry invaluable public sector experience, often having the greatest wealth of knowledge about administering key government programs and services. This talent pool often values employers who can help them continue to accrue service years that will lead to PSLF relief.

---

[1] *See, e.g.*, County of Santa Clara, 2026 Legislative Policies at 9, https://files.santaclaracounty.gov/exjcpb1611/2025-11/2026-legislative-policies-document_bos-approved-11.2025.pdf?VersionId=qBWsIcEP.DMHAQAtawepI.UxoCShKr1i; County of Santa Clara, 2025 Legislative Policies at 9, https://files.santaclaracounty.gov/exjcpb1611/2025-01/2025-legislative-policies-approved.pdf?VersionId=nZnhEoFSA4H_rdrhkgx4r82sGzPwPQYp; County of Santa Clara, 2024 Legislative Policies at 6, https://files.santaclaracounty.gov/exjcpb1611/2024-09/2024-legislative-policies-document-bos-amended-june-2024.pdf?VersionId=m_2maYpSHeSYV1VS90Blog2e5eXZyQGN.

13.    PSLF is not only a valuable recruiting tool, but also a valuable retention tool for keeping experienced employees in the public sector long-term.  Executive-level and many other Santa Clara positions can be difficult to fill.  This makes robust retention efforts essential.  Santa Clara residents greatly benefit from having employees in these positions who have acquired specific skills through secondary and post-secondary education, which frequently generates student loan debt.  Because PSLF benefits those who spend ten years in the public sector, the program incentivizes skilled employees to become career public servants, as opposed to engaging in short-term "tours of duty" that can diminish the stability of service delivery in the public sector and result in increased costs associated with turnover.

**Impact of the Final Rule on the County Workforce**

14.    I am familiar with the Final Rule ("Rule") published by the Department of Education on October 31, 2025, regarding the William D. Ford Federal Direct Loan Program.[2]  I understand that, if the Rule takes effect, the Department of Education will require employers to certify that they do not engage in "activities" with a "substantial illegal purpose" when completing an employee's PSLF application form, and if an employer does not make such a certification, or the Secretary of the Department of Education nevertheless believes the employers' actions have a "substantial illegal purpose," it will disqualify the employer for a period of at least ten years or until they adopt a "corrective action plan."[3]

15.    The Rule would disrupt Santa Clara's current process for completing PSLF forms.  Rather than simply verifying the fact of a given applicant's employment with Santa Clara, staff completing PSLF forms would newly be required to certify whether activities throughout the County's over 40 departments and agencies have what the Department of Education deems a "substantial illegal purpose."  As such, if the Rule takes effect, ESA staff will need to consult with Santa Clara executive leadership and counsel regarding this new legal certification and may need to put in place new procedures to ensure that ESA and other departmental staff sign PSLF forms in accordance with appropriate legal review and guidance.  To the extent new procedures are required,

---

[2] *William D. Ford Federal Direct Loan (Direct Loan) Progra*m, 90 Fed. Reg. 48966 (Oct. 31, 2025).
[3] *Id.* at 49902.

1   ESA would need to train all Santa Clara staff who complete PSLF forms on those new procedures

2   and potentially educate departments and employees throughout the organization on aspects of the

3   new procedures that impact them.

4        16.    Further, if the Rule were to take effect, ESA and/or other Santa Clara staff would

5   likely be required to expend time answering employee questions and responding to uncertainties

6   about the impact of the changes the federal government has made to PSLF.  Indeed, I am aware that

7   staff from several Santa Clara departments have already inquired about the changes to PSLF.

8        17.    Crucially, the Rule would also impact Santa Clara's ability to attract and retain

9   individuals with the skills necessary to provide high-quality services to Santa Clara County residents

10  and make it more difficult for Santa Clara to compete with higher-paying private sector employers.

11  The impact of the Rule is likely to be significant, given the number of Santa Clara employees who

12  have pursued higher education to develop specialized skills (e.g., medical, legal, social work,

13  counseling) and yet choose to spend some or all of their careers in public service.  Even the *threat* of

14  possible PSLF disqualification can impact Santa Clara's ability to attract and retain employees.  By

15  creating caveats to the qualifying status of government employers, the Rule makes a previously

16  reliable employee benefit changeable and conditional.  PSLF has traditionally been a mainstay of the

17  overall compensation picture for government employees.  The Rule would erode the faith that

18  individuals who are interested in government service have been able to place in the program.  The

19  Rule's changes could thus hinder the financial planning and security of Santa Clara employees,

20  which could in turn impede Santa Clara's ability to retain and attract the workforce it needs to serve

21  the nearly 2 million residents of Santa Clara County.

