# Exhibit 11

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **National Council of Nonprofits** et al.,<br><br>*Plaintiffs*<br><br>v.<br><br>**Linda McMahon** et al.,<br><br>*Defendants* | Case No. 25-cv-13242-MJJ |

### DECLARATION OF ALEX LAWRENCE

I, Alex Lawrence, declare as follows:

1. I am the Chief People Officer for the City of Boston. I am above the age of 18 and have personal knowledge of the facts set forth in this declaration.

2. The City of Boston is a municipal corporation duly organized under the laws of the Commonwealth of Massachusetts. The City of Boston has a population of more than 675,000 and employs over 21,000 full-time employees.

3. At the City of Boston, our mission is to provide high-quality city services to the residents and visitors of Boston, including ensuring public safety, delivering top-notch public education, maintaining a thriving local economy, and building and sustaining reliable infrastructure, all in service of making Boston a welcoming City for everyone.

4. The City of Boston regularly certifies employee authorization forms for PSLF.

5. Typically when completing the PSLF paperwork, City of Boston staff only provide factual information: the employee's start date, their full-time status, and that the City of Boston is a government entity.

1

6. The City of Boston does not centrally track PSLF approvals; they can be completed either by the central HR team or by department-specific HR personnel.

7. Although not all City employees have student debt, there are many professions where pursuing higher education is a prerequisite for the job (e.g., teachers).

8. PSLF strengthens the City of Boston's recruitment and retention by helping make public service jobs competitive with private sector roles. PSLF reduces the financial pressure of student loans and encourages employees to stay in roles for longer, knowing that their years of service count toward full loan forgiveness after 10 years. This opportunity reduces both staff turnover and the cost to rehire and retrain employees.

9. The City of Boston encourages our employees to take advantage of PSLF. The City has worked to spread awareness of the program by hosting events and sharing information through the internal City employee newsletter.

10. The new rule leaves it unclear what the City of Boston may have to do to satisfy the federal government's conditions related to activities with a "substantial illegal purpose." The application of this vague condition to City operations requires a legal determination that is difficult for the City to make in the abstract, without more clarity about how the Department will interpret and apply this new term in its regulations. As a result, at the very least, the City would likely need to develop a system for providing legal opinions to its various HR teams, or even may need to centralize the PSLF paperwork process altogether. Any change would require significant staff time to establish and maintain, as well as related operational expenses.

11. Given the vagueness of how the Department defines activities with a "substantial illegal purpose" and the lack of clarity around how the regulation will be interpreted and applied,

the City of Boston may not be able to guarantee to its current or future staff that the Department of Education will always consider the City to be a PSLF-eligible employer.

12. Although our work is both legal and essential to our residents, recent actions by this administration create uncertainty and concern that the Department will target the City of Boston for disqualification from the PSLF program.

13. For example, the City of Boston appeared on the U.S. Department of Homeland Security's list of "sanctuary jurisdictions," which was published in May 2025 and subsequently withdrawn, as well as the U.S. Department of Justice's list of "sanctuary jurisdictions" published in August 2025. According to the Justice Department, the City of Boston's inclusion on this list means that the City was "identified as having policies, laws, or regulations that impede enforcement of federal immigration laws." The Department of Justice has also sued the City of Boston—as it has numerous other cities, counties, states, and their officials—claiming that certain of its policies related to local participation in federal civil immigration enforcement are unlawful.

14. If the Department determines the City of Boston is no longer eligible for PSLF, it would have a significant negative impact on our employees who have spent years working towards loan forgiveness.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/11/26 at 1:30 PM.

ALEX LAWRENCE

3