# Exhibit 15

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **National Council of Nonprofits** et al., *Plaintiffs* v. **Linda McMahon** et al., *Defendants* | Case No. 25-cv-13242-MJJ |

DECLARATION OF VIKRAM SWARUUP

I, Vikram Swaruup, declare as follows:

1.　I am the Executive Director of the Legal Aid Society of the District of Columbia (Legal Aid DC). I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2.　Legal Aid DC is a 501(c)(3) nonprofit located in the District of Columbia that provides legal representation, free of charge, to people living in poverty. It is the oldest and largest general civil legal services provider in the District. Last year alone, Legal Aid DC helped more than 11,000 District residents who were not able to afford a lawyer, on a broad range of legal matters related to housing, public benefits, family law, consumer law, and immigration. In addition, Legal Aid DC also handles appellate matters through its nationally recognized Barbara McDowell Appellate Advocacy Project, advocates for policies that will benefit its client community through its policy advocacy program, and challenges through affirmative litigation illegal practices or policies that harm people living in poverty in the District.

3.　Legal Aid DC employs more than 120 full-time employees.

1

4.     As Legal Aid DC's Executive Director, I serve as the organization's chief executive officer, with overall responsibility for strategic leadership, management, and mission fulfillment. I oversee legal advocacy and programmatic priorities; manage personnel, finances, fundraising, and operations; ensure compliance with ethical and regulatory requirements; and represent the organization to funders, policymakers, courts, and community partners. I also engage in setting Legal Aid DC's long-term vision, ensure that the organization provides high-quality legal services, and safeguard the organization's institutional integrity and public trust.

5.     Like many legal services organizations and law firms, Legal Aid DC relies on its ability to recruit and retain talented lawyers and staff to provide services. Indeed, nearly 85% of our annual budget is spent on salaries and benefits for staff. Without a high-quality staff, Legal Aid DC would be unable to fulfill its mission.

6.     For years, Legal Aid DC has been an eligible employer for purposes of the Public Service Loan Forgiveness ("PSLF") program.

7.     The PSLF program is critical to Legal Aid DC's ability to deliver the often life-changing civil legal services it provides. Legal Aid DC actively uses its status as a PSLF-eligible employer to recruit and retain employees. Most of our attorney staff are recruited from local or significant national law schools, where PSLF and related programs are widely known as a viable way to enter into public interest law, especially for students who graduate with tens or hundreds of thousands of dollars in student-loan debt—a common scenario.

8.     Legal Aid DC compensates its employees at a rate that is competitive with similarly situated local nonprofit legal services organizations, but the compensation we are able offer is, in many cases, substantially below what our employees would earn if they pursued comparable work in the private sector.

9. Our status as a PSLF-eligible employer, therefore, is an important advantage that sets us apart from similar employers in the private sector. It allows, for instance, lawyers and recent law graduates who want to work in civil legal services to pursue a career at a mission-driven, nonprofit organization like ours despite crushing loan obligations that might otherwise drive them to work at a law firm or in a for-profit company.

10. As such, we publicize and encourage our employees to take advantage of PSLF. Unsurprisingly, roughly half of the lawyers in our office utilize or have utilized the PSLF program to deal with their student loan burdens.

11. Historically, when an employee requests to have their PSLF paperwork signed, Legal Aid DC's practice is to respond to them as soon as practicable. These requests sometimes come as a PDF form to verify employment, and other times as a link through a program such as Docusign. We provide up-to-date and accurate information about each employee's salary, benefits, and employment dates.

12. Typically when completing the PSLF paperwork, our administrative staff only provides factual information: the employee's start date, their full-time status, and that Legal Aid DC is a 501(c)(3) tax exempt nonprofit organization.

13. Because of the U.S. Department of Education's changes to the PSLF program, we have had to consider whether the Department would determine that our work has a "substantial illegal purpose" and exclude us from the program. Indeed, Legal Aid DC submitted comments to the Department of Education opposing the changes to the PSLF program at both the beginning of the negotiated rulemaking and later in the process when the final proposed rule was issued due to this very concern.

