# Exhibit 16

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

**National Council of Nonprofits** et al.,

    *Plaintiffs*

v.

**Linda McMahon** et al.,

    *Defendants*

Case No. 25-cv-13242-MJJ

## DECLARATION OF ANTHONY ESTREET

I, Anthony Estreet, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Chief Executive Officer ("CEO") for the National Association of Social Workers ("NASW" or the "Association"). I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. As CEO of NASW, I am responsible for providing strategic leadership and overseeing the organization's operations, programs, and advocacy efforts. NASW is the largest membership organization of professional social workers in the United States, representing over 91,000 members nationwide. I work closely with our Board of Directors, executive team, and chapter leadership to advance NASW's mission and support our members.

3. In this role, I am responsible for representing NASW on national policy matters that affect the social work profession and the communities we serve. This includes monitoring and responding to federal actions, such as changes to the Public Service Loan Forgiveness (PSLF) program, that may significantly impact our members and their ability to continue serving in public service roles.

*NASW's Mission and Members*

4. Founded in 1955, NASW is the largest membership organization of professional social workers in the United States. NASW promotes, develops and protects the practice of social work and social workers. NASW also advocates to improve public policies that strengthen society.

5. NASW is a traditional membership organization with over 91,000 members across the country. In exchange for membership dues, NASW members receive access to a broad range of professional resources designed to support their professional development. These resources include trainings, continuing education, certifications, and guidance on ethical and legal issues. NASW assesses member needs and develops programs and services based on those needs.

6. NASW has a long-standing commitment to ensuring that members play an active role in organizational leadership and decision-making. Many NASW employees are also members of the Association, including Chapter Executive Directors and individuals on the executive team. Our Board of Directors, committee members, and elected and appointed leaders are members of the Association. In addition, NASW has a Delegate Assembly, elected directly from the membership, which meets every three years to review and update NASW Policy Statements that guide the Association's advocacy, programs, and operations. This structure ensures that members not only provide input but also help shape the organization's direction and policies.

7. NASW's work to promote the social work profession benefits both its members, as well as the well-being of people throughout the United States. NASW advocates on with elected leaders and policymakers to make critical changes that support the profession and society. Social workers are one of the largest providers of mental, behavioral, and social care services in the country—services that are critical to ensuring that people can cope with and solve problems in their everyday lives. Social workers are found in every facet of community life, including schools,

hospitals, behavioral health clinics, senior centers, prisons, child welfare and juvenile services, the military, corporations, courts, private practice, elected office, and in numerous public and private agencies.

### *Student Debt Is a Substantial Barrier to Entry for Social Workers Who Want to Go into Public Service*

8.  As part of its efforts to ensure that health and future growth of the social work profession, NASW has long recognized the profound impact that student debt has had on social workers. As is true of other sectors, student loans are a tremendous barrier for social workers who seek employment in public service jobs, where salaries are persistently lower than in private sector jobs.

9.  Social workers—including many NASW members—tend to have high student debt, but relatively low pay, making participation in the profession financially difficult, particularly in the nonprofit and public sectors. The disparity between debt and compensation is exacerbated by the level of education required to practice in the field. While social workers can work in certain settings with a Bachelor's degree, a Master's of Social Work (MSW) is the terminal degree required to practice in many settings including independent clinical social work. Social workers who obtain a MSW carry a mean total student debt of $66,000, but the mean starting salary for social workers with MSWs is just $47,100.[1]

10. Disparities between student debt undertaken and salaries mean that many borrowers may forgo public service jobs altogether because they cannot otherwise cover all living expenses, including their student debt. The result is severe workforce shortages in the nonprofit sector.[2]

---

[1] Edward Salsberg et al., *The Social Work Profession: Findings from Three Years of Surveys of New Social Workers* at 12 (2020), https://perma.cc/JEU9-BMDG.

[2] *See* Nat'l Council of Nonprofits, *2023 Nonprofit Workforce Survey Results: Communities Suffer as Nonprofit Workforce Shortage Crisis Continues* 3-4 (2023), https://perma.cc/7NDN-27LG; Ctr.

