# Exhibit 18

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

National Council of Nonprofits et al.,

    *Plaintiffs*

v.

Linda McMahon et al.,

    *Defendants*

Case No. 25-cv-13242-MJJ

### DECLARATION OF SARAH TAMMELLEO

I, Sarah Tammelleo, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Senior Director of Research, Strategic Initiatives, and Economic Security for the American Federation of Teachers (AFT). I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. In my role as Senior Director, I manage our national economic security program, which includes support for members with student loans.

3. AFT is a membership organization representing 1.8 million pre-K through 12th-grade teachers, early childhood educators, paraprofessionals, and other school-related personnel; higher education faculty and professional staff; federal, state, and local government employees; and nurses and other healthcare professionals nationwide. In addition, the AFT represents approximately 80,000 early childhood educators and nearly 250,000 retiree members. AFT employs 325 full-time employees.

1

4.  AFT was founded in 1916, with a mission to promote fairness, democracy, economic opportunity, and high-quality public education, healthcare, and public services for students, their families and communities. We accomplish this mission by ensuring that our members receive fair pay and benefits for their critical work, and by fighting for safe working conditions for members that also benefit students, patients, and all those who use public services. Helping children and students, and ensuring the economic security and dignity of AFT's members and their families, is at the core of this mission.

5.  AFT has members and local affiliates in nearly every state in the country.

6.  AFT's members teach in K-12 public schools and in public and 501(c)(3) non-profit colleges and universities. They also work for employers that offer gender-affirming care to minors. In the course of their work, our members serve both U.S. citizens and non-citizens, some of whom lack documentation.

7.  AFT members, in the course of their work, regularly promote a diverse and multicultural society in the course of their work. For example, many members teach or assist in the teaching of United States history, including the history of slavery. They participate in workplace cultural heritage celebrations, such as Black History Month, Hispanic Heritage Month, and Asian American/Pacific Islander Heritage Month. They also support LGBTQ+-related programming, such as ensuring inclusive books are available in libraries, advising student groups, and participating in Pride celebrations.

**AFT Members Struggle With Student Loan Debt**

8.  AFT is a leader in fighting for the financial stability of public service, education, and healthcare workers, particularly when it comes to the increasingly crippling costs of education.

9. Many AFT members' professions require a college degree. The PSLF program helps defray the cost of this requirement and provides a form of compensation for people who could receive higher pay and benefits in the private sector but chose to work in public sector or 501(c)(3) jobs. For many AFT members, eligibility for PSLF incentivizes them to seek and remain in public service employment.

10. Our members include public school teachers, higher education professionals, health care providers, and state and local government employees. The vast majority of our members with student loan debt are eligible for PSLF.

11. Additionally, we know that many AFT members have sought additional higher education opportunities to help further their careers based on the promise of loan forgiveness through PSLF.

12. Based on our internal data and conversations with members we know that many of our AFT members have student loan debt, and 75% of our members work in roles that are eligible for PSLF.

13. Supporting our members' financial stability through student loan activities is therefore critical to our mission.

14. AFT conducts a Student Debt Clinic to provide members who are student loan borrowers with education and support with their student loan debt. The clinic was created with three goals in mind: (1) to educate members about Income-Driven Repayment (IDR) and PSLF; (2) to create a group of trainers who go on to to conduct their own student debt clinics within their AFT affiliates/local chapters and can answer members' questions about student debt; and (3) to provide affiliates with a program that engages our members around student debt, issue that we know is important to them, and enable further engagement within our union.

3

15. In addition to the Student Debt Clinic, AFT regularly hosts events and sends communications to our members about student loans and PSLF. In 2025 alone, apart from our Student Debt Clinics, AFT held five events for its members and/or partners about student debt, including PSLF. We also regularly send communications to our members about PSLF and maintain a resource hub dedicated to PSLF.[1]

**AFT Members Rely on PSLF**

16. We regularly hear from our members about the importance of student debt relief and programs like PSLF for their families. For example, Beth M., a teacher in Rhode Island, shared with us how PSLF enabled her to pursue a career in education:

> The PSLF program enabled me to attend college and earn my BA and Masters degrees. I have taught English in a low-income public school system for my entire teaching career. I loved my career and, in fact, I still take long-term [substitute teacher] positions now that I am retired because I still feel I can give so much to the students. The [PSLF] program is an amazing program that enabled me to lift myself from poverty. It should be available to any teacher who commits to low-income students.

17. Our members have also expressed concern to us about the risk of no longer having PSLF as an option to dealing with their student loan debt. For example, one member, a school psychologist in Minnesota, told us, "I chose to become a school psychologist because I'm passionate about supporting students, families, and communities in public education. . . . Had I known that programs like IDR plans and Public Service Loan Forgiveness (PSLF) wouldn't be available to me, I would have seriously reconsidered my decision to go into public service."

18. Many of our members work for non-profit organizations and public school systems in cities that might be targeted by the Department because of activities that they engage in that this

---

[1] AFT, *Student Debt & Public Service Loan Forgiveness*, https://perma.cc/995A-58PE (last visited Feb. 12, 2026).

4

Administration might deem illegal. For example, some of the public schools in which our members work educate and provide assistance to undocumented students and their families. Our members also work for state institutions in states that the Administration has labeled as "sanctuary jurisdictions." If those employers are disqualified from PSLF, our members will no longer be eligible to seek loan forgiveness if they continue working at those jobs.

19. If their employers are disqualified under the Rule, AFT anticipates that our members will need to find a new job at a different qualifying employer, remain in their current job without the opportunity for loan cancellation, or leave to work in the private sector. That might mean they will have to pay their student loans for longer than they would have if they were eligible for PSLF.

20. Also, members could have to face some significant changes in their salaries and economic situations if they are forced to change jobs because their employer is disqualified.

21. Without certainty around PSLF, AFT anticipates that potential future educators and healthcare workers will be dissuaded from entering public service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2026 at Jamestown, RI

*[signature]*

SARAH TAMMELLEO

5