# Exhibit 19

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **National Council of Nonprofits** et al., *Plaintiffs* v. **Linda McMahon** et al., *Defendants* | Case No. 25-cv-13242-MJJ |

**DECLARATION OF DALIA THORNTON**

I, Dalia Thornton, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Director of the Research and Collective Bargaining Services (RCB) department for the American Federation of State, County and Municipal Employees (AFSCME). I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2. I have been Director of RCB since 2019. In my role as Director of RCB, I am responsible for providing guidance and leadership to AFSCME staff and affiliate leaders concerning the negotiation of collective bargaining agreements with public and private sector employers regarding wages, hours and other terms and conditions of employment on behalf of AFSCME-represented employees, overseeing assistance to affiliates in resolving employee grievances and arbitrations, and my providing research and policy advocacy around national, state and local legislation and regulation that affects AFSCME members.

3. Founded in 1932, AFSCME is a national labor organization and unincorporated membership association headquartered at 1625 L Street N.W., Washington, D.C. 20036. AFSCME represents employees in the public and private sectors, with around 1.4 million members organized

1

into approximately 3,400 local unions, 58 councils and other affiliates in 46 states, including the District of Columbia, and Puerto Rico. AFSCME serves as the collective bargaining representative, certified under law, charged with negotiating and representing bargaining units of employees with respect to their wages, benefits, and terms and conditions of employment. AFSCME also engages in substantial public advocacy to advance its members' interests via public policy across all levels of government.

4. Most AFSCME members are state and local public employees. Some of AFSCME's other members are federal employees and private-sector employees, including members who are state and local government contractors and members who work for public-interest organizations or community-based institutions.

5. AFSCME's members provide vital services to keep the nation's cities and towns, counties and states, schools, and correctional, health, and public facilities functioning. They maintain roads, care for the sick and elderly, make schools good places to learn, keep communities safe, and more. AFSCME's members are employed across hundreds of different occupations—they are nurses, behavioral-health professionals, attorneys, epidemiologists, law enforcement officers, childcare providers, sanitation workers, librarians, and more.

6. AFSCME's mission is to represent its members in advocating for fairness in the workplace, safety on the job, fair wages, good benefits, a secure retirement, and excellence in public services. A critical aspect of fulfilling that mission is ensuring that its members have access to the Public Service Loan Forgiveness (PSLF) program. As we have stated on our website, "AFSCME has fought alongside our members to repair the PSLF program, which encourages

public service work with the promise of having the balance of federal direct student loans forgiven after 10 years of repayments."[1]

7.      Many AFSCME members' professions require one or more college and professional degrees, and many AFSCME members have incurred significant student loans in training for their careers.

8.      The PSLF program is an important tool for AFSCME's members to help offset the cost of higher education, obtain forgiveness of their student loans, and allow them to pursue and remain in careers in public service and public employment.

9.      AFSCME's members rely on PSLF—and their employers' ongoing qualification as PSLF employers—when seeking, accepting, and remaining in jobs in the public-service sector. PSLF programs make it economically feasible for these members to work in public employment or other public-service positions, which typically pay less than equivalent private-sector employment, especially for individuals with university and professional degrees.[2] The Department of Education, in its Notice of Proposed Rulemaking on the PSLF rule, estimated in 2025 that 677,500 government employees and 296,600 nonprofit employees had received complete forgiveness by 2025, with average forgiveness amounts ranging between $73,000 and $82,100.[3]

10.     Given the importance of the PSLF program to securing the economic security of AFSCME's members, AFSCME has played an important role in publicly supporting the PSLF program and ensuring that its members know about and take advantage of the program's benefits.[4]

---

[1] *Member Resources: Student Debt Map*, AFSCME, https://perma.cc/R5ZC-QT8G.
[2] *See* Congressional Budget Office, Comparing the Compensation of Federal and Private-Sector Employees in 2022 (Apr. 2024), https://www.cbo.gov/publication/60235.
[3] 90 Fed. Reg. 40154, at Table 4.2.
[4] Pete Levine, AFSCME, *Major Improvements to the Public Service Loan Forgiveness Program Announced* (Oct. 7, 2021), https://perma.cc/JRB8-R22G; Pete Levine, AFSCME, *Student Loans*

11.     To that end, AFSCME also publishes resources about PSLF on its website for members.[5] AFSCME and its locals also host workshops and webinars to educate members about how to enroll in the PSLF program and the benefits of doing so.

12.     As AFSCME President Lee Saunders remarked in 2021 following updates to the program that allowed many PSLF participants' debts to be forgiven, "Relief is here for our everyday heroes who have devoted their lives to strengthening our communities. . . . AFSCME is elated that the courageous workers who keep our communities running every day will get the help they deserve."[6]

13.     AFSCME communicates with its members and the public about the importance of student-debt relief through programs like PSLF, including through publishing member stories related to PSLF on its blog.

