# Exhibit 21

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **National Council of Nonprofits** et al., <br><br> *Plaintiffs* <br><br> v. <br><br> **Linda McMahon** et al., <br><br> *Defendants* | Case No. 25-cv-13242-MJJ |

**DECLARATION OF NYDJA WADDY**

I, Nydja Waddy, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. My name is Nydja Waddy and I am a member of AFSCME Local 1178, which is affiliated with AFSCME Council 31 in Illinois and AFSCME International. As a member of Local 1178, I am also a member of AFSCME Council 31 and AFSCME International. I pay my voluntary union membership dues, a portion of which are remitted to AFSCME International, every month and have done so for multiple years.

2. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

**Education and Employment**

3. I have a Bachelor's degree in Kinesiology and Education from the University of Illinois at Chicago, which I completed in 1992. In 2005, I went back to school and received my Master's Degree in Business Administration and Human Resources through an online program from American Intercontinental University. To pay for my Master's Degree, I borrowed around $25,000 by taking out student loans.

1

4. After I received my Master's Degree, I began working in the private sector as a Senior Training Manager at AT&T. Because this was not a public service job, I was not eligible for the PSLF program, and so I began paying off my student loans out of pocket myself. This presented a significant financial burden, as my monthly payments were not income-based, especially once I had my daughter whom I support and raise as a single parent.

5. In 2016, I began working as an employee of Cook County Health, a public health and hospital system, as a Patient Access Trainer. This role allowed me to pursue my interest in public health while giving back to my community as a public servant. It also allowed me to telework so I was able to care for my daughter. In my role, I train other Cook County Health staff including medical assistants, nurses, supervisors, and financial counselors. I train these staff on how to interact with patients, schedule appointments, validate insurance, and inform patients about community resources.

6. My employment at Cook County Health is deeply meaningful and rewarding to me. I am passionate about helping others, especially in Chicago where I was born and raised (and which is located within Cook County). As the County health system, we serve individuals from all walks of life, who are often left behind by other medical institutions and face adversity and instability in their lives. It is important to me to provide high quality, comprehensive care and resources to these individuals, who may not be able to afford it otherwise. I contribute to this by training Cook County Health staff to be warm and inviting, and to talk to patients about their general well-being and lifestyle, not just the condition for which they are being treated.

**Reliance on the PSLF Program**

7. The PSLF program has played a major role in my career path. I would not have been able to leave my work in the private sector, and pursue my passion for public health, if it were not for the PSLF program. I took a substantial pay cut (about $15,000 annually between

salary and bonuses) in order to leave my employment at AT&T and start working at Cook County Health. When I began working at Cook County Health, the PSLF program provided significant financial relief through its income-driven repayment. My monthly payments were reduced by more than half, which contributed to my financial stability and has allowed me to stay at Cook County Health for as long as I have. The PSLF program has allowed me to remain in a career that I find deeply rewarding and meaningful, even though I would receive a higher salary in the private sector.

8. Now that I have been enrolled in the PSLF program since 2017, I am approaching debt forgiveness. Despite making payments for almost twenty years, both under the PSLF program and outside of it, I have a remaining student loan balance of about $9,000. Because I have been making lower income-based payments under the PSLF program than I would have if I remained in the private sector, my principal loan amount has not decreased as much as it otherwise would have, and interest has been accumulating on that principal amount.

**Harms from the PSLF Rule**

9. If the PSLF Rule goes into effect, I am deeply concerned that my employer, Cook County Health, will lose its status as a qualifying PSLF employer because Cook County is listed as a "sanctuary jurisdiction" in a list created by the Department of Justice, and Cook County Health is a component of the Cook County government. My understanding is that, under the new PSLF rule, employers will be disqualified if the Secretary of Education determines that they aid or abet so-called violations of federal immigration law. I also know that the Department of Justice and the Administration more broadly have stated that "sanctuary jurisdictions" like Cook County "use their authority to violate, obstruct, and defy the enforcement of Federal immigration laws."[1] I am

---

[1] Press Release, U.S. Dep't of Justice, Justice Department Publishes List of Sanctuary Jurisdictions (Aug. 5, 2025), https://perma.cc/3CXB-NU5L.

3

therefore deeply concerned that Cook County, including Cook County Health, may no longer qualify as an eligible PSLF employer if the rule goes into effect.

10. If that happens while I am still completing my PSLF-qualifying student loan payments, I will face difficulty in balancing my career and finances. I would be forced to seek work elsewhere, either with another PSLF-qualified employer, or with a higher paying position in the private sector.

11. I have built my career in public health, and I hope to continue at Cook County Health until I retire. Not only Chicago and Cook County, but the entire state of Illinois, are listed as sanctuary jurisdictions in the DOJ's list, so it is possible I would not be able to find PSLF-qualifying employment in the public health field anywhere in the state. I would be forced to choose between continuing my career in public health or moving elsewhere for work. I am from Chicago, and I live here with my daughter and mother whom I care for without a co-parent, so it would be extremely uprooting if I had to move elsewhere.

12. Having to pay back the remainder of my student loans would be especially burdensome at this point in my life, as I am responsible for healthcare costs for my mother and am also preparing to help pay for my daughter's college tuition. I also hope to retire in the next ten years, and if I had to pay the remaining balance of my student loans, this would likely delay my retirement age by several years.

Chicago, Illinois  
February 12, 2026

Signed by: *[signature]* FB2270C0672B436...  
Nydja Waddy