# Exhibit 22

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS; CITY OF BOSTON; CITY OF ALBUQUERQUE; CITY OF CHICAGO; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA; AMICA CENTER FOR IMMIGRANT RIGHTS; COALITION FOR HUMAN IMMIGRANT RIGHTS; LEGAL AID SOCIETY OF THE DISTRICT OF COLUMBIA; OASIS LEGAL SERVICES; AMERICAN FEDERATION OF TEACHERS; AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES; NATIONAL EDUCATION ASSOCIATION; and NATIONAL ASSOCIATION OF SOCIAL WORKERS, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA MCMAHON, in her official capacity as Secretary of Education, and DEPARTMENT OF EDUCATION, <br><br> Defendants. | Civil Action No. 1:25-cv-13242 <br><br> Hon. Myong J. Joun <br><br> **DECLARATION OF STEPHEN KANE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

## DECLARATION OF STEPHEN KANE

I, Stephen Kane, declare as follows:

1.      I am above the age of 18 and, unless otherwise stated, have personal knowledge of the facts set forth in this declaration.

2.      I am the Deputy Corporation Counsel in charge of the Affirmative Litigation Division of the City of Chicago Department of Law. I have served in this role since May 2019.

3.      The City of Chicago (the "City" or "Chicago") is a municipal corporation and home rule unit organized and existing under the constitution and laws of the State of Illinois. According to the 2020 census, Chicago has a population of over 2.7 million people. City records show that as of February 9, 2026, Chicago employed about 32,000 individuals.

4.      As Deputy Corporation Counsel in charge of the Affirmative Litigation Division, I am familiar with the City's involvement in this litigation and have worked on matters related to this case, though I have not filed an appearance.

5.      The City's Department of Law actively uses Chicago's status as an eligible employer for the Public Service Loan Forgiveness program to recruit qualified employees. One way we do this is by stating on job postings that working for DOL may qualify employees for PSLF loan forgiveness. Attached as **Exhibit A** is a true and correct copy of a recent DOL job posting containing this notice.

6.      Throughout the past year, President Trump and members of his administration have repeatedly and publicly targeted Chicago and the City's leadership. The following paragraphs describe just a few ways the current administration has targeted Chicago.

*National Guard*

7.      Since taking office in January 2025, President Trump publicly threatened to federalize and deploy National Guard troops to Chicago for domestic law-enforcement purposes.

1

8.       On September 6, 2025, President Trump posted a "Chipocalypse Now" meme on Truth Social and warned Chicago was "about to find out why it's called the Department of WAR." Attached as **Exhibit B** is a true a correct copy of a screenshot, taken February 9, 2026, of President Trump's post, available online at https://truthsocial.com/@realDonaldTrump/posts/ 115158096026629509.

9.       On September 30, 2025, while addressing military leaders, the President suggested that American cities should serve as "training grounds" for troops and stated, "we're going into Chicago." Attached as **Exhibit C** is a true and correct copy of a contemporaneous news article by NBC Chicago and the Associated Press titled "Trump calls for using US cities like Chicago as a 'training ground' for military" that quotes these portions of the President's remarks.

10.      On October 9, 2025, a federal court entered a temporary restraining order enjoining the President's attempt to federalize and deploy National Guard troops within Illinois. *See Illinois v. Trump*, 2025 WL 2886645 (N.D. Ill. Oct. 10, 2025). The Seventh Circuit and the U.S. Supreme Court denied defendants' motion to stay as to the deployment. *See Illinois v. Trump*, 155 F.4th 929 (7th Cir. 2025); *Trump v. Illinois*, 146 S. Ct. 432 (2025) (per curiam).

*Immigration Enforcement*

11.      In February 2025, the federal government sued the City, alleging that Chicago's so-called "sanctuary" policies unlawfully interfered with federal immigration enforcement. A federal court dismissed the complaint for failure to state a claim. *United States v. Illinois*, 796 F. Supp. 3d 494 (N.D. Ill. 2025), *appeal pending*, No. 25-2904 (7th Cir.).

12.      On August 5, 2025, the U.S. Department of Justice (DOJ) published a list of states and local governments that it identified as having "policies, laws, or regulations that impede enforcement of federal immigration laws" and threatened legal action to "eradicate" such policies.

2

The City of Chicago was one of 18 cities included on this list. Attached as **Exhibit D** is a true and correct copy of the DOJ's press release publishing this list.

