# EXHIBIT A

**Certification of Kevonne Small
in Support of Motion for Admission *Pro Hac Vice***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, CITY OF BOSTON, CITY OF ALBUQUERQUE, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, AMICA CENTER FOR IMMIGRANT RIGHTS, COALITION FOR HUMANAE IMMIGRANT RIGHTS, LEGAL AID SOCIETY OF THE DISTRICT OF COLUMBIA, OASIS LEGAL SERVICES, AMERICAN FEDERATION OF TEACHERS, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, NATIONAL EDUCATION ASSOCIATION, and NATIONAL ASSOCIATION OF SOCIAL WORKERS,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>LINDA MCMAHON, in her official capacity as SECRETARY OF EDUCATION<br>400 Maryland Avenue SW<br>Washington, D.C. 20202<br><br> and<br><br>DEPARTMENT OF EDUCATION<br>400 Maryland Avenue SW<br>Washington, D.C. 20202,<br><br>     *Defendants*. | Case No: 1:25-cv-13242 |

**CERTIFICATION OF KEVONNE SMALL
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Kevonne Small, hereby certify and state:

1. I make this certification based on my personal knowledge of the facts stated herein and in support of the accompanying Motion for Leave for Kevonne Small and Kathryn Baxter to Appear Pro Hac Vice on Behalf of Proposed Amici Curiae Maryland Legal Aid, Greater Boston Legal Services, and Other Civil Legal Aid Organizations.

2. I am the Chief Legal Director of Maryland Legal Aid, located at 500 E. Lexington St., Baltimore MD, 21202, My phone number is 443-845-9294, and my email is ksmall@mdlab.org.

3. I am an active member of the bar of the District of Columbia Court of Appeals and in good standing in every jurisdiction in which I have been admitted to practice law.

4. I am not the subject of any disciplinary proceeding pending in any jurisdiction in which I am a member of the bar.

5. I have not been suspended or disbarred in any jurisdiction.

6. I have not previously had a *pro hac vice* admission or other admission for a limited purpose under Local Rule 83.5.3 of this Court revoked for misconduct.

7. I am familiar with, have read, and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I, Kevonne Small, certify under the pains and penalties of perjury that the foregoing is true and correct to the best of my knowledge this 23rd day of February 2026.

*/s/ Kevonne Small*
Kevonne Small (*pro hac vice* pending)
MARYLAND LEGAL AID
500 E. Lexington St.,
Baltimore MD, 21202
443-845-9294
ksmall@mdlab.org

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by first class mail on February 23, 2026.

*/s/ Lauren D. Song*
Lauren D. Song