# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, CITY OF BOSTON, CITY OF ALBUQUERQUE, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, AMICA CENTER FOR IMMIGRANT RIGHTS, COALITION FOR HUMANAE IMMIGRANT RIGHTS, LEGAL AID SOCIETY OF THE DISTRICT OF COLUMBIA, OASIS LEGAL SERVICES, AMERICAN FEDERATION OF TEACHERS, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, NATIONAL EDUCATION ASSOCIATION, and NATIONAL ASSOCIATION OF SOCIAL WORKERS, <br><br>     *Plaintiffs*, <br><br>  v. <br><br>LINDA MCMAHON, in her official capacity as SECRETARY OF EDUCATION <br>400 Maryland Avenue SW <br>Washington, D.C. 20202 <br><br>  and <br><br>DEPARTMENT OF EDUCATION <br>400 Maryland Avenue SW <br>Washington, D.C. 20202, <br><br>     *Defendants*. | Case No: 1:25-cv-13242-MJJ |

**ASSENTED-TO MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* MARYLAND LEGAL AID, GREATER BOSTON LEGAL SERVICES, INC., AND OTHER CIVIL LEGAL AID ORGANIZATIONS WITH INCORPORATED MEMORANDUM OF LAW**

*Amici* Maryland Legal Aid, Greater Boston Legal Services, Inc., and other *c*ivil legal aid organizations identified in Appendix A attached hereto (collectively "Civil Legal Aid Organizations" or "*Amici*") respectfully move for leave to file as *amici curiae* the proposed brief submitted herewith as Exhibit A. Counsel for both parties in this case have assented to the filing of an *amicus* brief by the Civil Legal Aid Organizations. The Court's scheduling order (Doc. No. 37) also anticipates the filing of *amicus* briefs with a 20-page limit in this and related case No. 1:25-cv-13242-MJJ. Indeed, although *amicus* participation at the district court level is not addressed in the Local Rules or the Federal Rules of Civil Procedure, this Court has exercised liberally its "inherent authority and discretion to appoint *amici*" and to invite *amicus* briefs on other cases presenting issues of public interest beyond the parties in the case. *Boston Gas Co. v. Century Indem. Co.*, No. 02-cv-12062, 2006 WL 1738312, at *1 n1 (D. Mass. June 21, 2006) ("[Federal district] courts have inherent authority and discretion to appoint amici.").

This case presents issues of public interest affecting persons and entities beyond the parties to the case. The proposed brief is offered on behalf of 96 civil legal aid organizations offering legal services to low-income communities across the United States. *Amici*'s brief presents the Court with the insights, experiences, and perspectives of the Civil Legal Aid Organizations to provide a more "complete and plenary presentation" of the issues before the Court. *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015) ("The role of an *amicus curiae* ... is to assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues...") (citation and internal quotation marks omitted), *aff'd*, 807 F.3d 472 (1st Cir. 2015). *See*, *e.g., id.*; *Steinmetz v. Coyle & Caron, Inc.*, 2016 WL 4074135, at *2 n. 1 (D. Mass. July 29, 2016).

WHEREFORE, *Amici* Civil Legal Aid Organizations respectfully request this Court GRANT their assented-to motion for leave to file the proposed *amicus* brief submitted herewith in the above-captioned matter.

Dated:  February 23, 2026                                              Respectfully Submitted,

| | |
|---|---|
| Lauren D. Song (BBO #637871) | Kevonne Small* |
| GREATER BOSTON LEGAL SERVICES, INC | Kathyrn Baxter* |
| | MARYLAND LEGAL AID |
| 197 Friend Street | 500 E. Lexington Street |
| Boston, Massachusetts | Baltimore, Maryland  21202 |
| 617-603-1729 | 443-845-9294 |
| lsong@gbls.org | ksmall@mdlab.org |
| | kbaxter@mdlab.org |

*Counsel for Proposed* Amici Curiae *Maryland Legal Aid, Greater Boston Legal Services, and Other Civil Legal Aid Organizations identified in full on Appendix A attached hereto.*

*\*Pro hac vice* pending.

