# EXHIBIT B

# [Proposed] Order Granting Leave to File Brief of *Amici Curiae* Civil Legal Aid Organizations

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al.,<br><br>     *Plaintiffs*<br><br>v.<br><br>LINDA MCMAHON, et al.,<br><br>     *Defendants.* | Civil Case No. 25-CV-13242-MJJ |

## [PROPOSED] ORDER GRANTING LEAVE
## TO FILE BRIEF OF *AMICI CURIAE*

The Court has considered the Assented-to Motion for Leave to File Brief of *Amici Curiae* Maryland Legal Aid, Greater Boston Legal Services, Inc., and Other Civil Legal Aid Organizations with Incorporated Memorandum of Law filed by counsel for the proposed *Amici Curiae* and all documents filed in support thereto. It is hereby **ORDERED** that the (ECF No.\_\_\_\_) Assented-to Motion of *Amici Curiae* is **GRANTED.** It is **FURTHER ORDERED** that Counsel for *Amici Curiae* using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures, which document must include in its caption: <u>Leave to file granted on (date of order)</u>-

**SO ORDERED**.

                _____
                Myong J. Joun
                United States District Judge