# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, CITY OF BOSTON, CITY OF ALBUQUERQUE, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, AMICA CENTER FOR IMMIGRANT RIGHTS, COALITION FOR HUMANAE IMMIGRANT RIGHTS, LEGAL AID SOCIETY OF THE DISTRICT OF COLUMBIA, OASIS LEGAL SERVICES, AMERICAN FEDERATION OF TEACHERS, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, NATIONAL EDUCATION ASSOCIATION, and NATIONAL ASSOCIATION OF SOCIAL WORKERS,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>LINDA MCMAHON, in her official capacity as SECRETARY OF EDUCATION<br>400 Maryland Avenue SW<br>Washington, D.C. 20202<br><br>  and<br><br>DEPARTMENT OF EDUCATION<br>400 Maryland Avenue SW<br>Washington, D.C. 20202,<br><br>    *Defendants*. | Case No: 1:25-cv-13242-MJJ |

## NOTICE OF APPEARANCE
## OF LAUREN D. SONG

I am admitted or otherwise authorized to practice in this Court. Pursuant to Local Rules 83.5.2 and 83.5.3, I appear in this case as counsel for proposed *amici curiae* Maryland Legal Aid, Greater Boston Legal Services, Inc., and other civil legal aid organizations fully identified in Appendix A attached hereto (together, Civil Legal Aid Organizations).

Dated:  February 23, 2026               Respectfully submitted,

                                        */s/ Lauren D. Song*
                                        Lauren D. Song, BBO# 6378715
                                        Lead Attorney | Community & Public Initiatives
                                        GREATER BOSTON LEGAL SERVICES, INC.
                                        197 Friend Street
                                        Boston, MA 02114
                                        (617) 603-1729
                                        LSong@gbls.org


                                        *Counsel for Proposed* Amici Curiae *Maryland Legal Aid, Greater Boston Legal Services, Inc., and Other Civil Legal Aid Organizations as Identified in Full on Appendix A attached hereto*

# APPENDIX A

# Identity of *Amici Curiae* Civil Legal Aid Organizations

**Amici Curiae Civil Legal Aid Organizations**

1. Maryland Legal Aid
   500 E. Lexington Street
   Baltimore, MD 21202

2. Greater Boston Legal Services
   197 Friend Street
   Boston, MA 02114

3. Amicus Curiae Committee of the California Access to Justice Commission
   PO Box 645
   Carmichael, CA 95609

4. Bay Area Legal Aid
   1735 Telegraph Ave.
   Oakland, CA 94612

5. Blue Ridge Legal Services, Inc.
   303 S. Main St.
   Harrisonburg, VA 22801

6. California Center for Movement Legal Services
   436 14th St., Suite 1305
   Oakland, CA 94612

7. California Women's Law Center
   7700 Irvine Center Dr., Suite 800
   Irvine, CA 92618

8. CAMBA Legal Services, Inc.
   19 Winthrop St., 2nd Floor
   Brooklyn, NY 11225

9. Catholic Migration Services
   191 Joralemon St., 4th Floor
   Brooklyn, NY 11201

10. Center for Access to QDROs
    121 W. 27th St., Suite 804
    New York, NY 10001

11. Center for Civil Rights and Critical Justice at Seattle University School of Law
    901 12th Avenue
    Seattle, WA 98122

