# APPENDIX A

# Identity of *Amici Curiae* Civil Legal Aid Organizations

## Amici Curiae Civil Legal Aid Organizations

1. Maryland Legal Aid
   500 E. Lexington Street
   Baltimore, MD 21202

2. Greater Boston Legal Services
   197 Friend Street
   Boston, MA 02114

3. Amicus Curiae Committee of the California Access to Justice Commission
   PO Box 645
   Carmichael, CA 95609

4. Bay Area Legal Aid
   1735 Telegraph Ave.
   Oakland, CA 94612

5. Blue Ridge Legal Services, Inc.
   303 S. Main St.
   Harrisonburg, VA 22801

6. California Center for Movement Legal Services
   436 14th St., Suite 1305
   Oakland, CA 94612

7. California Women's Law Center
   7700 Irvine Center Dr., Suite 800
   Irvine, CA 92618

8. CAMBA Legal Services, Inc.
   19 Winthrop St., 2nd Floor
   Brooklyn, NY 11225

9. Catholic Migration Services
   191 Joralemon St., 4th Floor
   Brooklyn, NY 11201

10. Center for Access to QDROs
    121 W. 27th St., Suite 804
    New York, NY 10001

11. Center for Civil Rights and Critical Justice at Seattle University School of Law
    901 12th Avenue
    Seattle, WA 98122

