AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| National Council of Nonprofits, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13242-MJJ |
| Linda McMahon et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

proposed Amici Curiae Maryland Legal Aid, Greater Boston Legal Services, Inc., and other civil legal aid orgs.

Date: 02/24/2026

/s/ Kathryn Baxter
*Attorney's signature*

Kathryn Baxter, Pro Hac Vice approved
*Printed name and bar number*
MARYLAND LEGAL AID
500 E. Lexingon St.
Baltimore MD 21202

*Address*

kbaxter@mdlab.org
*E-mail address*

(410) 951-7724
*Telephone number*

(410) 951-7718
*FAX number*

Print    Save As...    Reset