UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, and the U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Case No. 1:25-CV-13242 |

## NOTICE OF APPEARANCE FOR AMICI CURIAE

Please enter the appearance of Margaret Nivison as counsel for the proposed *amici curiae* Chesapeake Bay Foundation, CleanAIRE NC, Conservation Law Foundation, Dogwood Alliance, Earthjustice, Environmental Law & Policy Center, Georgia Interfaith Power & Light, Greater Greener Gloster Project, MDC, MountainTrue, Natural Resources Defense Council, North Carolina Justice Center, Organized Uplifting Resources & Strategies, Protect our Aquifer, Southern Alliance for Clean Energy, Southern Coalition for Social Justice, Southern Environmental Law Center, and Waterkeeper Alliance in this matter.

Dated: February 24, 2026           Respectfully submitted,

/s/ *Margaret Nivison*
Margaret Nivison, BBO No. 699047
Conservation Law Foundation
62 Summer St.
Boston, MA 02110
Phone: (617) 850-1712
Email: mnivison@clf.org

*Attorney for Amici Curiae Chesapeake Bay Foundation, CleanAIRE NC, Conservation Law Foundation, Dogwood Alliance, Earthjustice, Environmental Law & Policy Center, Georgia Interfaith Power & Light, Greater Greener Gloster Project, MDC, MountainTrue, Natural Resources Defense Council, North Carolina Justice Center, Organized Uplifting Resources & Strategies, Protect our Aquifer, Southern Alliance for Clean Energy, Southern Coalition for Social Justice, Southern Environmental Law Center, and Waterkeeper Alliance*

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 24, 2026, the foregoing document was filed through the Court's electronic filing system (CM/ECF), by which means a copy of the filing was sent electronically to all parties registered with the CM/ECF system.

Dated: February 24, 2026

                                                  */s/ Margaret Nivison*
                                                  Margaret Nivison

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1**

    I hereby certify that the Parties have conferred and agree to the relief proposed in this motion.

Dated: February 24, 2026

                                                  */s/ Margaret Nivison*
                                                  Margaret Nivison