UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, and the U.S. DEPARTMENT OF EDUCATION,<br><br>      Defendants. | Case No. 1:25-CV-13242 |

**MOTION FOR LEAVE FOR ROBERT MICHAELS
TO APPEAR AND PARTICIPATE *PRO HAC VICE***

Pursuant to Local Rule 85.5.3, I, Margaret Nivison, a member of the bar of this Court and counsel of record for *Amici Curiae* Chesapeake Bay Foundation, CleanAIRE NC, Conservation Law Foundation, Dogwood Alliance, Earthjustice, Environmental Law & Policy Center, Georgia Interfaith Power & Light, Greater Greener Gloster Project, MDC, MountainTrue, Natural Resources Defense Council, North Carolina Justice Center, Organized Uplifting Resources & Strategies, Protect our Aquifer, Southern Alliance for Clean Energy, Southern Coalition for Social Justice, Southern Environmental Law Center, and Waterkeeper Alliance, respectfully move this Court for the admission *pro hac* vice of Robert Michaels to serve as counsel for *Amici* in this matter.

As set forth in the accompanying certifications, Robert Michaels (1) is a member of good standing of the bar of every jurisdiction to which he has been admitted to practice; (2) is not subject to disciplinary proceedings pending in any jurisdictions in which he is a member of the bar; (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a

limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

Dated: February 24, 2026

                                                            /s/ *Margaret Nivison*
Margaret Nivison, BBO No. 699047
Conservation Law Foundation
62 Summer Street
Boston, MA 02110-1016
Phone: (617) 350-0990
Email: Mnivison@clf.org

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 24, 2026.

<u>/s/ <i>Margaret Nivison</i></u><br>Margaret Nivison

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

I hereby certify that the Parties have conferred and agree to the relief proposed in this motion.

<u>/s/ *Margaret Nivison*</u>
Margaret Nivison