# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, and the U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Case No. 1:25-CV-13242 |

**CERTIFICATION OF ROBERT MICHAELS IN SUPPORT OF MOTION
FOR LEAVE TO APPEAR AND PARTICIPATE *PRO HAC VICE***

I, Robert Michaels, certify as follows:

1. I am an attorney for proposed *Amicus Curiae* Environmental Law & Policy Center, which is jointly filing a brief with Chesapeake Bay Foundation, CleanAIRE NC, Conservation Law Foundation, Dogwood Alliance, Earthjustice, Georgia Interfaith Power & Light, Greater Greener Gloster Project, MDC, MountainTrue, North Carolina Justice Center, Natural Resources Defense Council, Organized Uplifting Resources & Strategies, Protect our Aquifer, Southern Alliance for Clean Energy, Southern Coalition for Social Justice, Southern Environmental Law Center, and Waterkeeper Alliance.

2. My principal office is located at Environmental Law & Policy Center, 35 E. Wacker Drive, Suite 1600, Chicago, Illinois 60601. My office telephone number is 312.795.3713 and my email address is rmichaels@elpc.org.

3. I am admitted to the Illinois State bar, where my membership is active and in good standing. My Illinois bar number is 6203462.

4.       I am admitted to the bars for the following federal courts: the U.S. Supreme Court, U.S. Courts of Appeals for the Sixth, Seventh and District of Columbia Circuits, and the U.S. District Court for the Northern District of Illinois.

5.       I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

6.       I have never been disciplined, and I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

7.       I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

8.       I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

9.       If the Court grants the motion for me to appear *pro hac vice*, I will represent *amicus curiae* Environmental Law & Policy Center.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 24, 2026                  /s/ *Robert Michaels*
                                                      Robert Michaels
                                                      Environmental Law & Policy Center
                                                      35 E. Wacker Drive, Suite 1600
                                                      Chicago, IL 60601
                                                      (312) 795-3713
                                                      rmichaels@elpc.org