AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| National Council of Nonprofits, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-13242-MJJ |
| Linda McMahon et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

proposed Amici Curiae Maryland Legal Aid, Greater Boston Legal Services, Inc., and other civil legal aid orgs.

Date: 02/24/2026

/s/ Kevonne Small
*Attorney's signature*

Kevonne Small, Pro Hac Vice approved
*Printed name and bar number*

MARYLAND LEGAL AID
500 E. Lexingon St.
Baltimore MD 21202
*Address*

ksmall@mdlab.org
*E-mail address*

(443) 845-9294
*Telephone number*

(410) 951-7718
*FAX number*