# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, and the U.S. DEPARTMENT OF EDUCATION,<br><br>      Defendants. | Case No. 1:25-CV-13242 |

**CERTIFICATION OF KIMBERLEY HUNTER IN SUPPORT OF MOTION
FOR LEAVE TO APPEAR AND PARTICIPATE *PRO HAC VICE***

I, KIMBERLEY HUNTER, certify as follows:

1.      I am an attorney for proposed *Amicus Curiae* Chesapeake Bay Foundation, CleanAIRE NC, Conservation Law Foundation, Dogwood Alliance, Earthjustice, Georgia Interfaith Power & Light, Greater Greener Gloster Project, MDC, MountainTrue, North Carolina Justice Center, Natural Resources Defense Council, Organized Uplifting Resources & Strategies, Protect our Aquifer, Southern Alliance for Clean Energy, Southern Coalition for Social Justice, Southern Environmental Law Center, and Waterkeeper Alliance.

2.      My principal office is located at Southern Environmental Law Center, 136 East Rosemary Street, Suite 500, Chapel Hill, NC, 27258. My office phone number is (919) 967-1450.

3.      I am admitted to the North Carolina State bar, where my membership is active and in good standing. My North Carolina bar number is 41333.

4. I am admitted to the bars for the following federal courts: the U.S. Supreme Court, U.S. Court of Federal Claims, U.S. Court of Appeals for the Fourth Circuit, and the U.S. District Court for the Eastern District of North Carolina.

5. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

6. I have never been disciplined, and I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

7. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and

8. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

9. If the Court grants the motion for me to appear *pro hac vice*, I will represent *Amici Curiae* Chesapeake Bay Foundation, CleanAIRE NC, Conservation Law Foundation, Dogwood Alliance, Earthjustice, Georgia Interfaith Power & Light, Greater Greener Gloster Project, MDC, MountainTrue, North Carolina Justice Center, Natural Resources Defense Council, Organized Uplifting Resources & Strategies, Protect our Aquifer, Southern Alliance for Clean Energy, Southern Coalition for Social Justice, Southern Environmental Law Center, and Waterkeeper Alliance, in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 24, 2026    /s/ *Kimberley Hunter*
Kimberley Hunter
Southern Environmental Law Center
136 E. Rosemary Street, Suite 500
Chapel Hill, NC 27514
(919) 967-1450

2

kmeyer@selc.org

3