# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA MCMAHON, in her official capacity as Secretary of Education, and the U.S. DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 1:25-CV-13242 |

## CERTIFICATION OF AUSTIN D. GERKEN, JR. IN SUPPORT OF MOTION FOR LEAVE TO APPEAR AND PARTICIPATE *PRO HAC VICE*

I, AUSTIN D. GERKEN JR., certify as follows:

    1.    I am an attorney for proposed *Amicus Curiae* Chesapeake Bay Foundation, CleanAIRE NC, Conservation Law Foundation, Dogwood Alliance, Earthjustice, Georgia Interfaith Power & Light, Greater Greener Gloster Project, MDC, MountainTrue, North Carolina Justice Center, Natural Resources Defense Council, Organized Uplifting Resources & Strategies, Protect our Aquifer, Southern Alliance for Clean Energy, Southern Coalition for Social Justice, Southern Environmental Law Center, and Waterkeeper Alliance.

    2.    My principal office is located at Southern Environmental Law Center, 120 Garrett Street, Suite 400, Charlottesville, VA, 22902. My office phone number is (434) 977-4090.

    3.    I am admitted to the North Carolina State bar, the Virginia State bar, and the D.C. bar, where my memberships are active and in good standing. My North Carolina bar number is 32689, Virginia is 45392, and D.C. is 474947.

    4.    I am admitted to the bars for the following federal courts: the U.S. Supreme Court, U.S. Court of Appeals for the 4th, 6th, 9th, and D.C. Circuits, and the U.S. District Courts

for the Eastern and Western Districts of Virginia, the Western District of North Carolina, and the District of D.C.

5.  I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

6.  I have never been disciplined, and I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

7.  I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and

8.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

9.  If the Court grants the motion for me to appear *pro hac vice*, I will represent *Amici Curiae* Chesapeake Bay Foundation, CleanAIRE NC, Conservation Law Foundation, Dogwood Alliance, Earthjustice, Georgia Interfaith Power & Light, Greater Greener Gloster Project, MDC, MountainTrue, North Carolina Justice Center, Natural Resources Defense Council, Organized Uplifting Resources & Strategies, Protect our Aquifer, Southern Alliance for Clean Energy, Southern Coalition for Social Justice, Southern Environmental Law Center, and Waterkeeper Alliance, in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 24, 2026

/s/ D.J. Gerken
Austin D. Gerken Jr.
Southern Environmental Law Center
120 Garrett Street, Suite 400
Charlottesville, VA 22902
(434) 977-4090
djgerken@selc.org