IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL COUNCIL OF NONPROFITS, *et al.*,

   *Plaintiffs*,

v.

LINDA McMAHON, *et al*.

   *Defendants*.

Case No. 1:25-cv-13242-MJJ

## MOTION FOR ADMISSION *PRO HAC VICE* OF SARAH K. AUSTIN

    Pursuant to Local Rule 83.5.3 of the Local Rules of the United States District Court of the District of Massachusetts, I, Joshua Rovenger, a member of the bar of the Court and counsel of record for proposed *amici* GLBTQ Legal Advocates & Defenders, Lambda Legal Defense and Education Fund, Inc., OutFront Minnesota, Equality California, PFLAG Greater Boston, One Colorado, National Black Justice Collective, Services and Advocacy for GLBTQ+ Elders (SAGE), National Women's Law Center, and Our Family Coalition, hereby move for the admission *pro hac vice* of their counsel Sarah K. Austin in the above-captioned matter.

    In support of this motion, *amici* submit the attached certificate of Attorney Austin certifying her compliance with the requirements of Local Rule 83.5.3(e)(3).

Dated: February 24, 2026

Respectfully submitted,

*/s/ Joshua Rovenger*
Joshua Rovenger (BBO #688141)
GLBTQ Legal Advocates & Defenders
18 Tremont St. Ste. 950
Boston, MA 02108
(617) 426-1350
jrovenger@gladlaw.org

*Counsel for amici*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

*/s/ Joshua Rovenger*

### CERTIFICATION OF SARAH K. AUSTIN IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

I, Sarah K. Austin, hereby certify and state:

1. I am a Staff Attorney at GLBTQ Legal Advocates & Defenders.

2. My business address is 18 Tremont Street, Suite 950, Boston, MA 02108. My business email is saustin@gladlaw.org, and my business telephone number is (617) 426-1350.

3. I am a member in good standing of the bars of the State of Maine, the United States District Court for the District of Maine, the United States Court of Appeals for the District of Columbia Circuit, and the Supreme Court of the United States.

4. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5. I have not previously had a pro hac vice admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

6. I have read, and agree to comply with, the Local Rules of the United States District Court for the District of Massachusetts.

I certify under the penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2026

Respectfully submitted,

/s/ Sarah K. Austin
GLBTQ Legal Advocates & Defenders
18 Tremont St. Ste. 950
Boston, MA 02108
(617) 426-1350
saustin@gladlaw.org