UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., <br><br>                            *Plaintiffs*, <br><br> v. <br><br> LINDA MCMAHON, et al., <br>                            *Defendants*. <br><br><br> MASSACHUSETTS, et al., <br><br>                            *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, et al., <br>                            *Defendants*. | No. 25-cv-13242-MJJ <br><br><br><br><br><br><br><br> No. 25-CV-13244-MJJ |

**MOTION FOR ADMISSION PRO HAC VICE OF NATHAN A. MAXWELL**

Pursuant to Local Rule 83.5.3, I, Joshua Rovenger, a member of the bar of this Court and counsel of record for Amicus, hereby move the admission *pro hac vice* of Nathan A. Maxwell to serve as counsel for *Amicus Curiae* in this matter.

Mr. Maxwell is admitted to practice law in the bars of Arizona, Illinois, the Eight Circuit Courts of appeal, the Eastern District of Michigan and the United States Supreme Court.

As set forth in the accompanying certification, Nathan A. Maxwell is (1) a member in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which they are a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a

limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

Accordingly, this Court should admit Nathan A. Maxwell *pro hac vice* to the bar of this Court.

Dated: February 24, 2026                     Respectfully submitted,

                                             */s/ Joshua Rovenger*
                                             Joshua Rovenger (BBO #688141)
                                             jrovenger@gladlaw.org
                                             GLBTQ LEGAL ADVOCATES & DEFENDERS
                                             18 Tremont Street, Suite 950
                                             Boston, MA 02108
                                             (617) 426-1350

                                             *Counsel for Amici*

3

**CERTIFICATE OF SERVICE**

    I, Joshua Rovenger, hereby certify that on February 24, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: February 24, 2026                  /s/ *Joshua Rovenger*
                                                            Joshua Rovenger