UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., <br><br>                  *Plaintiffs*,<br><br>   v.<br><br>LINDA MCMAHON, et al.,<br>                  *Defendants*.<br><br>MASSACHUSETTS, et al.,<br><br>                  *Plaintiffs*,<br><br>   v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>                  *Defendants*. | No. 25-cv-13242-MJJ <br><br><br><br><br><br><br>No. 25-CV-13244-MJJ |

**CERTIFICATION FOR MOTION FOR ADMISSION PRO HAC VICE OF NATHAN A. MAXWELL**

In support of my application for admission pro hac vice in this matter, I, Nathan A. Maxwell hereby certify that:

1. I am Senior Attorney at Lambda Legal. I represent the Amicus in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had pro hac vice admission to the United States District Court for

the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: February 23, 2026

/s/ Nathan A. Maxwell