AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-13242 (MJJ) |
| LINDA MCMAHON, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

proposed amici curiae the City of New York and New York City Department of Education    .

Date:    02/24/2026

/s/ Tobias Zimmerman
*Attorney's signature*

Tobias Zimmerman (BBO# 647668)
*Printed name and bar number*

New York City Law Department
100 Church Street
New York, New York 10007
*Address*

tzimmerm@law.nyc.gov
*E-mail address*

(212) 356-2423
*Telephone number*

(212) 356-1000
*FAX number*