# United States District Court
# for the District of Massachusetts

NATIONAL COUNCIL OF NONPROFITS, et al.,

*Plaintiffs*,

*against*  1:25-cv-13242 (MJJ)

LINDA MCMAHON, et al.,

*Defendants*.

## CONSENT MOTION FOR AMICUS CURIAE RELIEF

Proposed amici curiae—a coalition local governments and municipal entities[1]—move this Court for an order granting them leave to file the accompanying brief in support of plaintiffs, and state as follows:

1. Proposed amici are local governments and municipal entities that provide essential public services to millions of Americans through the hard work and sacrifices of hundreds of thousands of dedicated public servants.

2. Proposed amici have a strong interest here. Proposed amici seek this Court's leave to file an amicus brief explaining the importance of the Public Service Loan Forgiveness (PSLF) program to municipalities, their employees, and the residents they serve. Since its inception nearly two decades ago, the PSLF program has been an essential tool for recruiting and retaining employees for government

---

[1] A full list of the proposed amici appears at the end of the proposed brief.

positions that require advanced education. The program now penetrates every corner of municipal services—from child protection, to education, to firefighting, to health, to housing, to recreation, to sanitation. Defendants' rule threatens amici's ability to recruit and retain employees and undermines effective local governance.

3. This Court has broad discretion to permit amicus curiae briefs. *See Students for Fair Admissions v. President & Fellows of Harvard Coll.*, No. 14-cv-14176-ADB, 2018 U.S. Dist LEXIS 230570, at *16 (D. Mass. Oct. 3, 2018) ("[A] district court has 'inherent authority' to appoint amici to assist it in a proceeding.").

4. Counsel for proposed amici have conferred with counsel for the parties. Plaintiffs and defendants consent to the relief sought in this motion.

5. The proposed brief is under 20 pages.

WHEREFORE, proposed amici curiae respectfully request that this Court grant them leave to file the accompanying brief in support of plaintiffs.

Dated: New York, New York
February 24, 2026

Respectfully submitted,

STEVEN BANKS
*Corporation Counsel
of the City of New York*

By: ___/s/_____
TOBIAS ZIMMERMAN (BBO# 647668)
Assistant Corporation Counsel

100 Church Street
New York, New York 10007
212-356-2423
tzimmerm@law.nyc.gov

## Local Rule 7.1 Certification

I certify that counsel for proposed amici curiae have conferred with counsel for the parties. Plaintiffs and defendants consent to the relief sought in this motion.

/s/
TOBIAS ZIMMERMAN (BBO# 647668)

## Certificate of Service

I certify that this motion and its accompanying certification will be served on all registered parties through this Court's CM/ECF system.

/s/
TOBIAS ZIMMERMAN (BBO# 647668)