UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., *Plaintiffs*, v. LINDA MCMAHON, et al., *Defendants*. | No. 25-cv-13242-MJJ |

**[PROPOSED] ORDER**

The Court has considered the motion for leave to file by amici curiae local governments and municipal entities, filed on February 24, 2026. It is hereby

**ORDERED** that motion is granted and the brief is deemed filed.

Dated: February ___, 2026

_____
Judge Myong J. Joun