UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, and the U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Case No. 1:25-CV-13242 |

**CONSENT MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*
ENVIRONMENTAL ORGANIZATIONS IN SUPPORT OF PLAINTIFFS**

*Amici Curiae* Chesapeake Bay Foundation, CleanAIRE NC, Conservation Law Foundation, Dogwood Alliance, Earthjustice, Environmental Law & Policy Center, Georgia Interfaith Power & Light, Greater Greener Gloster Project, MDC, MountainTrue, Natural Resources Defense Council, North Carolina Justice Center, Organized Uplifting Resources & Strategies, Protect our Aquifer, Southern Alliance for Clean Energy, Southern Coalition for Social Justice, Southern Environmental Law Center, and Waterkeeper Alliance respectfully move for leave to file the attached brief in support of Plaintiff's motion for summary judgment. In support of this motion, *Amici* state:

*Amici* are nonprofit organizations focused on improving the environment and eliminating environmental injustices throughout the United States. They range from small grassroots organizations to large nationwide entities. *Amici* protect public health, conserve wildlife and public lands, advance clean energy, combat climate change, and educate the public. Many *Amici* focus their work in low-income and historically marginalized communities. And many use the

legal system to protect these communities, including by enforcing federal environmental laws through citizen-suit provisions enacted by Congress, an essential complement to government enforcement. Through litigation, policy advocacy, public education, and community partnerships, *Amici* have pursued lawful public-interest missions since their inception, missions that have been consistently recognized across presidential administrations of both political parties.

*Amici* have long benefited from the stability of the Public Service Loan Forgiveness ("PSLF") program. *Amici* undertake complex legal and technical work advanced by staff who have obtained advanced degrees, experience that comes with a significant price tag. As nonprofits, *Amici* cannot match private-sector salaries for employees with similar educational experience. Fortunately for *Amici*, many of their employees, motivated by a passion for the public service mission of *Amici*, accept substantial pay reductions for the opportunity to work in public service. For many, however, the financial tradeoff inherent in a public service career would be untenable without PSLF's promise of loan forgiveness. *Amici's* eligibility for PSLF is an important component of their ability to recruit and retain the dedicated and talented employees they require to do their work.

The Chesapeake Bay Foundation is a 501(c)(3) nonprofit organization and is the largest independent conservation organization dedicated solely to saving the Bay. The PSLF program is crucially important to the Chesapeake Bay Foundation's ability to attract, hire, and retain talented employees, including lawyers, fellows, and paraprofessionals, of all economic backgrounds.

CleanAIRE NC is a 501(c)(3) nonprofit organization that works to protect the health of all North Carolinians by pursuing equitable and collaborative strategies to address climate

change and air pollution. The PSLF program is essential for CleanAIRE NC to retain the skilled professionals necessary to protect public health and the environment for North Carolina communities.

Conservation Law Foundation is a 501(c)(3) nonprofit organization that protects New England's environment for the benefit of all people. PSLF makes it possible to choose to work at Conservation Law Foundation; in its absence, staff would be unable to forge a career in the not-for-profit sector. PSLF is therefore critical in allowing Conservation Law Foundation to attract top-notch staff and advance its mission.

Dogwood Alliance is a 501(c)(3) nonprofit organization that advances environmental justice and climate action by mobilizing diverse voices to protect Southern forests and communities from industrial logging. Dogwood Alliance relies on the PSLF program as a recruitment and retention tool to attract high-level talent to the environmental non-profit sector. 20% of Dogwood Alliance's workforce participates in PSLF.

Earthjustice is a 501(c)(3) nonprofit public interest environmental law organization that wields the power of the law and the strength of partnership to protect people's health, to preserve magnificent places and wildlife, to advance clean energy, and to combat climate change. Many Earthjustice staff rely on the PSLF program to continue to do this work in the public sector.

