# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATIONAL COUNCIL OF NONPROFITS, et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**LINDA MCMAHON, et al.,**<br><br>*Defendants*. | Case No.: 1:25-cv-13242-MJJ |

**[PROPOSED] ORDER GRANTING**
<u>**LEAVE FOR THE LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW AND AMERICAN CIVIL LIBERTIES UNION TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**</u>

Upon consideration of Proposed Amici's Motion, the Court hereby ORDERS that the Motion for leave is GRANTED.

**SO ORDERED.**

Date: _____

_____
Hon. Myong J. Joun
United States District Judge