UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATIONAL COUNCIL OF NONPROFITS, et al.,** )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>**LINDA MCMAHON, et al.,** )<br>)<br>*Defendants*. ) | Case No.: 25-CV-13242-MJJ |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL J. PILLERA**

COMES NOW Maya A. Brodziak, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission *pro hac vice* in this case of Michael J. Pillera as counsel for *amici curae* the Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union.

Michael J. Pillera is a licensed attorney with the Lawyers' Committee for Civil Rights Under Law. Mr. Pillera is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; he has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Maya A. Brodziak requests that Michael J. Pillera be granted leave to appear and practice *pro hac vice* on behalf of *amici curae* the Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union in the above-captioned matter.

Date: February 24, 2026                    Respectfully submitted,

*/s/ Maya A. Brodziak*
Maya A. Brodziak (BBO # 696480)
Lawyers Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8339
mbrodziak@lawyerscommittee.org

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for amici curaie conferred with counsel for Plaintiffs and counsel for Defendants, who assented to the relief requested herein.

                                                  */s/ Maya A. Brodziak*
                                                  Maya A. Brodziak (BBO # 696480)
                                                  Lawyers Committee for Civil Rights Under Law
                                                  1500 K Street NW, Suite 900
                                                  Washington, DC 20005
                                                  Telephone: (202) 662-8339
                                                  mbrodziak@lawyerscommittee.org

## CERTIFICATE OF SERVICE

I, Maya A. Brodziak, hereby certify that a true copy of this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 24, 2026.

                                                  */s/ Maya A. Brodziak*
                                                  Maya A. Brodziak (BBO # 696480)
                                                  Lawyers Committee for Civil Rights Under Law
                                                  1500 K Street NW, Suite 900
                                                  Washington, DC 20005
                                                  Telephone: (202) 662-8339
                                                  mbrodziak@lawyerscommittee.org