UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>LINDA MCMAHON, et al., )<br>)<br>*Defendants*. ) | Case No.: 25-CV-13242-MJJ |

## DECLARATION OF MICHAEL J. PILLERA

I, Michael J. Pillera pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am a licensed attorney with the Lawyers' Committee for Civil Rights Under Law. My address is 1500 K Street NW, Suite 900, Washington, D.C. 20005. My work phone number is (202) 662-8338.

2. I am admitted to practice law in Florida (Bar No. 92963), Maryland (Bar No. 2504221010), and the District of Columbia (Bar No. 90037380).

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice law including the State of Florida (Bar No. 92963), Maryland (Bar No. 2504221010), and the District of Columbia (Bar No. 90037380); the United States Courts of Appeal for the Tenth District; and the United States District Courts for the Southern District of Florida and the District of Maryland.

4. I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or

disbarment by any court.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2026

Respectfully submitted,

*/s/ Michael J. Pillera*
Michael J. Pillera
Lawyers Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8338
mpillera@lawyerscommittee.org