UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATIONAL COUNCIL OF NONPROFITS, et al.,**  *Plaintiffs*, v. **LINDA MCMAHON, et al.,**  *Defendants*. | Case No.: 25-CV-13242-MJJ |

### DECLARATION OF SUMAYYA SALEH

I, Sumayya Saleh pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am a licensed attorney with the Lawyers' Committee for Civil Rights Under Law. My address is 1500 K Street NW, Suite 900, Washington, D.C. 20005. My work phone number is (202) 662-8324.

2. I am admitted to practice law in Illinois (Bar No. 1743437), Florida (Bar No. 0119372), and the District of Columbia (Bar No. 1743437).

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice law including the State of Illinois (Bar No. 1743437), Florida (Bar No. 0119372), and the District of Columbia (Bar No. 1743437); the United States Courts of Appeal for the Third, Fifth, and Eleventh Districts; and the United States District Courts for the Northern District of Florida, the Western District of Pennsylvania, and the District of Columbia.

4. I am not, nor have I ever been, subject to any disciplinary proceedings in any

1

jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2026

Respectfully submitted,

*/s/ Sumayya Saleh*
Sumayya Saleh
Lawyers Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8324
ssaleh@lawyerscommittee.org