UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATIONAL COUNCIL OF NONPROFITS, et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**LINDA MCMAHON, et al.,**<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 25-CV-13242-MJJ<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF FREYA JAMISON

I, Freya Jamison, pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am a licensed attorney with the Lawyers' Committee for Civil Rights Under Law. My address is 1500 K Street NW, Suite 900, Washington, D.C. 20005. My work phone number is (202) 662-8377.

2. I am admitted to practice law in New York (Bar No. 5931399).

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice law including the State of New York (Bar No. 5931399), the United States Courts of Appeal for the Second, Fifth, Ninth, and Tenth Circuits, and the United States District Court for the Southern District of New York.

4. I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

5. I have not previously had a *pro hac vice* admission to this court (or other

1

admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2026

Respectfully submitted,

*/s/ Freya Jamison*
Freya Jamison
Lawyers Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8377
fjamison@lawyerscommittee.org