## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **NATIONAL COUNCIL OF NONPROFITS, et al.,** | ) | |
| | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 25-CV-13242-MJJ |
| | ) | |
| **LINDA MCMAHON, et al.,** | ) | |
| | ) | |
| *Defendants*. | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF CHAVIS JONES

COMES NOW Maya A. Brodziak, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission *pro hac vice* in this case of Chavis Jones as counsel for *amici curae* the Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union.

Chavis Jones is a licensed attorney with the Lawyers' Committee for Civil Rights Under Law. Mr. Jones is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; he has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Maya A. Brodziak requests that Chavis Jones be granted leave to appear and practice *pro hac vice* on behalf of *amici curae* the Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union in the above-captioned matter.

1

Date: February 24, 2026                    Respectfully submitted,

_/s/ Maya A. Brodziak_
Maya A. Brodziak (BBO # 696480)
Lawyers Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8339
mbrodziak@lawyerscommittee.org

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for amici curaie conferred with counsel for Plaintiffs and counsel for Defendants, who assented to the relief requested herein.

> /s/ Maya A. Brodziak
> Maya A. Brodziak (BBO # 696480)
> Lawyers Committee for Civil Rights
> Under Law
> 1500 K Street NW, Suite 900
> Washington, DC 20005
> Telephone: (202) 662-8339
> mbrodziak@lawyerscommittee.org

**CERTIFICATE OF SERVICE**

I, Maya A. Brodziak, hereby certify that a true copy of this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 24, 2026.

> /s/ Maya A. Brodziak
> Maya A. Brodziak (BBO # 696480)
> Lawyers Committee for Civil Rights
> Under Law
> 1500 K Street NW, Suite 900
> Washington, DC 20005
> Telephone: (202) 662-8339
> mbrodziak@lawyerscommittee.org