UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) Case No.: 25-CV-13242-MJJ ) |
| LINDA MCMAHON, et al., | ) ) ) |
| *Defendants*. | ) |

**DECLARATION OF CHAVIS JONES**

I, Chavis Jones pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am a licensed attorney with the Lawyers' Committee for Civil Rights Under Law. My address is 1500 K Street NW, Suite 900, Washington, D.C. 20005. My work phone number is (202) 662-8358.

2. I am admitted to practice law in the District of Columbia (Bar No. 1739219).

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice law including the State of the District of Columbia (Bar No. 1739219) and the U.S. District Court for the District of Columbia.

4. I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2026            Respectfully submitted,

*/s/ Chavis Jones*
Chavis Jones
Lawyers Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8358
cjones@lawyerscommittee.org