AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-CV-13242-MJJ |
| LINDA MCMAHON, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

amici curiae Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union     .

Date:   02/26/2026

/s/ Freya Jamison
*Attorney's signature*

/s/ Freya Jamison, NY Bar No. 5931399
*Printed name and bar number*

1500 K Street, N.W., Suite 900
Washington, DC 20005
*Address*

fjamison@lawyerscommittee.org
*E-mail address*

(202) 662-8377
*Telephone number*

*FAX number*