AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al.,<br>*Plaintiff*<br>v.<br>LINDA MCMAHON, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  25-CV-13242-MJJ |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

amici curiae Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union       .

Date:   02/26/2026

/s/ Sumayya Saleh
*Attorney's signature*

/s/ Sumayya Saleh, DC Bar No. 1743437
*Printed name and bar number*

1500 K Street, N.W., Suite 900
Washington, DC 20005
*Address*

ssaleh@lawyerscommittee.org
*E-mail address*

(202) 662-8324
*Telephone number*

*FAX number*