# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, CITY OF BOSTON, CITY OF ALBUQUERQUE, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, AMICA CENTER FOR IMMIGRANT RIGHTS, COALITION FOR HUMANE IMMIGRANT RIGHTS, LEGAL AID SOCIETY OF THE DISTRICT OF COLUMBIA, OASIS LEGAL SERVICES, AMERICAN FEDERATION OF TEACHERS, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, NATIONAL EDUCATION ASSOCIATION, and NATIONAL ASSOCIATION OF SOCIAL WORKERS, | |
| *Plaintiffs,* | |
| v. | Civil Action No. 25-cv-13242-MJJ |
| LINDA MCMAHON, in her official capacity as SECRETARY OF EDUCATION<br>400 Maryland Avenue SW<br>Washington, D.C. 20202 | |
| and | |
| DEPARTMENT OF EDUCATION<br>400 Maryland Avenue SW<br>Washington, D.C. 20202 | |
| *Defendants.* | |

## MOTION FOR ADMISSION OF ROBIN THURSTON
### *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Plaintiffs move for the *pro hac vice* admission of attorney Robin Thurston as counsel for Plaintiffs in the above-titled action. This motion is supported by the Declaration of Robin Thurston, filed herewith.

Ms. Thurston is admitted to practice law with the bars of the District of Columbia, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Eighth Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, the U.S. District Court for the District of Maryland, the U.S. District Court for the District of Columbia, and the Supreme Court of the United States. As set forth in Ms. Thurston's declaration, she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

This motion is supported and signed by Persis Yu, an active and sponsoring member of the Bar of this Court.

Dated: February 27, 2025						Respectfully submitted,

/s/ *Persis Yu*
Persis Yu (BBO #685951)
PROTECT BORROWERS (a fiscally sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, DC 20036
Phone: (202) 618-1328
persis@protectborrowers.org

*Counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers*

**CERTIFICATE OF SERVICE**

  I, Persis Yu, hereby certify that on February 27, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

| | |
|---|---|
| Dated: February 27, 2026 | /s/ *Persis Yu* <br> Persis Yu |