# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, CITY OF BOSTON, CITY OF ALBUQUERQUE, CITY OF CHICAGO, CITY AND COUNTY OF SAN FRANCISCO, COUNTY OF SANTA CLARA, AMICA CENTER FOR IMMIGRANT RIGHTS, COALITION FOR HUMANE IMMIGRANT RIGHTS, LEGAL AID SOCIETY OF THE DISTRICT OF COLUMBIA, OASIS LEGAL SERVICES, AMERICAN FEDERATION OF TEACHERS, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, NATIONAL EDUCATION ASSOCIATION, and NATIONAL ASSOCIATION OF SOCIAL WORKERS, <br><br>              *Plaintiffs,* <br><br>     v. <br><br> LINDA MCMAHON, in her official capacity as SECRETARY OF EDUCATION <br> 400 Maryland Avenue SW <br> Washington, D.C. 20202 <br><br>              and <br><br> DEPARTMENT OF EDUCATION <br> 400 Maryland Avenue SW <br> Washington, D.C. 20202 <br><br>              *Defendants.* | Civil Action No. 1:25-cv-13242-MJJ |

**DECLARATION OF ROBIN THURSTON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Robin Thurston, hereby certify and state:

1. I am a Legal Director at Democracy Forward Foundation.

2. My business address is P.O. Box 34553, Washington, D.C. 20043. My business telephone number is 202-448-9090. My business fax is 202-796-4426. My email address is rthurston@democracyforward.org.

3. I am a member in good standing of the bars of the District of Columbia, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Eighth Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, the U.S. District Court for the District of Maryland, the U.S. District Court for the District of Columbia, and the Supreme Court of the United States. I have no pending disciplinary proceedings against me in any jurisdiction.

4. I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2025

Respectfully submitted,

/s/ *Robin Thurston*
Robin Thurston
(DC Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043 Telephone:
202-448-9090; Facsimile: 202-796-4426
Email: rthurston@democracyforward.org

*Counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers*