AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| National Council of Nonprofits, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   1:25-cv-13242 |
| Linda McMahon and the U.S. Dept. of Education, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

please see page 2 for list of all amici                                                                    .

Date:      03/2/2026

*Attorney's signature*

Hannah Klaus, Pro Hac Vice
*Printed name and bar number*

136 East Rosemary Street, Suite 500
Chapel Hill, NC 27514

*Address*

hklaus@selc.org
*E-mail address*

(919) 967-1450
*Telephone number*

*FAX number*

List of Plaintiffs:

Chesapeake Bay Foundation
CleanAIRE NC
Conservation Law Foundation, Inc.
Dogwood Alliance
Earthjustice
Georgia Interfaith Power & Light
Greater Greener Gloster Project
MDC
MountainTrue
Natural Resources Defense Council
North Carolina Justice Center
Organized Uplifting Resources & Strategies
Protect Our Aquifer
Southern Alliance for Clean Energy
Southern Coalition for Social Justice
Southern Environmental Law Center
Waterkeeper Alliance

**CERTIFICATE OF SERVICE**

I, Hannah Klaus, certify that this document was filed through the CM/ECF system on March 2, 2026, and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Hannah Klaus*
Hannah Klaus