AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

District of Massachusetts

| | | |
|---|---|---|
| National Council of Nonprofits, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-13242 |
| Linda McMahon and the U.S. Dept. of Education, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

please see page 2 for list of all amici                                                                                                .

Date:     03/3/2026

_____
*Attorney's signature*

Austin D. Gerken, Jr., Pro Hac Vice
*Printed name and bar number*

120 Garrett Street, Suite 400
Charlottesville, VA 22902

_____
*Address*

djgerken@selc.org
*E-mail address*

(434) 977-4090
*Telephone number*

_____
*FAX number*

List of Plaintiffs:

Chesapeake Bay Foundation
CleanAIRE NC
Conservation Law Foundation, Inc.
Dogwood Alliance
Earthjustice
Georgia Interfaith Power & Light
Greater Greener Gloster Project
MDC
MountainTrue
Natural Resources Defense Council
North Carolina Justice Center
Organized Uplifting Resources & Strategies
Protect Our Aquifer
Southern Alliance for Clean Energy
Southern Coalition for Social Justice
Southern Environmental Law Center
Waterkeeper Alliance

## CERTIFICATE OF SERVICE

I, Austin D. Gerken, Jr., certify that this document was filed through the CM/ECF system on March 3, 2026, and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ D.J. Gerken
Austin D. Gerken, Jr.