UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATIONAL COUNCIL OF NONPROFITS, et al.,** | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) Case No.: 25-CV-13242-MJJ ) |
| **LINDA MCMAHON, et al.,** | ) ) ) |
| *Defendants*. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF LEAH WATSON**

COMES NOW Maya A. Brodziak, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission *pro hac vice* in this case of Leah Watson as counsel for *amici curiae* the Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union.

Leah Watson is a licensed attorney with the American Civil Liberties Union Foundation. Ms. Watson is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; she has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and she has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Maya A. Brodziak requests that Leah Watson be granted leave to appear and practice *pro hac vice* on behalf of *amici curiae* the Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union in the above-captioned matter.

Date: March 4, 2026

Respectfully submitted,

*/s/ Maya A. Brodziak*
Maya A. Brodziak (BBO # 696480)
Lawyers Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8339
mbrodziak@lawyerscommittee.org

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for *amici curiae* conferred with counsel for Plaintiffs and counsel for Defendants, who assented to the relief requested herein.

>*/s/ Maya A. Brodziak*
>Maya A. Brodziak (BBO # 696480)
>Lawyers Committee for Civil Rights
>Under Law
>1500 K Street NW, Suite 900
>Washington, DC 20005
>Telephone: (202) 662-8339
>mbrodziak@lawyerscommittee.org

**CERTIFICATE OF SERVICE**

I, Maya A. Brodziak, hereby certify that a true copy of this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 4, 2026.

>*/s/ Maya A. Brodziak*
>Maya A. Brodziak (BBO # 696480)
>Lawyers Committee for Civil Rights
>Under Law
>1500 K Street NW, Suite 900
>Washington, DC 20005
>Telephone: (202) 662-8339
>mbrodziak@lawyerscommittee.org