UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATIONAL COUNCIL OF NONPROFITS, et al.,**   *Plaintiffs*,  v.  **LINDA MCMAHON, et al.,**   *Defendants*. | )<br>)<br>)<br>)<br>)<br>) Case No.: 25-CV-13242-MJJ<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF LEAH WATSON

I, Leah Watson pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am a licensed attorney with the American Civil Liberties Union Foundation. My address is 125 Broad St., 18th Fl., New York, NY 10004. My work phone number is (212) 519-7855.

2. I am admitted to practice law in the District of Columbia (Bar No. 1010886) and New York State (Bar No. 6168058).

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice law including the District of Columbia (Bar No. 1010886) and New York State (Bar No. 6168058); the United States Courts of Appeal for the First, Tenth, and Eleventh Circuits; and the United States District Court for the District of Maryland.

4. I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 4, 2026

Respectfully submitted,

*/s/ Leah Watson*
Leah Watson
American Civil Liberties Union Foundation
125 Broad St., 18th Fl.
New York, NY 10004
Telephone: (212) 519-7855
LWatson@aclu.org