UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA MCMAHAN, et al.,<br><br>*Defendants*. | Case No. 25-cv-13242-MJJ |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Tayryn Edwards respectfully withdraws her appearance as counsel for the County of Santa Clara in the above-captioned case. Attorneys Kavita Narayan, Meredith Johnson, Laura Trice and others will continue to serve as counsel for the County.

Dated: March 4, 2026

Respectfully submitted,

TONY LOPRESTI
COUNTY COUNSEL

By: /s/ *Tayryn Edwards*
TAYRYN EDWARDS
Deputy County Counsel
Attorneys for County of Santa Clara

Office of the County Counsel
70 West Hedding Street, East-Wing, 9th Floor
San Jose, California 95110
(669) 649-3837
Tayryn.Edwards@cco.sccgov.org

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CERTIFICATE OF SERVICE**

*National Council Of Nonprofits, et al. v. Linda McMahan, et al.*   Case No. 25-cv-13242-MJJ

I, Linda Ramos, hereby certify that on **March 4, 2026**, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Massachusetts by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made

/s/ *Linda Ramos*
Linda Ramos