AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-CV-13242-MJJ |
| LINDA MCMAHON, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

amici curiae Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union.

Date:     03/05/2026

/s/ Leah Watson
*Attorney's signature*

Leah Watson, NY Bar No. 6168058
*Printed name and bar number*

125 Broad Street, 18th Floor
New York, NY 10004
*Address*

LWatson@aclu.org
*E-mail address*

(212) 519-7855
*Telephone number*

*FAX number*

## CERTIFICATE OF SERVICE

      I, Leah Watson, hereby certify that a true copy of this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 5, 2026.

      Respectfully submitted,

      */s/ Leah Watson*
      Leah Watson
      American Civil Liberties Union Foundation
      125 Broad St., 18th Fl.
      New York, NY 10004
      Telephone: (212) 519-7855
      LWatson@aclu.org