22       I declare under penalty of perjury under the laws of the United States of America that the

23  foregoing is true and correct.

24       Executed on ___2/10/2026___ at San José, California.

25

26

27                          David Huebner

28

# Exhibit A



County of Santa Clara

# Chief Information Officer

| | | | |
|---|---|---|---|
| **SALARY** | $318,138.90 - $386,703.95 Annually | **LOCATION** | Throughout the County of Santa Clara, CA |
| **JOB TYPE** | Executive Management | **JOB NUMBER** | 25-A1F-A |
| **DEPARTMENT** | Technology Services and Solutions | **OPENING DATE** | 11/03/2025 |
| **CLOSING DATE** | 12/3/2025 11:59 PM Pacific | **BARGAINING UNIT** | 91 |

## Description

**Where Innovation Meets Purpose. Lead Technology That Changes Lives.**

**A County Like No Other**

Santa Clara County isn't your typical region—and the **County of Santa Clara** isn't your typical government agency. Located in the heart of Silicon Valley, the County is surrounded by some of the most innovative minds and technologies in the world. Yet its mission is deeply human: to provide for the needs of a dynamic community, provide quality services, and promote a healthy, safe, and prosperous community for over **2 million residents**, many of whom rely on the County for life-saving services.

The County is responsible for delivering essential services—providing local public and behavioral health systems, 9-1-1 communications, social services and safety net programs, child and adult protective services, supportive housing, emergency medical services and an award-winning public healthcare system, criminal justice, diversion and re-entry services, vital records and property records management, elections, transportation and land use planning, and a park system—all of which rely on technological innovation and reliability.

**Why This Role Is Different**

This is not just a CIO role. It's a chance to lead one of the largest public-sector technology organizations in the country and to do so in a place that values **innovation, equity, and impact over profit**.

You will lead the County's Technology Services and Solutions (TSS) department, which manages the County's technology infrastructure, enterprise systems, and data platforms, while also supporting emerging technologies to create long-term value for the County's business operations. TSS leads initiatives in transitioning to modern technologies, improving customer experience, and driving digital transformation. TSS provides internal service delivery to the County's numerous departments for systems, applications, and tools used by the County's 24,000 employees and members of the public.

**Why You Might Love This Job**

- **Real-World Impact**: Your work will directly affect the lives of millions. From ensuring applications facilitate streamlined and improved Emergency Room access in underserved communities to supporting 911 dispatch

systems, your leadership will be felt in moments that matter most.

- **Mission Over Margin**: This is a place where technology serves people—not shareholders. The County's mission is rooted in compassion, equity, and public good.
- **A Strong Team, Ready for Stability**: You'll inherit a capable, committed team that's eager for steady, visionary leadership. The foundation is solid—what's needed now is someone to build on it.
- **Technological Diverse Landscape**: You will lead all technology for the County organization from infrastructure services, enterprise systems, end-user services, technical operations, and transition services support, used in a variety of verticals—health system; financial and employee systems; public safety, justice, and emergency management; social services; and essential government services, such as elections and administration;
- **Shape the Future of Public Tech**: You'll have the opportunity to position the **County of Santa Clara** as a national leader in AI, digital transformation, and policy innovation—with a seat at the table in Sacramento
- **Tell the Story of Tech as a Partner**: Help shift the narrative from "tech as a cost center" to "tech as a strategic enabler." You'll be the voice that connects TSS's work to every department's success—from libraries to jails to public health.
- **Supportive Executive Leadership**: You'll work with leaders who believe in hiring smart people, giving them room to lead, and clearing the path for progress. They're hands-on, present, and deeply invested in your success.

### What You'll Do

- **Lead Strategically**: Set the vision for technology across the **County of Santa Clara**, with a focus on long-term innovation, operational excellence, and service delivery.
- **Service-oriented Partnership**: Understand the unique needs of stakeholders to design streamlined workflows and improved operational efficiencies, while ensuring unwavering quality standards.
- **Deliver at Scale**: Oversee complex, high-stakes IT projects across healthcare, public safety, and social services—ensuring they're on time, on budget, and mission-aligned.
- **Inspire and Empower**: Lead a 1,000-person department with empathy, clarity, and accountability. Build a culture of trust, innovation, and service.
- **Navigate Complexity**: Work within a unique public-sector environment that blends hierarchy with consensus, and where labor partnerships and elected officials play key roles.
- **Advocate and Communicate**: Be the face of TSS—internally and externally. Proactively share wins, build relationships, and ensure technology is seen as a strategic partner.