14. Although Legal Aid DC does not engage in any "activities with a substantial illegal purpose," we credibly fear that our organization may be targeted, and that our status as an eligible employer may be in jeopardy, under the new PSLF rules promulgated by the Department of Education, for several reasons.

15. As an initial matter, central to Legal Aid DC's work is representing and advocating on behalf of people who have very little political, economic, and social capital, and who—in this moment—may be politically disfavored or unpopular. Legal Aid DC's client community is disproportionately comprised of people of color; immigrants; individuals who are limited English proficient or non-English proficient; individuals with disabilities; individuals who are unemployed, underemployed, seasonally employed, or who work in low-wage jobs; individuals who are unhoused or who have unstable housing; individuals with substance use disorders; individuals with mental health conditions; transgender or gender non-binary individuals; and individuals with criminal records or who have otherwise had experiences with the criminal justice system.

16. Moreover, Legal Aid DC is located in and serves the residents of the District of Columbia, a jurisdiction under intense political pressure and media attention, and one with a unique political relationship with the federal government. Indeed, under this Administration, the District of Columbia has dealt with significant federal financial scrutiny, oversight, and interference. Among other things, the federal government has exercised undue influence over the District's budget by withholding authorized funds, has taken over its local law enforcement authority, and has deployed the national guard to patrol its streets.

17. Since the new rule was first proposed, our employees have also voiced their concerns that working at Legal Aid DC may no longer qualify them for PSLF. Many of those

4

employees expressed that they would not have been able to accept jobs at Legal Aid DC or would not be able to stay in jobs at Legal Aid DC if the organization were not an eligible employer under the program. Given the amount of debt that recent college and law school graduates now carry, Legal Aid DC would also have great difficulty recruiting qualified new staff.

18. One Legal Aid DC attorney stated: "There is no possible way I could work at Legal Aid, or in public interest at all, really, without PSLF. All my professional decisions since age 21—whether and where to go to graduate and law school, what career path to take, where to work—have been based on the knowledge that my loans would be forgiven after 10 years of public service. To change the rules now after my 8 years in public service would not only leave me with crushing debt but also fundamentally alter the course of my life. The world will have one fewer lawyer fighting on behalf of people living in poverty."

19. Another attorney expressed that if Legal Aid DC were no longer an eligible employer, her life "would be turned upside down." She continued: "I went to law school with the express intention of devoting my legal career to public service, knowing that that path would mean drastically lower earnings but also knowing that I could make it work with the support of PSLF. My income as a legal services attorney is my sole source of income; I am a first-generation college graduate and have no other financial support nets on which to rely if I were forced to saddle the complete repayment of my $300k+ student loan debt."

20. Another Legal Aid DC attorney who has completed nearly a third of his 120 expected payments expressed that changing the program at this point would be "incredibly destabilizing." He said: "The PSLF program meant I could go to my dream law school without worrying if I could afford a career in public service after I graduated. It would be impossible for me afford the $300,000 in loans while living in the same community I serve."

5

21. We as an organization, and I personally as Legal Aid DC's Executive Director, worry about the possibility that Legal Aid DC may lose PSLF eligibility. We cannot forgo those essential parts of our mission that could be construed as having a "substantial illegal purpose" under the Department's definition, but given the vagueness of that term and how the regulation may be interpreted and applied, we cannot guarantee to our current or future staff that Legal Aid DC will always be a PSLF-eligible employer despite the plain language of federal statutes under which we should be.

22. If Legal Aid DC loses its status as a PSLF-eligible employer, we could not retain many of the lawyers we currently employ, and our recruiting pool would be substantially diminished. District residents generally, and our client community in particular, would likewise also suffer, given the incredibly important role that the organization plays in providing a wide range of direct services, legal representation, and advocacy to and on behalf of people living in poverty.

I declare under penalty of perjury that the foregoing is true and correct.

Washington, D.C.
2/11/2026
February _____, 2026

DocuSigned by:

*Vikram Swaruup*
B9C7E9E08C6D4F1...

Vikram Swaruup

6