Indeed, nonprofit organizations consistently report that salary competition is the single largest factor harming their ability to attract and retain employees.[3]

11.     This trend has played out in the social work profession, which already faces a shortage of qualified social workers.[4] For example, almost all child welfare programs struggle with recruiting and retaining qualified and effective child welfare staff, and turnover rates remain high.[5]

12.     And the shortfall is only expected to worsen over time: the demand for social workers is expected to increase substantially—by more than twice the average expected for all occupations—over the coming years.[6] Demand for all categories of social workers is expected to grow faster than average, with particularly rapid growth in the need for healthcare social workers and mental health and substance use disorder social workers.[7] Many social work jobs in health care, mental health, and substance use disorder services are done by public servants or non-profit professionals.

13.     The consequences of attrition and difficulties recruiting can be dire for the populations for whom social workers provide care and services—reduction or elimination of services and longer waiting times mean that vulnerable people in need have less access to

---

For Effective Philanthropy, *State of Nonprofits in 2023: What Funders Need to Know* at 12 (2023), https://perma.cc/9KZB-856A.
[3] Nat'l Council of Nonprofits, *supra* note 2, at 10.
[4] Columbia School of Social Work, *Bridging the Gap: The Urgent Need for Social Workers* (Sept. 29, 2023), https://socialwork.columbia.edu/news/bridging-gap-urgent-need-social-workers (reporting an expected deficit of 74,000 social workers annually over the next decade).
[5] Nat'l Child Welfare Workforce Inst., *Critical Workforce Needs* at 1 (2020), https://perma.cc/TY6M-LS7W (noting turnover rates between 20 to 50 percent nationally).
[6] *See* Bureau of Labor Stats., U.S. Dep't of Labor, *Occupational Outlook Handbook—Social Workers*, https://perma.cc/23BE-KGYA (last accessed February 10, 2026).
[7] *Id.*; *see also* Michael Rieley, U.S. Bureau of Labor Stats., *Beyond the Numbers: Projected Employment Growth for Community and Social Service Occupations, 2022-32* (Feb. 2024), https://perma.cc/QHN9-6V3G (demand for healthcare social workers projected to grow 9.6% from 2022 to 2032).

healthcare, child welfare services, violence prevention, education assistance, and so much more.[8] Individuals may be denied services that they so desperately need which means individuals, families, and communities lose access to the programs that keep them alive, families lose services from programs that work to keep them together, and communities are no longer protected from targeted interference from predatory private student loan companies or future government oversight.

### *The Public Student Loan Forgiveness (PSLF) program plays a critical role in helping social workers enter public service employment*

14. The PSLF program is intended to address the issues discussed above by encouraging entry for a wide range of public service professions, including social work. Indeed, the legislative history of the enacting statute specifically mentions the social work profession, stating that the program was designed to support those who want "to work in a variety of areas that are extraordinarily important for our country and for our society,"[9] including those in "social work."[10]

15. PSLF is a vitally important government program that eases the student debt burden for those who choose public service professions. The program has helped to bridge the income gap between public service and private employment to make public service a feasible career path for more than a million borrowers as of October 2024.[11] And PSLF has proven to be an important recruitment and retention tool for public service employers, as the Department itself has recognized.[12]

---

[8] *See, e.g.*, Nat'l Council of Nonprofits, *supra* note 2, at 5-8.
[9] 153 Cong. Rec. S9447 (daily ed. July 17, 2007) (statement of Sen. Bernie Sanders).
[10] *Id.* at S9461 (statement of Sen. Edward Kennedy).
[11] *See* Council of Econ. Advisors, White House, *Making Public Service Loan Forgiveness Work for Borrowers and the American People* (Oct. 17, 2024), https://perma.cc/L62V-GXEW.
[12] *See* U.S. Dep't of Educ., Fed. Student Aid, *Tackling the Public Service Loan Forgiveness Form: Employer Tips*, https://perma.cc/DS3F-3RDM (accessed Apr. 24, 2025) (Department resource for

16. The PSLF program is crucial to NASW members and the broader social work profession. Indeed, according to a report put out by the George Washington University Health Workforce Institute, approximately 75% of social workers are in public service, employed by either a nonprofit or in the government.[13]

### *The PSLF Rule Injures NASW Members*

17. Many of NASW's members rely financially on PSLF and their employer's eligibility when seeking, accepting, or staying in their jobs. In the absence of the PSLF program, many NASW members could not afford to work in the public service.