14.     One AFSCME member, for example, left the private sector for a career with local parks and recreation departments in Ohio, feeling that he had been called to public service. He fulfilled his obligations under the PSLF program and had nearly $40,000 of remaining student loans forgiven.[7]

15.     Another AFSCME member, an IT professional with a master's degree in information system engineering, forwent a more lucrative career in the private sector in favor of a

---

*for Over 1 Million Public Service Workers Forgiven Under PSLF Program* (Oct. 17 2021), https://perma.cc/REU2-R9P8; Pete Levine, *Biden-Harris Administration Delivers More Student Debt Relief to Public Service Workers* (Sept. 4, 2024), https://perma.cc/TDX6-JPQE; AFSCME, *Trump's 'Project 2025' Would Take Away Many of Our Hard-Won Rights and Freedoms* (July 19, 2024), https://perma.cc/4MY5-3335; Pablo Ros, *On Capitol Hill, AFSCME Member Urges Congress to Renew Loan Repayment Program* (Apr. 10, 2019), https://perma.cc/Z9TG-ZRKB.
[5] *See, e.g.,* AFSCME, *In Debt? AFSCME and Union Plus Can Help!* (June 13, 2016), https://perma.cc/35VS-EXGE.
[6] Levine, *Major Improvements to PSLF Program Announced*, *supra* note 4.
[7] AFSCME, *Public Service Loan Forgiveness Program Wipes Out Ohio Member's $40,000 Debt* (July 5, 2022), https://perma.cc/UC2F-3P8E.

4

career in public service, as she was drawn by the connection to her community. She worked first for the New York State Worker's Compensation Board and then the New York City Fire Department, all the while carrying hundreds of thousands of dollars of debt that she expected to be paying for the rest of her life. While she was deeply fulfilled by her work—"You're serving your community. You're helping to save the lives and property of the citizens of New York," she said—she remained plagued by her loans and "didn't see the light at the end of the tunnel." Then, through the PSLF program, she had nearly $200,000 in student loans forgiven.[8]

16. Many of AFSCME's members work for state or local government entities that may be targeted by the Department of Education as no longer qualified for the PSLF program because of activities or policy stances held by these employers that the Administration may deem "illegal."

17. For example, AFSCME members are employees of states and cities that the Administration has already identified as so-called "sanctuary jurisdictions," including members employed by the State of California; the State of Illinois; Cook County, IL; and the Cities of Chicago, Los Angeles, Albuquerque, New Orleans, New York City, Philadelphia, Boston, and Portland, among others. Many AFSCME members also work for other public and 501(c)(3) employers that the Administration may deem to be "illegal" under the PSLF Rule because of those employers' activities, such as work in healthcare and counseling related to the provision of gender affirming care; work to provide social services to immigrants; the provision of legal services to transgender and immigrant communities; and civil rights work, including advocacy for diversity, equity, and inclusion policies.

---

[8] Pete Levine, AFSCME, *Almost $200,000 in Student Loan Debt Forgiven for DC 37 Member Thanks to PSLF Waiver* (Feb. 7, 2022), https://perma.cc/S9KT-NCAK.

18. One president of an AFSCME local union, who works as a Caseworker for Cook County, IL (a designated sanctuary jurisdiction), participates in the PSLF program for the loans she incurred while completing her Bachelor's Degree in Criminology. Her local union is comprised of employees of branches of Cook County government employees, including social service workers in the Public Guardian's Office and county attorneys. She estimates that at least half of the 110 members of her local union are eligible for PSLF. But she is concerned that she and her fellow AFSCME members may lose those benefits because the Trump Administration has designated Cook County as a sanctuary jurisdiction.

19. If the Department determines that AFSCME members' employers should be disqualified from PSLF, AFSCME's members will no longer be eligible to seek loan forgiveness if they remain in their jobs—a direct harm to their economic security, which AFSCME fights for every day as their collective bargaining representative. They will be faced with the decision to either sustain the economic hardship of remaining in their current job without the opportunity for income-based repayment or loan cancellation, or leave their current job in search of a PSLF-eligible job or a higher-paying private sector job, possibly a non-union or non-AFSCME-represented job. Some may have to move out of their city or state to remain in their chosen public service field while working for a new employer not targeted by the Administration for PSLF disqualification. This will not only harm AFSCME's members economically but also psychologically and emotionally, because many of these members have dedicated their lives to public service, and deeply value their continued ability to work in their public service careers.

20. In all these examples, if the employee leaves AFSCME-represented employment, AFSCME will also be harmed, because it will lose dues-paying members. Lower membership not only harms the union and its members economically, it also reduces AFSCME's bargaining power

during contract negotiations with employers, as collective bargaining strength is directly related to strength in numbers.

21. AFSCME anticipates that the uncertainty that the Rule creates will also dissuade workers from entering public employment and public service jobs in the first place. This reduced supply of current and potential public service employees will threaten the provision of public services for all our communities.

Washington, D.C.
February 12, 2026

Signed by:
73EDB52BAC6C4BE...
Dalia Thornton

7