13.     In the fall of 2025, the U.S. Department of Homeland Security (DHS) and its subagencies launched a large-scale immigration enforcement operation in Chicago commonly referred to as "Operation Midway Blitz." In January 2026, the City of Chicago and the State of Illinois filed suit challenging DHS's actions. *See Illinois v. Dep't of Homeland Sec.*, No. 26-cv-00321 (N.D. Ill. Jan. 12, 2026), ECF No. 1. The complaint alleges that DHS agents employed militarized tactics including helicopter insertions at a residential apartment building, improper use of chemical agents, and zip-tying lawful residents, to name a few. *See id.* ¶¶ 146, 177–202, 293.

### *Federal Grant Funding*

14.     Throughout 2025, various agencies began conditioning local and state governments' acceptance of federal grant awards on compliance with the Trump administration's policy priorities, including conditions related to immigration enforcement, compliance with executive orders, and removing diversity, equity, and inclusion programs that the Trump administration deems unlawful. The City of Chicago has initiated numerous lawsuits against the federal government challenging these conditions, which are still actively being litigated. In several instances, Chicago has obtained preliminary injunctive relief on the grounds that the government's imposition of these conditions was likely unlawful. *See, e.g.*, *City of Chi. v. Noem*, 2025 WL 3251222 (N.D. Ill. Nov. 21, 2025), *appeal pending*, No. 26-1103 (7th Cir.); *City of Chi. v. U.S. Dep't of Justice*, 2026 WL 114294 (N.D. Ill. Jan. 15, 2026); *Martin Luther King, Jr. Cnty. v. Turner*, 785 F. Supp. 3d 863 (W.D. Wash. 2025), *appeal pending*, No. 25-3664 (9th Cir.).

15.     Chicago has also filed multiple lawsuits against the Trump administration for attempting to freeze or terminate federal funding programs the City relies on to protect its residents,

which are still being actively litigated. *See, e.g., City of Chi. v. U.S. Dep't of Homeland Sec.*, 2025 WL 3043528 (N.D. Ill. Oct. 31, 2025) (issuing preliminary injunction enjoining the government from freezing Shelter and Services Program funds and from eliminating the congressionally appropriated program); *City of Chi. v. U.S. Dep't of Homeland Sec.*, No. 25-cv-5462 (N.D. Ill. filed May 16, 2025) (challenging agency actions undermining the Securing the Cities program).

### *Miscellaneous*

16.     On May 19, 2025, Assistant Attorney General Harmeet K. Dhillon sent a letter to Chicago Mayor Brandon Johnson announcing the DOJ was opening an investigation into the City's hiring practices based on comments Mayor Johnson allegedly made highlighting the diversity of his administration. Attached as **Exhibit E** is a true and correct copy of Assistant Attorney General Dhillon's letter.

17.     On October 3, 2025, the U.S. Department of Transportation (DOT) published a statement titled "U.S. Department of Transportation Statement on Review of Chicago's Discriminatory, Unconstitutional Processes" announcing that two Chicago Transit Authority projects with $2.1 billion in outstanding federal funding were under administrative review "to determine whether any unconstitutional practices are occurring." The Chicago Transit Authority is one of the City's "sister agencies." Attached as **Exhibit F** is a true and correct copy of the DOT's statement.

18.     On October 8, 2025, President Trump posted on Truth Social that Chicago Mayor Brandon Johnson and Illinois Governor JB Pritzker "should be in jail." Attached as **Exhibit G** is a true a correct copy of a screenshot, taken February 9, 2026, of President Trump's post, available online at https://truthsocial.com/@realDonaldTrump/posts/115338509988551290.

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _February 10, 2026_ at Chicago, Illinois.

_____
STEPHEN KANE

# Exhibit A



Back to prior page

**Job Description**

## Assistant Corporation Counsel III - Affirmative Litigation Division

### 414153

**Description**

The City of Chicago's Department of Law is seeking an attorney for the position of Assistant Corporation Counsel III ("ACC") to work in its Affirmative Litigation Division ("ALD").

ALD investigates alleged misconduct and files litigation to protect the interests of the City and its residents under the City's consumer-protection ordinance and other laws. For example, ALD has sued (a) fossil-fuel companies for misrepresenting the effects of their products on the climate, (b) a gun manufacturer for selling firearms that can easily be converted into machine guns, (c) companies that engaged in a deceptive scheme to lease homes to low-income residents on a rent-to-own basis, (d) a law firm and related business that run a fraudulent debt-resolution program that preys on Chicagoans struggling with debt, and (e) vaping businesses for marketing and selling their products to kids. ALD also files lawsuits and amicus briefs in connection with actions by the federal government that affect the City. For instance, ALD sued the federal government for (a) freezing funding for counterterrorism, migrant shelters, and other City programs, (b) attempting to eliminate diversity, equity, inclusion, and accessibility programs, (c) undermining the Affordable Care Act, and (d) disqualifying disfavored employers from participation in the Public Service Loan Forgiveness program. Finally, ALD represents the City in *qui tam* litigation alleging that businesses submitted false claims to the City.