.

# APPENDIX A

# Identity of *Amici Curiae* Civil Legal Aid Organizations

## Amici Curiae Civil Legal Aid Organizations

1. Maryland Legal Aid
500 E. Lexington Street
Baltimore, MD 21202

2. Greater Boston Legal Services
197 Friend Street
Boston, MA 02114

3. Amicus Curiae Committee of the California Access to Justice Commission
PO Box 645
Carmichael, CA 95609

4. Bay Area Legal Aid
1735 Telegraph Ave.
Oakland, CA 94612

5. Blue Ridge Legal Services, Inc.
303 S. Main St.
Harrisonburg, VA 22801

6. California Center for Movement Legal Services
436 14th St., Suite 1305
Oakland, CA 94612

7. California Women's Law Center
7700 Irvine Center Dr., Suite 800
Irvine, CA 92618

8. CAMBA Legal Services, Inc.
19 Winthrop St., 2nd Floor
Brooklyn, NY 11225

9. Catholic Migration Services
191 Joralemon St., 4th Floor
Brooklyn, NY 11201

10. Center for Access to QDROs
121 W. 27th St., Suite 804
New York, NY 10001

11. Center for Civil Rights and Critical Justice at Seattle University School of Law
901 12th Avenue
Seattle, WA 98122

12. Center for Disability & Elder Law
438 Main St., Suite 1200
Buffalo, NY 14202

13. Center for Elder Law & Justice
438 Main St., Suite 1200
Buffalo, NY 14202

14. Charlotte Center for Legal Advocacy
5535 Albemarle Rd.
Charlotte, NC 28212

15. City Bar Justice Center
42 W. 44th St.
New York, NY 10036

16. Clark County Volunteer Lawyers Project
1104 Main Street, Suite 1
Vancouver, WA 98660

17. Colorado Legal Services
1560 Broadway Ste 1100
Denver, CO 80202

18. Columbia Legal Services
1201 5th Ave. Suite 1200
Seattle, WA 98101

19. Community Law Center
P.O. Box 4735
Baltimore, MD 21211

20. Community Legal Aid Society Inc. (Delaware)
    100 W. 10th St., Suite 801
    Wilmington, DE 19801

21. Community Legal Services
    1424 Chestnut St.
    Philadelphia, PA 19102

22. Community Legal Services in East Palo Alto
    2117 University Ave.
    East Palo Alto, CA 94303

23. DC Bar Pro Bono Center
    901 4th St. NW
    Washington, DC 20001

24. Disability Law United
    1330 Broadway, Suite 500
    Oakland, CA 94612

25. Disability Rights Education & Defense Fund
    3075 Adeline St., Suite 210
    Berkeley, CA 94703

26. Disability Rights Washington
    315 5th Ave. S., Suite 850
    Seattle, WA 98104

27. DNA - People's Legal Services
    P.O. Box 306
    Window Rock, AZ 86515

28. East Bay Community Law Center
    2921 Adeline St.
    Berkeley, CA 94703

29. East Bay Sanctuary Covenant
    2362 Bancroft Way
    Berkeley, CA 94704

30. Eastside Legal Assistance Program
    520 Bellevue Way NE, Suite 500