12. Center for Disability & Elder Law
    438 Main St., Suite 1200
    Buffalo, NY 14202

13. Center for Elder Law & Justice
    438 Main St., Suite 1200
    Buffalo, NY 14202

14. Charlotte Center for Legal Advocacy
    5535 Albemarle Rd.
    Charlotte, NC 28212

15. City Bar Justice Center
    42 W. 44th St.
    New York, NY 10036

16. Clark County Volunteer Lawyers Project
    1104 Main Street, Suite 1
    Vancouver, WA 98660

17. Colorado Legal Services
    1560 Broadway Ste 1100
    Denver, CO 80202

18. Columbia Legal Services
    1201 5th Ave. Suite 1200
    Seattle, WA 98101

19. Community Law Center
    P.O. Box 4735
    Baltimore, MD 21211

20. Community Legal Aid Society Inc. (Delaware)
100 W. 10th St., Suite 801
Wilmington, DE 19801

21. Community Legal Services
1424 Chestnut St.
Philadelphia, PA 19102

22. Community Legal Services in East Palo Alto
2117 University Ave.
East Palo Alto, CA 94303

23. DC Bar Pro Bono Center
901 4th St. NW
Washington, DC 20001

24. Disability Law United
1330 Broadway, Suite 500
Oakland, CA 94612

25. Disability Rights Education & Defense Fund
3075 Adeline St., Suite 210
Berkeley, CA 94703

26. Disability Rights Washington
315 5th Ave. S., Suite 850
Seattle, WA 98104

27. DNA - People's Legal Services
P.O. Box 306
Window Rock, AZ 86515

28. East Bay Community Law Center
2921 Adeline St.
Berkeley, CA 94703

29. East Bay Sanctuary Covenant
2362 Bancroft Way
Berkeley, CA 94704

30. Eastside Legal Assistance Program
520 Bellevue Way NE, Suite 500
Bellevue, WA 98004

31. Enlace Services, Inc.
2100 N. Major Ave.
Chicago, IL 60639

32. Equal Justice Works
1730 M St. NW, Suite 800
Washington, DC 20036

33. Housing Rights Legal Clinic, University of San Diego School of Law
5998 Alcala Park
San Diego, CA 92110

34. Indiana Legal Services
1500 N. Illinois St.
Indianapolis, IN 46202

35. Inland Empire Legal Aid
5887 Pine Ave., Suite J
Chino Hills, CA 91709

36. Kids' Voice of Indiana
1431 N. Delaware St.
Indianapolis, IN 46202

37. Kitsap Legal Aid Services
500 Pacific Ave #401
Bremerton, WA 98337

38. LAW Advocates
1008 7th Ave.
Seattle, WA 98104

39. Law Foundation of Silicon Valley
152 N. Third St., 3rd Floor
San Jose, CA 95112

40. Lawyers Alliance for New York
    171 Madison Ave., Ninth Floor
    New York, NY 10016

41. Legal Aid Association of California
    1832 Second Street, Suite 105
    Berkeley, CA 94710

42. Legal Aid Center of Southern Nevada
    725 E. Charleston Blvd.
    Las Vegas, NV 89104

43. Legal Aid Chicago
    200 N. LaSalle St., Ste. 1400
    Chicago, IL 60601

44. Legal Aid Foundation of Los Angeles
    1550 W. 8th St.
    Los Angeles, CA 90017

45. Legal Aid Justice Center
    1000 Preston Ave., Suite A
    Charlottesville, VA 22903

46. Legal Aid of Nebraska
    209 S. 19th St., Suite 200
    Omaha, NE 68102

47. Legal Aid of Western Missouri
    4001 Dr. Martin Luther King, Jr. Blvd., Suite 300
    Kansas City, MO 64130

48. The Legal Aid Society of Cleveland
    1223 W 6th St
    Cleveland, OH 44113

49. Legal Aid Society of Northeastern New York
    17 Hodskin St.
    Canton, NY 13617

50. The Legal Aid Society of Rochester
    One West Main St.
    Buffalo, NY 14614

51. Legal Aid Society of San Mateo County
    330 Twin Dolphin Dr., Suite 123
    Redwood City, CA 94065

52. Legal Assistance of Western New York, Inc.
    1 W. Main St., Suite 400
    Rochester, NY 14614

53. Legal Service for Maine Elders
    5 Wabon Street
    Augusta, ME 04330

54. Legal Services for Children
    870 Market St., Suite 356
    San Francisco, CA 94102

55. Legal Services NYC
    40 Worth St., Suite 704
    New York, NY 10013