12. Center for Disability & Elder Law
    438 Main St., Suite 1200
    Buffalo, NY 14202

13. Center for Elder Law & Justice
    438 Main St., Suite 1200
    Buffalo, NY 14202

14. Charlotte Center for Legal Advocacy
    5535 Albemarle Rd.
    Charlotte, NC 28212

15. City Bar Justice Center
    42 W. 44th St.
    New York, NY 10036

16. Clark County Volunteer Lawyers Project
    1104 Main Street, Suite 1
    Vancouver, WA 98660

17. Colorado Legal Services
    1560 Broadway Ste 1100
    Denver, CO 80202

18. Columbia Legal Services
    1201 5th Ave. Suite 1200
    Seattle, WA 98101

19. Community Law Center
    P.O. Box 4735
    Baltimore, MD 21211

20. Community Legal Aid Society Inc. (Delaware)
    100 W. 10th St., Suite 801
    Wilmington, DE 19801

21. Community Legal Services
    1424 Chestnut St.
    Philadelphia, PA 19102

22. Community Legal Services in East Palo Alto
    2117 University Ave.
    East Palo Alto, CA 94303

23. DC Bar Pro Bono Center
    901 4th St. NW
    Washington, DC 20001

24. Disability Law United
    1330 Broadway, Suite 500
    Oakland, CA 94612

25. Disability Rights Education & Defense Fund
    3075 Adeline St., Suite 210
    Berkeley, CA 94703

26. Disability Rights Washington
    315 5th Ave. S., Suite 850
    Seattle, WA 98104

27. DNA - People's Legal Services
    P.O. Box 306
    Window Rock, AZ 86515

28. East Bay Community Law Center
    2921 Adeline St.
    Berkeley, CA 94703

29. East Bay Sanctuary Covenant
    2362 Bancroft Way
    Berkeley, CA 94704

30. Eastside Legal Assistance Program
    520 Bellevue Way NE, Suite 500
    Bellevue, WA 98004

31. Enlace Services, Inc.
    2100 N. Major Ave.
    Chicago, IL 60639

32. Equal Justice Works
    1730 M St. NW, Suite 800
    Washington, DC 20036

33. Housing Rights Legal Clinic, University of San Diego School of Law
    5998 Alcala Park
    San Diego, CA 92110

34. Indiana Legal Services
    1500 N. Illinois St.
    Indianapolis, IN 46202

35. Inland Empire Legal Aid
    5887 Pine Ave., Suite J
    Chino Hills, CA 91709

36. Kids' Voice of Indiana
    1431 N. Delaware St.
    Indianapolis, IN 46202

37. Kitsap Legal Aid Services
    500 Pacific Ave #401
    Bremerton, WA 98337

38. LAW Advocates
    1008 7th Ave.
    Seattle, WA 98104

39. Law Foundation of Silicon Valley
    152 N. Third St., 3rd Floor
    San Jose, CA 95112

40. Lawyers Alliance for New York
171 Madison Ave., Ninth Floor
New York, NY 10016

41. Legal Aid Association of California
1832 Second Street, Suite 105
Berkeley, CA 94710

42. Legal Aid Center of Southern Nevada
725 E. Charleston Blvd.
Las Vegas, NV 89104

43. Legal Aid Chicago
200 N. LaSalle St., Ste. 1400
Chicago, IL 60601

44. Legal Aid Foundation of Los Angeles
1550 W. 8th St.
Los Angeles, CA 90017

45. Legal Aid Justice Center
1000 Preston Ave., Suite A
Charlottesville, VA 22903

46. Legal Aid of Nebraska
209 S. 19th St., Suite 200
Omaha, NE 68102

47. Legal Aid of Western Missouri
4001 Dr. Martin Luther King, Jr. Blvd., Suite 300
Kansas City, MO 64130

48. The Legal Aid Society of Cleveland
1223 W 6th St
Cleveland, OH 44113

49. Legal Aid Society of Northeastern New York
17 Hodskin St.
Canton, NY 13617

50. The Legal Aid Society of Rochester
One West Main St.
Buffalo, NY 14614

51. Legal Aid Society of San Mateo County
330 Twin Dolphin Dr., Suite 123
Redwood City, CA 94065

52. Legal Assistance of Western New York, Inc.
1 W. Main St., Suite 400
Rochester, NY 14614

53. Legal Service for Maine Elders
5 Wabon Street
Augusta, ME 04330

54. Legal Services for Children
870 Market St., Suite 356
San Francisco, CA 94102

55. Legal Services NYC
40 Worth St., Suite 704
New York, NY 10013

56. Legal Services of Eastern Missouri
701 Market Street, Suite 1100
St. Louis, MO 63101

57. Legal Services of Northern California
517 12th Street
Sacramento, CA 95814

58. Legal Services of Northwest Jersey
90 E. Main Street
Somerville, NJ 08876

4

59. Legal Services of Southern Missouri
3130 South Delaware
Springfield, MO 65804

60. Legal Services Vermont
274 N. Winooski Ave.
Burlington, VT 05401

61. Living with Conviction
PO Box 4021
Seattle, WA 98104

62. Maine Volunteer Lawyers Project
75 Pearl Street
Portland, ME 04101

63. Maryland Volunteer Lawyers for the Arts
1505 Eutaw Place, Suite 205
Baltimore, MD 21217

64. Maryland Volunteer Lawyers Service
201 N. Charles St., Suite 1400
Baltimore, MD 21201

65. Mental Health Advocacy Services
801 N. Brand, Suite 240
Glendale, CA 91203

66. Mid-Minnesota Legal Aid
111 N. Fifth St., Suite 100
Minneapolis, MN 55403

67. National Legal Aid & Defender Association
1901 Pennsylvania Ave. NW #500
Washington, DC 20006

68. Neighborhood Legal Services Association
928 Penn Ave.
Pittsburgh, PA 15222

69. Neighborhood Legal Services of Los Angeles County
1102 E. Chevy Chase Drive
Glendale, CA 91205

70. New Hampshire Legal Assistance
117 N. State Street
Concord, NH 03301

71. New York Lawyers for the Public Interest
151 W. 30th St., 11th Floor
New York, NY 10001

72. Northwest Justice Project
401 Second Ave. S, Suite 407
Seattle, WA 98104

73. Northwest Workers' Justice Project
310 SW 4th Ave., Ste. 320
Portland, OR 97204

74. Pine Tree Legal Assistance
88 Federal Street
Portland, ME 04101

75. Public Justice Center, Inc.
201 N. Charles St., Suite 1200
Baltimore, MD 21201

76. The Rebuild, Overcome, and Rise (ROAR) Center at University of MD, Baltimore
520 W. Fayette Street
Baltimore, MD 21201

77. Rising for Justice, Inc
901 4th St. NW, Suite 6000
Washington, DC 20001

5

78. Rural Law Center of New York
    22 U.S. Oval, Suite 101
    Plattsburgh, NY 12903

79. Senior Advocacy Network
    821 13th Street, Suite A
    Modesto, CA 95354

80. Sexual Violence Law Center
    810 3rd Ave., Ste. 630
    Seattle, WA 98104

81. Shore Legal Access
    499 Idlewild Avenue, Suite 102
    Easton, MD 21601

82. Southern Arizona Legal Aid, Inc.
    2343 E. Broadway Blvd., Suite 200
    Tucson, AZ 85719

83. Southern Minnesota Regional Legal Services
    450 N. Syndicate St., Ste. 260
    St. Paul, MN 55104

84. Southern Nevada Senior Law Program
    7690 West Sahara Ave.
    Las Vegas, NV 89117

85. TeamChild
    625 Andover Park W, Suite 112
    Tukwila, WA 98188

86. Texas RioGrande Legal Aid (TRLA)
    301 South Texas Avenue
    Mercedes, TX 78570

87. Unemployment Law Project
    1904 Third Ave., Suite 604
    Seattle, WA 98101

88. Ventura County Legal Aid
    3170 Loma Vista Road, Suite 701
    Ventura, CA 93003

89. Vital Immigrant Defense Advocacy & Services
    418 B Street, First Floor
    Santa Rosa, CA 95401

90. Volunteer Lawyers for Justice
    PO Box 32040
    Newark, NJ 07102

91. Volunteer Legal Services of Monroe County, Inc. (d/b/a JustCause)
    1 W. Main St., 5th Floor
    Rochester, NY 14614

92. We Are Casa
    8151 15th Ave.
    Langley Park, MD 20783

93. Western New York Law Center
    37 Franklin Street, Suite 210
    Buffalo, NY 14202

94. Working Washington
    815 1st Ave., Suite 253
    Seattle, WA 98104