Environmental Law & Policy Center ("ELPC") is a 501(c)(3) public interest organization dedicated to protecting the environment, natural resources and public health around the Midwest. ELPC believes PSLF is essential to ensuring that they can hire staff from working and middle-class families. Over the past eight years, ELPC has hired at least nine staff members who participate in the PSLF program.

Georgia Interfaith Power & Light is a 501(c)(3) nonprofit organization based in Georgia. Georgia Interfaith Power & Light's core mission is to inspire and equip communities of faith to organize, implement practical climate solutions, and advocate across Georgia on issues of climate change, environmental justice, and community resilience. Georgia Interfaith Power & Light relies on PSLF to attract and retain talented employees who otherwise might not be able to financially commit to a career at an environmental nonprofit.

Greater Greener Gloster Project is a 501(c)(3) nonprofit organization based in Mississippi that helps to bring about awareness to the environmental and public health issues caused by the Drax Biomass facility, to seek justice for the damages associated with the air pollution, and to ensure environmental, public health, and quality of life improvements for the residents in the underserved community of Gloster, Mississippi. PSLF is an essential program that supports Greater Greener Gloster Project's ability to attract and retain professionals from all economic backgrounds.

MDC is a 501(c)(3) nonprofit organization based in North Carolina. MDC supports and represents overburdened and underserved populations in 13 states across the U.S. South from its headquarters in Durham, North Carolina. PSLF is critical to MDC's ability to attract, hire, and retain talented staff from all economic backgrounds, especially people with the lived experience of having student debt.

MountainTrue is a 501(c)(3) nonprofit organization that champions resilient forests, clean waters, and healthy communities across the Southern Blue Ridge.  PSLF was a significant influence for several of MountainTrue's current staff members in choosing to start, transition, or continue a career in nonprofit public service.

Natural Resources Defense Council ("NRDC") is a 501(c)(3) nonprofit organization that works to safeguard the earth—its people, its plants and animals, and the natural systems on which all life depends. Without PSLF, many NRDC staff have reported that they would not be able to work at the organization and would instead seek higher-paying work in the private sector. Multiple NRDC staff only chose to go to graduate school, including law school, because they knew PSLF provided a pathway to public service work.

The North Carolina Justice Center is a 501(c)(3) nonprofit legal advocacy organization. The mission of the Justice Center is to secure economic justice, including energy justice, for disadvantaged persons and communities in North Carolina. The organization's ability to recruit and retain its talented staff depends on the availability of PSLF.

Organized Uplifting Resources & Strategies is a 501(c)(3) nonprofit organization based in South Carolina with a mission to be culturally responsive and relatable with resources that reclaim, revitalize, and sustain rural communities. PSLF provides critical financial support to its staff while the organization engages in often under-funded work to support communities in McCormick County, South Carolina.

Protect Our Aquifer is a Memphis-based, bipartisan 501(c)(3) nonprofit organization founded in 2016 to protect the drinking water source for the surrounding counties.  Weakening or rolling back PSLF would disproportionately harm small, public-interest nonprofits like Protect Our Aquifer by constraining workforce stability and undermining partnerships that are critical to safeguard clean, affordable drinking water for the communities it serves.

The Southern Alliance for Clean Energy is a 501(c)(3) nonprofit organization that promotes responsible and equitable energy choices for clean, safe, and healthy communities

throughout the Southeast. PSLF is a critically important program that has allowed staff to work for Southern Alliance for Clean Energy and carry out its mission.

Southern Coalition for Social Justice is a 501(c)(3) nonprofit organization that partners with communities of color and economically disadvantaged communities across the South to defend and advance their political, social, and economic rights. Many of SCSJ's attorneys and staff are from lower wealth backgrounds and rely on the PSLF program to make long-term public interest careers sustainable. Without the PSLF program, SCSJ would not be able to empower and attract the talent to pursue their mission of expanding justice and advancing equity for historically underserved communities.

The Southern Environmental Law Center ("SELC") is the largest 501(c)(3) nonprofit, nonpartisan environmental legal organization rooted in and focused on the South. A significant portion of SELC's staff, including attorneys, scientists, communications staff and others rely on PSLF, and without the program SELC would lose a key tool for recruitment and retention of qualified staff.