### Who You Are

You may come from the public sector—or you may not. What matters most is your ability to lead at scale, think strategically, and care deeply about high-quality service and impact.

- **Technically Fluent**: You understand the power and potential of technology, including emerging areas like AI.
- **Experienced at Scale**: You've led large, complex teams on cross-functional initiatives and know how to delegate, empower, and deliver.
- **Customer-Service Oriented**: You have experience achieving peak team performance to execute strategic goals in partnership with stakeholders.
- **Aligning Technology Investment**: You understand how to optimize IT investments to ensure alignment with business objectives and operate in a cost-effective manner.
- **Mission-Driven**: You're motivated by purpose, not just performance metrics.
- **Adaptable and Curious**: You bring fresh ideas and embrace new solutions and optimizing performance in a culture of public service.
- **A Long-Term Builder**: You're not looking for a steppingstone—you're looking to make a difference and stay long enough to see it through.

### Why the County of Santa Clara?

Because here, **technology saves lives**. Because here, **you can lead with purpose**. And because here, **you'll be part of something bigger than yourself**.

### More About Our Competitive Executive Benefits

Strategic Financial and Retirement Benefits

- CalPERS pension with reciprocity across most California public agencies (2.5% @ 55 for Classic Members, 2% @ 62 for Non-Classic Members)

- 457 Deferred Compensation Plan with both pre-tax and Roth options, up to IRS limits

- $325,000 in term life insurance plus $300,000 in accidental death and disability coverage
- Eligible employer under the federal Public Service Loan Forgiveness (PSLF) Program

Executive-Level Health, Wellness, and Family Support

- Premium health insurance options (Kaiser, HealthNet, Valley Health Plan) with up to 96% County-paid coverage
- Fully covered dental (Delta or Liberty) and vision (VSP) plans for individuals and families
- Employee Assistance Program Dependent Care Assistance, and Flexible Spending Accounts
- Access to wellness and leadership development programs designed to support executive performance and resilience

Leadership Mobility, Time Off, and Professional Growth

- 39 days of annual leave with a cash-out option, plus 13 paid holidays
- Relocation assistance to support seamless transitions
- Tuition reimbursement and internal executive development programs
- Valley Transportation Agency Smart Pass/Clipper Card for sustainable commuting
- To learn more about benefits, check out our dedicated page.

**Ready to lead one of the most impactful public sector technology organizations in the country?**
Apply now and help shape the future of the **County of Santa Clara**. Learn more about the County and the impact you can have as a leader.

**Application Process and Key Dates**

*Filing Deadline: Wednesday, December 3, 2025*

This recruitment may close or be extended as early as 10 days after posting. **Early application is strongly encouraged.** Please check the website regularly for updates.

Apply at:

https://esa.santaclaracounty.gov/career-seekers

**What to include in your application:**

1. **Résumé**
2. **Cover Letter** (maximum 3 pages)
   Describe why you are the ideal candidate, highlighting relevant leadership experience and accomplishments.

**Next steps in the process:**

Following mutual interest, a **comprehensive background investigation** and **reference check** will be conducted. Finalists will be asked to provide **at least five professional references**, with prior authorization obtained by Executive Services.

Questions regarding this Executive recruitment may be directed to **David Huebner, Executive Services** at executive.services@esa.sccgov.org

**Stay Informed On Our Latest Executive Leadership Recruitments**

**Subscribe to our Executive Leadership Careers Newsletter! Click here**
**Or follow us on Meta | Instagram | LinkedIn**

Employment Standards

Considerable education and administrative experience to demonstrate a thorough knowledge of technology and the ability to plan, organize, and direct the diversified activities and services of a large, public Information Technology agency.

The required knowledge and abilities would typically be acquired through education and experience equivalent to a Bachelor's degree from an accredited college or university with major course work in Computer Science, Electronic Engineering, Telecommunications, Business/Public Administration, or a closely related field and a minimum of five (5) years recent executive level information systems management experience in a production environment in a governmental jurisdiction or private sector organization comparable in size and complexity to that of the County of Santa Clara.

View the full job specification on our career site.