18. Absent relief, enforcement of the new PSLF Rule by this Administration will injure many of NASW's members who rely on the PSLF program financially.

19. Many of our members have relied on the PSLF program and their current employers' PSLF status to make long-term career and financial decisions. Many such members have invested years of their careers in meaningful public interest work based on the promise that the balance of their loans will be forgiven following 10 years of qualifying payments. These members will be greatly injured—their financial plans and career trajectories thrown into disarray—if their employers lose PLSF status before the members have completed their qualifying payments. At best, these members will have to sacrifice their current jobs for a new one with an

---

employers instructing that, "While [PSLF] is a potentially life-changing benefit for your employee, it's also an opportunity for you. You can use your eligibility as a qualifying employer for the PSLF . . . program[ ] as a recruitment tool to attract highly qualified employees to your organization); Julie Burrell, Coll. & Univ. Professional Ass'n for Human Resources, *Public Service Loan Forgiveness: Help Employees Achieve Their Financial Goals, The Higher Ed Workplace Blog* (Sept. 17, 2024), https://perma.cc/S9H6-E5BP (noting that human resources can use the PSLF program "as part of a retention and recruitment strategy" and that it is "an especially attractive benefit to potential employees").

[13] The George Washington University, Health Workforce Institute, *Profile of the Social Workforce* 20 (Oct. 2017), https://perma.cc/LPC2-X373.

employer who has retained their PSLF status—an outcome that could be extremely disruptive, even if the social worker is able to obtain such a job.

20. At worst, NASW members who are unable to obtain such employment will simply not be able to benefit from the PSLF program: they will have sacrificed years of higher pay in a private sector job based on the elusive promise of loan forgiveness, only to have the rug pulled out from them. Such members will be stuck with thousands of dollars of debt that they cannot afford.

21. For example, as described in her own declaration, NASW member Ka Rin Johnson relied on the PSLF program in nearly all of her major career decisions, including the initial decision to pursue a Master's of Social Work and her subsequent decision to remain in a stressful job for longer than she would have because the job qualifies for loan forgiveness. She also structured her personal financial decisions in reliance on the PSLF program, including buying a house that she can afford only if her loans are forgiven pursuant to that program. If the new rule goes into effect, Ka Rin Johnson is worried that her current employer—Oregon State—will lose status as a PSLF qualifying employer because the state has been listed by the Department of Justice as a "sanctuary jurisdiction" that "violate[s], obstruct[s], and def[ies] the enforcement of Federal immigration laws."[14] If that happens, Ka Rin will be forced to look for a new qualifying job. Obtaining such a position is far from guaranteed in her local job market, where other major employers are also at risk of losing PSLF status. Accordingly, if the Rule goes into effect, she will at best be forced to take a new job—which would delay her long held plans to transition to private practice—or at worst be forced to pay off her loans in full, which she cannot afford to do. She currently owes approximately $173,000.

---

[14] Department of Justice, *Justice Department Publishes List of Sanctuary Jurisdictions* (Aug. 5, 2025), https://perma.cc/3UYC-VHMW.

22. Even for those NASW members who do not currently work for employers at risk of losing PSLF status, their options to work for such employers will be curtailed going forward by that very risk.

23. Vacatur of the rule will address these injuries by preventing the employers of NASW members from losing their PSLF status.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2026

Signed by:

*Anthony Estreet*
B97695AFF0B74D7...

Anthony Estreet, PhD, MBA, LCSW-C
Chief Executive Officer
National Association of Social Workers