**Knowledge, Skills and Abilities**

Ideal candidates will possess:

- at least one year of litigation experience in one or more of the following areas: drafting pleadings and other court documents, drafting substantive motions, arguing substantive motions, taking or defending depositions, handling evidentiary hearings, assisting in jury or bench trials, or clerking for a state or federal court judge;

- superior academic achievement;

- excellent written and verbal communication skills;

- ability to take initiative and assume responsibility for assigned tasks;

- ability to organize, prioritize, monitor, and control workflow to meet deadlines;

- ability to work well with colleagues, client department representatives, and others; and

- commitment to public service.

**Qualifications**

- Graduation from an American Bar Association accredited law school with a Juris Doctor degree, admission to the Illinois Bar (or eligible for admission on motion to the Illinois Bar pursuant to Illinois Supreme Court Rule 705)
- Good standing with your state Attorney Registration & Disciplinary Commission.

Disclaimer - "Accredited" means any American law school that has passed and maintains the requirements of accreditation by the American Bar Association (www.americanbar.org).

<span style="color:red">**Mandatory Submission Terms**</span>

You must submit an on-line application by **December 12, 2025**:

- Cover letter that (1) includes the position title and job number as noted on the posting; (2) specifically identifies how you meet the minimum qualifications and have the knowledge, skills, and abilities listed below;
- Resume;
- Law school transcript (official or unofficial);
- One writing sample; and
- Current printout of your attorney registration status from the Illinois ARDC website at www.iardc.org (or your admitted state bar's equivalent)

NOTE: Please do not upload or send materials other than those specifically requested above.

NOTE: Failure to submit all materials will result in your application not being considered for the position.

**Salary: $85,704.00 – 149,556.00 (salary is based on a variety of factors including experience and credentials)**

**Click to view our generous benefits package**

For Information on our employees benefits please visit our benefits website at:
https://www.chicago.gov/city/en/depts/fin/benefits-office.html

For Information on our salary and title structure visit our classifications website at:
https://www.chicago.gov/content/dam/city/depts/dhr/supp_info/JobClassification/2025_Classification_and_Pay_Plan.pdf

NOTE REGARDING PUBLIC SERVICE LOAN FORGIVENESS: Working for the City of Chicago Department of Law may qualify you for loan forgiveness under the federal Public Service Loan Forgiveness Program.  For detailed information, visit www.StudentAid.gov/publicservice or contact your federal loan servicer.

NOTE: Candidates experiencing trouble uploading the required documents to our system may e-mail the documents to: DOL.Application@cityofchicago.org. However, uploading documents directly to your CAREERS applicant profile is our preferred method of receipt.

NOTE: If you have questions, please contact the Department of Human Resources (312-744-4976) or DOL.Application@cityofchicago.org.

**Selection Requirements**
This position requires applicants to complete an interview. The interviewed candidate(s) possessing the qualifications best suited to fulfill the responsibilities of the position will be selected.

**Evaluation**
Your initial evaluation will be based on the documents submitted. Applications must be submitted by the individual applicant. No second party applications will be accepted.

**NOTE:** To be considered for this position you must provide information about your educational background and your work experience.  You must include job titles, dates of employment, and specific job duties.  (If you are a current City employee, Acting Up cannot be considered.)  If you fail to provide this information at the time you submit your application, it will be incomplete, and you will not be considered for this position.  There are three ways to provide the information: 1) you may attach a resume; 2) you may paste a resume; or 3) you can complete the online resume fields.

**Education & Employment Verification:** Please be advised that if you are selected to be hired, you must provide, upon request adequate information regarding your educational and employment history as it relates to the qualifications of the position for which you are applying.  If the City of Chicago cannot verify this information, any offer extended to you will be withdrawn and you will not be hired.

**Fair Chance Hiring Employer:** The City of Chicago is committed to being a Fair Chance Hiring employer. We value applicants with diverse experiences, including those who have had prior contact with the criminal legal system. Having a criminal history, including prior incarceration, arrest(s), and/or conviction(s) does not automatically disqualify you from employment with the City of Chicago.

If you receive a conditional offer of employment, the City will conduct a background check. The resulting report will be used to conduct an individualized assessment to determine if the nature of any prior conviction conflicts with the specific duties and responsibilities of the job for which you have been selected. If a conflict exists, you will be asked to present any evidence of rehabilitation that may mitigate the conflict, except when federal or state regulations bar employment in specific circumstances.