    Bellevue, WA 98004

31. Enlace Services, Inc.
    2100 N. Major Ave.
    Chicago, IL 60639

32. Equal Justice Works
    1730 M St. NW, Suite 800
    Washington, DC 20036

33. Housing Rights Legal Clinic, University of San Diego School of Law
    5998 Alcala Park
    San Diego, CA 92110

34. Indiana Legal Services
    1500 N. Illinois St.
    Indianapolis, IN 46202

35. Inland Empire Legal Aid
    5887 Pine Ave., Suite J
    Chino Hills, CA 91709

36. Kids' Voice of Indiana
    1431 N. Delaware St.
    Indianapolis, IN 46202

37. Kitsap Legal Aid Services
    500 Pacific Ave #401
    Bremerton, WA 98337

38. LAW Advocates
    1008 7th Ave.
    Seattle, WA 98104

39. Law Foundation of Silicon Valley
    152 N. Third St., 3rd Floor
    San Jose, CA 95112

| | | | |
|---|---|---|---|
| 40. | Lawyers Alliance for New York<br>171 Madison Ave., Ninth Floor<br>New York, NY 10016 | 50. | The Legal Aid Society of Rochester<br>One West Main St.<br>Buffalo, NY 14614 |
| 41. | Legal Aid Association of California<br>1832 Second Street, Suite 105<br>Berkeley, CA 94710 | 51. | Legal Aid Society of San Mateo County<br>330 Twin Dolphin Dr., Suite 123<br>Redwood City, CA 94065 |
| 42. | Legal Aid Center of Southern Nevada<br>725 E. Charleston Blvd.<br>Las Vegas, NV 89104 | 52. | Legal Assistance of Western New York, Inc.<br>1 W. Main St., Suite 400<br>Rochester, NY 14614 |
| 43. | Legal Aid Chicago<br>200 N. LaSalle St., Ste. 1400<br>Chicago, IL 60601 | 53. | Legal Service for Maine Elders<br>5 Wabon Street<br>Augusta, ME 04330 |
| 44. | Legal Aid Foundation of Los Angeles<br>1550 W. 8th St.<br>Los Angeles, CA 90017 | 54. | Legal Services for Children<br>870 Market St., Suite 356<br>San Francisco, CA 94102 |
| 45. | Legal Aid Justice Center<br>1000 Preston Ave., Suite A<br>Charlottesville, VA 22903 | 55. | Legal Services NYC<br>40 Worth St., Suite 704<br>New York, NY 10013 |
| 46. | Legal Aid of Nebraska<br>209 S. 19th St., Suite 200<br>Omaha, NE 68102 | 56. | Legal Services of Eastern Missouri<br>701 Market Street, Suite 1100<br>St. Louis, MO 63101 |
| 47. | Legal Aid of Western Missouri<br>4001 Dr. Martin Luther King, Jr. Blvd., Suite 300<br>Kansas City, MO 64130 | 57. | Legal Services of Northern California<br>517 12th Street<br>Sacramento, CA 95814 |
| 48. | The Legal Aid Society of Cleveland<br>1223 W 6th St<br>Cleveland, OH 44113 | 58. | Legal Services of Northwest Jersey<br>90 E. Main Street<br>Somerville, NJ 08876 |
| 49. | Legal Aid Society of Northeastern New York<br>17 Hodskin St.<br>Canton, NY 13617 | | |