56. Legal Services of Eastern Missouri
    701 Market Street, Suite 1100
    St. Louis, MO 63101

57. Legal Services of Northern California
    517 12th Street
    Sacramento, CA 95814

58. Legal Services of Northwest Jersey
    90 E. Main Street
    Somerville, NJ 08876

59. Legal Services of Southern Missouri
    3130 South Delaware
    Springfield, MO 65804

60. Legal Services Vermont
    274 N. Winooski Ave.
    Burlington, VT 05401

61. Living with Conviction
    PO Box 4021
    Seattle, WA 98104

62. Maine Volunteer Lawyers Project
    75 Pearl Street
    Portland, ME 04101

63. Maryland Volunteer Lawyers for the Arts
    1505 Eutaw Place, Suite 205
    Baltimore, MD 21217

64. Maryland Volunteer Lawyers Service
    201 N. Charles St., Suite 1400
    Baltimore, MD 21201

65. Mental Health Advocacy Services
    801 N. Brand, Suite 240
    Glendale, CA 91203

66. Mid-Minnesota Legal Aid
    111 N. Fifth St., Suite 100
    Minneapolis, MN 55403

67. National Legal Aid & Defender Association
    1901 Pennsylvania Ave. NW #500
    Washington, DC 20006

68. Neighborhood Legal Services Association
    928 Penn Ave.
    Pittsburgh, PA 15222

69. Neighborhood Legal Services of Los Angeles County
    1102 E. Chevy Chase Drive
    Glendale, CA 91205

70. New Hampshire Legal Assistance
    117 N. State Street
    Concord, NH 03301

71. New York Lawyers for the Public Interest
    151 W. 30th St., 11th Floor
    New York, NY 10001

72. Northwest Justice Project
    401 Second Ave. S, Suite 407
    Seattle, WA 98104

73. Northwest Workers' Justice Project
    310 SW 4th Ave., Ste. 320
    Portland, OR 97204

74. Pine Tree Legal Assistance
    88 Federal Street
    Portland, ME 04101

75. Public Justice Center, Inc.
    201 N. Charles St., Suite 1200
    Baltimore, MD 21201

76. The Rebuild, Overcome, and Rise (ROAR) Center at University of MD, Baltimore
    520 W. Fayette Street
    Baltimore, MD 21201

77. Rising for Justice, Inc
    901 4th St. NW, Suite 6000
    Washington, DC 20001

5

78. Rural Law Center of New York
    22 U.S. Oval, Suite 101
    Plattsburgh, NY 12903

79. Senior Advocacy Network
    821 13th Street, Suite A
    Modesto, CA 95354

80. Sexual Violence Law Center
    810 3rd Ave., Ste. 630
    Seattle, WA 98104

81. Shore Legal Access
    499 Idlewild Avenue, Suite 102
    Easton, MD 21601

82. Southern Arizona Legal Aid, Inc.
    2343 E. Broadway Blvd., Suite 200
    Tucson, AZ 85719

83. Southern Minnesota Regional Legal Services
    450 N. Syndicate St., Ste. 260
    St. Paul, MN 55104

84. Southern Nevada Senior Law Program
    7690 West Sahara Ave.
    Las Vegas, NV 89117

85. TeamChild
    625 Andover Park W, Suite 112
    Tukwila, WA 98188

86. Texas RioGrande Legal Aid (TRLA)
    301 South Texas Avenue
    Mercedes, TX 78570

87. Unemployment Law Project
    1904 Third Ave., Suite 604
    Seattle, WA 98101

88. Ventura County Legal Aid
    3170 Loma Vista Road, Suite 701
    Ventura, CA 93003

89. Vital Immigrant Defense Advocacy & Services
    418 B Street, First Floor
    Santa Rosa, CA 95401

90. Volunteer Lawyers for Justice
    PO Box 32040
    Newark, NJ 07102

91. Volunteer Legal Services of Monroe County, Inc. (d/b/a JustCause)
    1 W. Main St., 5th Floor
    Rochester, NY 14614

92. We Are Casa
    8151 15th Ave.
    Langley Park, MD 20783

93. Western New York Law Center
    37 Franklin Street, Suite 210
    Buffalo, NY 14202

94. Working Washington
    815 1st Ave., Suite 253
    Seattle, WA 98104

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by first class mail on February 23, 2026.

/s/ Lauren D. Song
Lauren D. Song