Waterkeeper Alliance is a 501(c)(3) nonprofit organization and a global movement dedicated to protecting and restoring water quality to ensure that the world's waters are drinkable, fishable, and swimmable. PSLF allows Waterkeeper Alliance to recruit and retain talented professionals who might otherwise be unable to accept significantly lower salaries than in the private sector. Multiple current and prior staff have benefited from the program.

The U.S. District Court for the District of Massachusetts "has 'inherent authority' and discretion to appoint amici," and regularly does so in cases of significance. *Students for Fair Admissions v. President & Fellows of Harv. Coll.*, No. 14-cv-14176-ADB, 2018 WL 9963511, at *1 (D. Mass. Oct. 3, 2018) (quoting *Portland Pipe Line Corp. v. City of S. Portland*, No. 2:15-

cv-54-JAW, 2017 WL 79948, at *4 (D. Me. Jan. 9, 2017)). *See also Boston Gas Co. v. Century Indem. Co.*, No. 02-cv-12062-RWZ, 2006 WL 1738312, at *1n.1 (D. Mass. June 21, 2006). "The role of an amicus curiae, meaning 'friend of the court,' is to 'assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision.'" *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015) (quoting *Sierra Club v. Wagner*, 581 F. Supp. 2d 246, 250 n.1 (D.N.H. 2008)), aff'd, 807 F.3d 472 (1st Cir. 2015). Leave to file is generally granted where the proposed brief has "(a) an adequate interest, (b) desirability, and (c) relevance" to the case. *Portland Pipe Line Corp.*, 2017 WL 79948, at *5 (citing *Neonatology Assocs., PA v. Commissioner*, 293 F.3d 128, 131 (3d Cir. 2002)).

Here, *Amici* have a significant interest in the matter before the Court. They present a unique perspective about the many ways in which Defendants' changes to the PSLF program could harm both their interests and the public interest more broadly in preserving natural resources, protecting communities, and ensuring the rule of law. All parties consent to the filing of this brief.

For the foregoing reasons, *Amici*'s motion for leave to file the attached brief in support of Plaintiff's Motion for Summary Judgment should be granted.

Date: February 24, 2026

Respectfully submitted,

By: */s/ Margaret M.A. Nivison*
Margaret M.A. Nivison, BBO No. 699047
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
Phone: (617) 850-1727
Email: mnivison@clf.org

*/s/ D.J. Gerken*
D.J. Gerken
Kimberley Hunter
Hannah Klaus
Southern Environmental Law Center
136 East Rosemary Street, Suite 500
Chapel Hill, NC 27514
Phone: (919) 967-1450
Email: kmeyer@selc.org
   djgerken@selc.org
   hklaus@selc.org

*Counsel for Amici Chesapeake Bay Foundation, CleanAIRE NC, Conservation Law Foundation, Dogwood Alliance, Earthjustice, Georgia Interfaith Power & Light, Greater Greener Gloster Project, MDC, MountainTrue, Natural Resources Defense Council, North Carolina Justice Center, Organized Uplifting Resources & Strategies, Protect Our Aquifer, Southern Alliance for Clean Energy, Southern Coalition for Social Justice, Southern Environmental Law Center, and Waterkeeper Alliance*

/s/ Robert Michaels
Robert Michaels
Environmental Law & Policy Center
35 E. Wacker Drive, Suite 1600
Chicago, IL 60601
(312) 795-3713
rmichaels@elpc.org

*Counsel for Amici
Environmental Law & Policy Center*

## CERTIFICATE OF SERVICE

I, Margaret Nivison, certify that this document was filed through the CM/ECF system on February 24, 2026, and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Margaret Nivison*
Margaret Nivison

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

I hereby certify that the Parties have conferred and agree to the relief proposed in this motion.

*/s/ Margaret Nivison*
Margaret Nivison