---

**Employer**
County of Santa Clara

**Address**
70 W. Hedding Street
8th Floor, East Wing
San Jose, California, 95110

**Phone**
(408) 299-6816

**Website**
http://www.sccjobs.org/

# Exhibit B



# County of Santa Clara

 

## Employee Services Agency

---

🏠 **Home**   |   **Career seekers**   |   Student Internship Program - information for students

# Student Internship Program - information for students

The Student Internship Program is designed to nurture the educational and professional development of promising job candidates. Student Interns assist professional and technical employees in the performance of their duties under close supervision. The student intern's specific tasks vary depending on the Agency/Department to which they are assigned. Student interns can be used throughout the calendar year depending on the needs of the department.

---

# Student eligibility

To qualify for the student intern classifications, a student must meet the following requirements:

- Have a legal right to work in the United States

- High school students under eighteen will require a work permit, which may be obtained through the high school counselor or the Employment Development Department (EDD)

- Be enrolled in an accredited institution or a school licensed by a state agency, or have graduated from such an institution or school within the last six months

- Have an overall grade point average of at least 2.5 on a four point scale

- Submit a completed County job application for employment, official/unofficial transcript, and proof of enrollment or course schedule for the current school session

- May be required to pass a Live Scan background check

- May be required to pass a physical examination

---

# Applying for student internship



Interested in becoming a County of Santa Clara student intern? Submit your online application together with your most recent transcript under the appropriate student intern recruitment below. The levels of Student Intern classifications are based on four educational levels.

# Student Intern - Level I

You must be

- a high school student enrolled in regular high school classes, or

- enrolled in an alternative vocational high school, or

- a student working toward high school equivalency.

There is no current posting for this level; however, you may:

Sign up for email alerts by clicking on the Student Intern, Level I job title and clicking the subscribe button.

  or

You can also reach out to County departments directly to express your interest in their future internship opportunities. Departments can contact our team for assistance if they are interested in hiring you.

# Student Intern - Level II

You must be

- a freshman or sophomore year college student, or

- a community college student, or

- a vocational school student who have completed high school.

Apply for Student Intern, Level II here with your transcript and proof of enrollment/class schedule.

# Student Intern - Level III

You must be

- a junior or senior year college student, or

- a degree holder student working on your secondary degree or professional certification.

Note: Student interns hired in this level must perform duties related to their field of study.

Apply for Student Intern, Level III here with your transcript and proof of enrollment/class schedule.

# Student Intern - Level IV

You must be

- a professional or graduate school student, or

- a degree holder student working on your secondary degree or professional certification.

Note: Student interns hired in this level must perform duties related to their field of study.

Apply for Student Intern, Level IV here with your transcript and proof of enrollment/class schedule.

Note: Applications are reviewed on an as needed basis as departments submit requests. After six (6) months, the application is inactivated, but you may re apply to the program. If additional information is required or your application is accepted, you will receive an email.

# Department specific internship opportunities

If you are interested in interning with a specific department, you may reach out to them directly.

- Office of the District Attorney

- [Behavioral Health Internship Program](#)

- [Public Health Department](#)

- [County of Santa Clara Parks](#)

**LIST OF OTHER COUNTY AGENCIES AND DEPARTMENTS**

For further information, contact the Student Intern Coordinator, at [studentinterns@esa.sccgov.org](mailto:studentinterns@esa.sccgov.org).

# Pay structure

The Student Intern classifications are established on a five-step salary. [Refer to the County of Santa Clara's Salary Information for the most current salary information.](#) When you click on the salary information link, you'll open up a current salary plan report as a pdf. Click "CTRL + F" to open a search window in your browser. Then enter *student intern* as the search term. You can then navigate to pay details for the different internship classifications we employ.

# Entry-level career options

Have you recently graduated and already passed the 6 month eligibility requirement of the Student Internship program? Below is a link of entry level jobs that you can consider for your future County career.

**LIST OF ENTRY-LEVEL JOBS**

# Public Service Loan Forgiveness Program

The PSLF Program allows people who work in government and in many nonprofits to have the remaining balance of their student loans forgiven after 120 payments. Find more information on [Public Service Loan Forgiveness and Federal Student Aid](#).

# Quick links

🗗 Student intern job board

# Career and community events

There are no upcoming events.

**ACCESS EVENTS CALENDAR**

# Was this page helpful?

| YES | NO |

Employee Services Agency

| CONTACT INFORMATION ⌄ |

CONTACT INFORMATION ⌄



County Services

Departments and Agencies

Board Agendas, Minutes, and Webcasts

Volunteer Opportunities

Careers

Contact Us

County Holidays

Accessibility

Links Policy

Privacy Policy

Terms of Use

   

©2026 COUNTY OF SANTA CLARA. ALL RIGHTS RESERVED.