**Residency Requirement:**  All employees of the City of Chicago must be actual residents of the City of Chicago as outlined in 2-152-050 of the City of Chicago Municipal Code.  Proof of residency will be required.

**Reasonable Accommodation**: If you would like to request a reasonable accommodation due to disability or pregnancy in order to participate in the application process, please contact the City of Chicago, Department of Human Resources, at 312-744-4976 or disabilityaccommodations@cityofchicago.org. Please be prepared to provide information in support of your reasonable accommodation request.

THIS POSITION IS EXEMPT FROM THE CAREER SERVICE.

ALL REFERENCES TO POLITICAL SPONSORSHIP OR RECOMMENDATION MUST BE OMITTED FROM ANY AND ALL APPLICATION MATERIALS SUBMITTED FOR CITY EMPLOYMENT.

The City of Chicago is an Equal Employment Opportunity and Military Friendly Employer. To further our commitment to hiring applicants with diverse experience the City of Chicago has adopted the following ordinances 2-74-020 and 2-74-075.

**City of Chicago**
Brandon Johnson
Mayor

**Posting Date** :  Dec 3, 2025 | **Closing Date (Period for Applying) - External**: Dec 12, 2025
**BU:** 09 | **Salary:** $85,704.00 – 149,556.00 **Pay Basis**:Yearly

# Exhibit B

Donald J. Trump
@realDonaldTrump

**11.5k** ReTruths  **43.6k** Likes          Sep 06, 2025, 10:38 AM

'I love the smell of deportations in the morning...'

Chicago about to find out why it's called the Department of WAR 🚁🚁🚁



5.01k          11.5k          43.6k

# Exhibit C



Watch 24/7

**TRENDING**    24/7 Streaming News    2026 Olympics    Chicago Sports    Must-See Videos    Chi...

**TRUMP ADMINISTRATION**

# Trump calls for using US cities like Chicago as a 'training ground' for military

Addressing an audience of military brass abruptly summoned to Virginia, Trump outlined a muscular and at times norm-shattering view of the military's role in domestic affairs.

By NBC Chicago Staff and The Associated Press • Published September 30, 2025 • Updated on September 30, 2025 at 5:31 pm

Log in or create a free profile to save articles



*NBC Universal, Inc.*

President Donald Trump said Monday the military should use "dangerous" U.S. cities as 'training grounds' and named Chicago. Mary Ann Ahern reports.

President Donald Trump on Tuesday proposed using American cities, including Chicago, as training grounds for the armed forces and spoke of needing the U.S. military to combat what he called the "invasion from within."

Addressing an audience of military brass abruptly summoned to Virginia, Trump outlined a muscular and at times norm-shattering view of the military's role in domestic affairs. He was joined by Defense Secretary Pete Hegseth, who declared an end to "woke" culture and announced new directives for troops that include "gender-neutral" or "male-level" standards for physical fitness.

### Stream NBC 5 for free, 24/7, wherever you are.

WATCH HERE

The dual messages underscored the Trump administration's efforts not only to reshape contemporary Pentagon culture but to enlist military resources for the president's priorities and decidedly domestic purposes, including quelling unrest and violent crime.

"We should use some of these dangerous cities as training grounds for our military," Trump said. He noted at another point: "We're under invasion from within. No different than a foreign enemy but more difficult in many ways because they don't wear uniforms."


**SEP 30, 2025**
Broadview police investigate several incidents at ICE facility


**SEP 30, 2025**
What can federal agents and National Guard troops do in cities like Chicago?


**SEP 30, 2025**
Parents, 2 children detained by federal agents at Millennium Park, pastor says

"It seems that the [cities] that are run by the radical left Democrats, what they've done to San Francisco, Chicago, New York, Los Angeles, they're very unsafe places, and we're going to straighten them out one by one, and this is going to be a major part for some of the people in this room," Trump told the group. "That's a war too. It's a war from within, but I want to salute every service member who

has helped us carry out this critical mission. It's really a very important mission, and I told Pete we should use some of these dangerous cities as training grounds for our military - National Guard, but military - because we're going into Chicago. That's a big city with an incompetent governor."

Illinois Gov. JB Pritzker called the comments "insane" and said he's "concerned for [Trump's] health."

"It appears that Donald Trump, not only has dementia set in, but he's copying tactics of Vladimir Putin, sending troops into cities, thinking that that's some sort of proving ground for war, or that indeed there's some sort of internal war going on in the United States," Pritzker said.