4

59. Legal Services of Southern Missouri
3130 South Delaware
Springfield, MO 65804

60. Legal Services Vermont
274 N. Winooski Ave.
Burlington, VT 05401

61. Living with Conviction
PO Box 4021
Seattle, WA 98104

62. Maine Volunteer Lawyers Project
75 Pearl Street
Portland, ME 04101

63. Maryland Volunteer Lawyers for the Arts
1505 Eutaw Place, Suite 205
Baltimore, MD 21217

64. Maryland Volunteer Lawyers Service
201 N. Charles St., Suite 1400
Baltimore, MD 21201

65. Mental Health Advocacy Services
801 N. Brand, Suite 240
Glendale, CA 91203

66. Mid-Minnesota Legal Aid
111 N. Fifth St., Suite 100
Minneapolis, MN 55403

67. National Legal Aid & Defender Association
1901 Pennsylvania Ave. NW #500
Washington, DC 20006

68. Neighborhood Legal Services Association
928 Penn Ave.
Pittsburgh, PA 15222

69. Neighborhood Legal Services of Los Angeles County
1102 E. Chevy Chase Drive
Glendale, CA 91205

70. New Hampshire Legal Assistance
117 N. State Street
Concord, NH 03301

71. New York Lawyers for the Public Interest
151 W. 30th St., 11th Floor
New York, NY 10001

72. Northwest Justice Project
401 Second Ave. S, Suite 407
Seattle, WA 98104

73. Northwest Workers' Justice Project
310 SW 4th Ave., Ste. 320
Portland, OR 97204

74. Pine Tree Legal Assistance
88 Federal Street
Portland, ME 04101

75. Public Justice Center, Inc.
201 N. Charles St., Suite 1200
Baltimore, MD 21201

76. The Rebuild, Overcome, and Rise (ROAR) Center at University of MD, Baltimore
520 W. Fayette Street
Baltimore, MD 21201

77. Rising for Justice, Inc
901 4th St. NW, Suite 6000
Washington, DC 20001

5

78. Rural Law Center of New York
    22 U.S. Oval, Suite 101
    Plattsburgh, NY 12903

79. Senior Advocacy Network
    821 13th Street, Suite A
    Modesto, CA 95354

80. Sexual Violence Law Center
    810 3rd Ave., Ste. 630
    Seattle, WA 98104

81. Shore Legal Access
    499 Idlewild Avenue, Suite 102
    Easton, MD 21601

82. Southern Arizona Legal Aid, Inc.
    2343 E. Broadway Blvd., Suite 200
    Tucson, AZ 85719

83. Southern Minnesota Regional Legal Services
    450 N. Syndicate St., Ste. 260
    St. Paul, MN 55104

84. Southern Nevada Senior Law Program
    7690 West Sahara Ave.
    Las Vegas, NV 89117

85. TeamChild
    625 Andover Park W, Suite 112
    Tukwila, WA 98188

86. Texas RioGrande Legal Aid (TRLA)
    301 South Texas Avenue
    Mercedes, TX 78570

87. Unemployment Law Project
    1904 Third Ave., Suite 604
    Seattle, WA 98101

88. Ventura County Legal Aid
    3170 Loma Vista Road, Suite 701
    Ventura, CA 93003

89. Vital Immigrant Defense Advocacy & Services
    418 B Street, First Floor
    Santa Rosa, CA 95401

90. Volunteer Lawyers for Justice
    PO Box 32040
    Newark, NJ 07102

91. Volunteer Legal Services of Monroe County, Inc. (d/b/a JustCause)
    1 W. Main St., 5th Floor
    Rochester, NY 14614

92. We Are Casa
    8151 15th Ave.
    Langley Park, MD 20783

93. Western New York Law Center
    37 Franklin Street, Suite 210
    Buffalo, NY 14202

94. Working Washington
    815 1st Ave., Suite 253
    Seattle, WA 98104

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I, the undersigned counsel for proposed *Amici Curiae*, hereby certify that counsel for proposed *Amici Curiae* conferred with counsel for Plaintiffs and Defendants in the foregoing action, and both assented to the filing of an *Amicus* Brief by the proposed *Amici Curiae* consisting of numerous civil legal aid organizations for which the foregoing Assented-to Motion for Leave to File Brief of *Amici Curiae* is filed.

Dated: February 23, 2026                                      Respectfully submitted,

*/s/ Lauren D. Song*
Lauren D. Song (BBO# 637871)
GREATER BOSTON LEGAL SERVICES, INC.
197 Friend Street
Boston, MA  02114
617-603-1729
lsong@gbls.org

*Counsel for Proposed* Amici Curiae
*Maryland Legal Aid, Greater Boston Legal Services, and Other Civil Legal Aid Organizations identified in full on Appendix A attached hereto.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document and all referenced attachments were filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by first class mail on February 23, 2026.

*/s/ Lauren D. Song*
Lauren D. Song