Trump's address comes one day after Pritzker announced the Department of Homeland Security requested assistance from the Department of War in Illinois.

Speaking at a news conference, Pritzker said the Illinois National Guard learned the Department of Homeland Security sent a memo to the Department of War requesting 100 military personnel to be sent to Illinois for protecting Immigration and Customs Enforcement (ICE) personnel and facilities during immigration enforcement efforts.

"What I have been warning of is now being realized," Pritzker said at the briefing. "One thing is clear, none of what Trump is doing is making Illinois safer."

The reported instruction was given after heavily armed Border Patrol agents were seen patrolling busy streets of downtown Chicago over the weekend and protests escalated outside a Broadview ICE processing center, where chemical agents were deployed during clashes between agents and demonstrators.

Pritzker, joined by lawmakers including Chicago Mayor Brandon Johnson and Illinois Attorney General Kwame Raoul, among others, criticized "the MAGA Republicans supported invasion" of Chicago, which he said, "is about creating a pretext to send armed military troops into our communities."



**0:31**
**Armed, federal agents walk streets in Chicago's South Shore neighborhood**

The group, part of a "targeted" immigration operation, comes hours after Illinois Gov. J.B. Pritzker said 100 military personnel was expected to deploy in the state at the direction of the Department of Homeland Security.

Still, a number of questions remained Tuesday, including when military members would be sent to Chicago and whether a deployment would involve the National Guard.

Chief Pentagon Spokesman Sean Parnell said in a statement, "The Department of War has received a request for assistance to safeguard Federal personnel, property, and functions in the state of Illinois. Any decisions will be made in accordance with established processes and announced at the appropriate time."

The National Guard hasn't said whether a deployment has been ordered into Illinois.

If that happens, however, the governor said the state is prepared to begin a legal battle.

"What we can do when it comes to troops being sent into Chicago and to the state of Illinois is immediately go to court," Pritzker said Tuesday. "We're prepared to do that. Indeed, we've seen it in Oregon already. We've got to see those troops. They have not been called yet to the state of Illinois, to the city of Chicago. We've seen some memos. Nothing actually happened again. But believe me when I tell you that the law is on our side when it comes to keeping troops out of the city and out of the state."

Trump has already tested the limits of a nearly 150-year-old federal law, the Posse Comitatus Act, that restricts the military's role in enforcing domestic laws.

He has sent National Guard and active duty Marines to Los Angeles, threatened to do the same to combat crime and illegal immigration in other Democratic-led cities, including Portland, and surged troops to the U.S.-Mexico border.

National Guard members are generally exempt from the law since they are under state authority and controlled by governors.

But the law does apply to them when they're "federalized" and put under the president's control, as happened in Los Angeles over the Democratic governor's objections.

Trump said the armed forces also should focus on the Western Hemisphere, boasting about carrying out military strikes on boats in the Caribbean that he says targeted drug traffickers.

---

This article tagged under:

**TRUMP ADMINISTRATION**

---

**NUVIASMILES.COM** | SPONSORED

**New 24 Hour Implants in Chicago (Find Out More)**

**NUVIASMILES.COM** | SPONSORED

**New 24 Hour Dental Implants (Learn More)**

**GLOSRITYSTORE** | SPONSORED

**This 250th Anniversary Cap Broke All Sales Records in Just Three Days**    Learn More

**GREENSPROUT** | SPONSORED

**12 Dumbest Things Middle-Class Americans Waste Money On**

**MY CITY - VETERANS** | SPONSORED

**12 Hidden VA Benefits Available to U.S. Veterans**    Read More

**TAONGA: THE ISLAND FARM** | SPONSORED    Play Now

Play the most relaxing Farm Game. No Install needed

HOMEBUDDY. | SPONSORED

Click Here

Here's the True Cost of Gutter Guards for Seniors Over 65

COGNITIVE FOCUS | SPONSORED

Top MDs: 3 Foods Now Linked To Rapid Cognitive Decline And Dementia

Super Bowl
**Donald Trump calls Bad Bunny's Super Bowl halftime show a 'slap in the face' to country**

2026 Milan Cortina Olympics
**Hours before crash, Lindsey Vonn shared powerful message to op-ed writer who criticized her decision to race**

CONSUMER ADVISORY REPORT | SPONSORED

Learn More

Thousands of Timeshare Owners Are Finally Getting Out With Refunds

OTTO INSURANCE | SPONSORED

Learn More

Who Has The Cheapest Car Insurance in Illinois? (Check Zip Code)

SAFE TECH TIPS | SPONSORED

Windows Users Didn't Know This Simple Trick To Block All Ads (Do It Now)

2026 Milan Cortina Olympics
**Lindsey Vonn update: U.S. Ski team releases message on her injury, condition after harrowing crash**

2026 Milan Cortina Olympics
**Donald Trump rips skier Hunter Hess over comments on representing U.S. at Olympics**

 Medal Count

| #  |               |   |   |   | Total |
|----|---------------|---|---|---|-------|
| 1. | Italy         | 1 | 2 | 6 | 9     |
| 2. | Norway        | 3 | 1 | 2 | 6     |
| 3. | Japan         | 1 | 2 | 2 | 5     |
| 7. | United States | 2 | 0 | 0 | 2     |

SEE MORE

## Weather Forecast

CHICAGO, IL

# 36°

Partly Cloudy
0% Precip

TONIGHT

## 34°

TOMORROW

## 42°

## Subscribe to our Newsletters

Sign up to receive breaking news alerts in your inbox.

Enter your email

Sign up

**PRIVACY POLICY**



**ABOUT NBC CHICAGO**

**TELEMUNDO CHICAGO**

**OUR NEWS STANDARDS**

**SUBMIT TIPS FOR**

**INVESTIGATIONS**

**NEWSLETTERS**

**CONNECT WITH US**

**XFINITY: INTERNET, TV,**

**STREAMING, MORE**

WMAQ Public Inspection File

WMAQ Accessibility

WMAQ Employment Information

Send Feedback

FCC Applications

Terms of Service

    Your Privacy Choices

NEW Privacy Policy

Advertise with us

CA Notice

Ad Choices

Copyright © 2026 NBCUniversal Media, LLC. All rights reserved

# Exhibit D

Case 1:25-cv-13342-MJJ    Document 48-26    Filed 02/13/26    Page 24 of 37



**Office of Public Affairs**
U.S. Department of Justice



PRESS RELEASE

# Justice Department Publishes List of Sanctuary Jurisdictions

Tuesday, August 5, 2025

**For Immediate Release**

Office of Public Affairs

WASHINGTON – Today, the Justice Department published a list of states, cities, and counties identified as having policies, laws, or regulations that impede enforcement of federal immigration laws.

"Sanctuary policies impede law enforcement and put American citizens at risk by design," said Attorney General Pamela Bondi. "The Department of Justice will continue bringing litigation against sanctuary jurisdictions and work closely with the Department of Homeland Security to eradicate these harmful policies around the country."

On April 28, 2025, President Trump signed Executive Order 14287: Protecting American Communities from Criminal Aliens. The Executive Order recognized that "some State and local officials . . . continue to use their authority to violate, obstruct, and defy the enforcement of Federal immigration laws" and "[i]t is imperative that the Federal Government restore the enforcement of United States law." The Executive Order directed the Justice Department, in collaboration with the Department of Homeland Security, to publish a list of such jurisdictions. Accordingly, the following states, cities, and counties have been identified as sanctuary jurisdictions:

**STATES:**

- California

- Colorado
- Connecticut
- Delaware
- District of Columbia
- Illinois
- Minnesota
- Nevada
- New York
- Oregon
- Rhode Island
- Vermont
- Washington

## COUNTIES:

- Baltimore County, MD
- Cook County, IL
- San Diego County, CA
- San Francisco County, CA

## CITIES:

- Albuquerque, NM
- Berkeley, CA
- Boston, MA
- Chicago, IL
- Denver, CO
- East Lansing, MI
- Hoboken, NJ
- Jersey City, NJ
- Los Angeles, CA
- New Orleans, LA
- New York City, NY

Case 1:25-cv-13242-MJJ   Document 48-26   Filed 02/13/26   Page 26 of 37

- Newark, NJ

- Paterson, NJ

- Philadelphia, PA

- Portland, OR

- Rochester, NY

- Seattle, WA

- San Francisco City, CA

In recent months, the Justice Department has filed several lawsuits against sanctuary jurisdictions seeking to compel compliance with federal law, including one against New York City on July 24th. Recently, the Mayor of Louisville agreed to revoke their sanctuary policies following a letter from the Justice Department threatening legal action.

Read more about the sanctuary jurisdiction list and the criteria for inclusion here. This list is not exhaustive and will be updated as federal authorities gather further information. The federal government will assist any jurisdiction that desires to be taken off this list to identify and eliminate their sanctuary policies, so they no longer stand in opposition to federal immigration enforcement.

*Updated August 5, 2025*

---

**Topics**

IMMIGRATION          NATIONAL SECURITY

**Component**

Office of the Attorney General

Press Release Number: 25-809

# Related Content

**PRESS RELEASE**

## Anti-ICE Antifa member arrested on federal charges of Cyberstalking and Threatening Communications after allegedly calling for the murder and assault of federal immigration officers in Minneapolis

MINNEAPOLIS – Self-identified Antifa member Kyle Wagner was arrested today on federal threat and cyberstalking charges following alleged murder and assault threats against ICE, announced United States Attorney Jerome F...

February 5, 2026

**PRESS RELEASE**

## Ryan Wesley Routh Sentenced to Life in Prison for Attempted Assassination of President Donald J. Trump and Assault of a Federal Law Enforcement Officer

Ryan Wesley Routh, 59, was sentenced to life plus 84 months in federal prison for the attempted assassination of then-presidential candidate Donald J. Trump and related violent and firearms offenses...

February 4, 2026

**PRESS RELEASE**

## Investigation into International "ATM Jackpotting" Scheme and Tren de Aragua results in Additional Indictment and 87 Total Charged Defendants

A federal grand jury in the District of Nebraska returned an additional indictment Thursday charging 31 individuals for their roles in a large conspiracy to deploy malware and steal millions...

**January 26, 2026**


**Office of Public Affairs**

U.S. Department of Justice

# Exhibit E

**U.S. Department of Justice**

Civil Rights Division

---

*Office of the Assistant Attorney General*                    *950 Pennsylvania Avenue, N.W.*
                                                              *Washington, D.C. 20530*

May 19, 2025

The Honorable Brandon Johnson
Office of the Mayor
121 N. LaSalle Street
Chicago City Hall, 4th Floor
Chicago, IL 60602

Re:    Investigation of the Employment Practices of the City of Chicago, Illinois, Pursuant to
       Section 707 of Title VII of the Civil Rights Act of 1964, as Amended

Dear Mayor Johnson:

The Department of Justice is opening an investigation to determine whether the City of Chicago, Illinois, is engaged in a pattern or practice of discrimination based on race, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* ("Title VII"). It is the responsibility of the Attorney General of the United States to enforce the provisions of Title VII with respect to state and local government employers. The Attorney General has delegated the authority to investigate compliance with these provisions to the Assistant Attorney General of the Civil Rights Division. *See* 28 C.F.R. § 0.50(a).

Title VII prohibits discrimination on the basis of race. *See* 42 U.S.C. § 2000e-2. When the Attorney General has reasonable cause to believe that a state or local government employer is engaged in a pattern or practice of discrimination in violation of Title VII, it is the Attorney General's responsibility to take appropriate action to eliminate that violation, including seeking injunctive relief. *See* 42 U.S.C. § 2000e-6(a).

Our investigation is based on information suggesting that you have made hiring decisions solely on the basis of race. In your remarks made yesterday at the Apostolic Church of God in Woodlawn, you "highlight[ed] the number of Black officials in [your] administration."[1] You then went on to list each of these individuals, emphasizing their race:

- "Business and economic neighborhood development, the deputy mayor is a Black woman."
- "Department of planning and development is a Black woman."
- "Infrastructure, deputy mayor is a Black woman."

---

[1]    *See, e.g., 'Could he be more racist?': Chicago mayor Brandon Johnson slammed for 'only hiring black people' comment in viral speech,* MSN (May 19, 2025), https://www.msn.com/en-in/news/world/could-he-be-more-racist-chicago-mayor-brandon-johnson-slammed-for-only-hiring-black-people-comment-in-viral-speech/ar-AA1F3p5b?ocid=BingNewsVerp.

The Honorable Brandon Johnson
Page 2

- "Chief operations officer is a Black man."
- "Budget director is a Black woman."
- "Senior advisor is a Black man."

You then said that you were "laying" these positions "out" to "ensure that our people get a chance to grow their business[.]"

Considering these remarks, I have authorized an investigation to determine whether the City of Chicago is engaged in a pattern or practice of discrimination as set forth above. If these kind of hiring decisions are being made for top-level positions in your administration, then it begs the question whether such decisions are also being made for lower-level positions.[2]

It is important to note that we have not reached any conclusions about the subject matter of the investigation. We intend to consider all relevant information, and we welcome your assistance in helping to identify what that might be. We would appreciate your cooperation in our investigation.

Upon receipt of this correspondence, please contact us at (202) 514-3847 so that we can set up a mutually agreeable date and time to discuss the parameters of this investigation, including the scope of information that we will be seeking from you.

Thank you for your cooperation.

Sincerely,

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

cc:  Jesus A. Osete                           The Honorable Andrea R. Lucas
     Deputy Assistant Attorney General         Acting Chair
     Civil Rights Division                      Equal Employment Opportunity Commission

---

[2]     Pursuant to 29 C.F.R. § 1601.6, we have provided this information to the Equal Employment Opportunity Commission for its consideration in filing a Commissioner's Charge.

# Exhibit F

An official website of the United States government Here's how you know ⌄

Home \ Newsroom

## In This Section ＋

Newsroom

Press Releases

In Case You Missed It

Speeches

Testimony

Events

Press Offices

DOT Social Media

Subscribe to USDOT Press Releases

**Media Contact**

**Press Office**
US Department of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590
United States
**Email:** pressoffice@dot.gov
**Phone:** 1 (202) 366-4570 ☎

If you are deaf, hard of hearing, or have a speech disability, please dial 7-1-1 to access telecommunications relay services.

## U.S. Department of Transportation Statement on Review of Chicago's Discriminatory, Unconstitutional Processes

Friday, October 3, 2025

**WASHINGTON, D.C.** – The U.S. Department of Transportation issued the following statement:

*This week, USDOT issued an interim final rule (IFR) barring race- and sex-based contracting requirements from federal grants.*

*To continue implementation of this rule, USDOT today sent letters to the Chicago Transit Authority (CTA) to inform them that two projects — the CTA Red Line Extension and the CTA Red and Purple Modernization Program – are also under administrative review to determine whether any unconstitutional practices are occurring. The remaining federal funding for both projects total $2.1 billion.*

*This is in addition to reviews of New York's Second Avenue Subway and Hudson Tunnel projects.*

*Illinois, like New York, is well known to promote race- and sex-based contracting and other racial preferences as a public policy.*

> *Source*: "The CTA has regularly touted its DBE goals as a key part of its equity mission. Agency staff said that through the end of September, 21% of its spending on the Red-Purple Modernization has so far gone to DBE firms — some 119 companies in total."

*Together, these critical reviews are intended to ensure no additional federal dollars go towards discriminatory, illegal, and wasteful contracting practices.*

*The American people don't care what race or gender construction workers, pipefitters, or electricians are. They just want these massive projects finally built quickly and efficiently.*

*Secretary Duffy and USDOT are committed to conducting these reviews as fast as possible so reimbursements can move forward. Unfortunately, Chuck Schumer and Hakeem Jeffries' decision to shut down the government has negatively affected the Department's staffing resources for carrying out this important analysis.*

*We urge Democrats in Congress to stop holding the federal government's budget hostage so USDOT can get back to the important work of the American people.*

*Benefits for illegal immigrants are not worth potential impacts to important investments in our nation's transportation infrastructure.*

###



**U.S. DEPARTMENT OF TRANSPORTATION**
1200 New Jersey Avenue, SE
Washington, DC 20590
855-368-4200

**WANT TO KNOW MORE?**
Receive email updates about the latest in Safety, Innovation, and Infrastructure.

**SUBSCRIBE NOW**

**ABOUT DOT**

Meet the Secretary

Mission

Newsroom

Social Media

Leadership

Regulations

Transit Benefit Policy

Careers

Contact Us

**OPERATING ADMINISTRATIONS**

FAA

FHWA

FMCSA

FRA

FTA

GLS

MARAD

NHTSA

OIG

OST

PHMSA

2/9/26, 12:51 PM    US Department of Transportation Statement on Review of Chicago's Discriminatory Distribution Practices | US Department of Transportation

Case 1:25-cv-13242-MSM    Document 48-26    Filed 02/13/26    Page 35 of 37

## RESEARCH AND TECHNOLOGY

Office of the Assistant Secretary for Research and Technology

Bureau of Transportation Statistics

Volpe Center

Ask-A-Librarian

## POLICIES, RIGHTS, AND LEGAL

USA.gov

Privacy Policy

FOIA

Budget and Performance

No FEAR Act

Cummings Act Notices

Ethics

Web Policies and Notices

Vulnerability Disclosure Policy

Digital Accessibility

## PRIORITIES

Cybersecurity

Safety

Transformation

# Exhibit G

**TRUTH.**

← **Truth Details**
6632 replies

⋯

**New to Truth?**
Join Truth Social to get the full story and details.

Create Account

Donald J. Trump
@realDonaldTrump

Sign In

Chicago Mayor should be in jail for failing to protect Ice Officers! Governor Pritzker also!

**Get Truth+**

**12.6k** ReTruths   **50.8k** Likes      Oct 08, 2025, 7:19 AM

Access the full experience with even more live and on-demand content.

Subscribe

Help Center • Legal

Proudly made in the United States of America. us

**Continue the conversation**
Sign up now to create your personalized experience.

Create Account   **Sign In**