AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| NATIONAL COUNCIL OF NONPROFITS, et al., *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 25-CV-13242-MJJ |
| LINDA MCMAHON, et al., *Defendant* | ) ) ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

amici curiae Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union.

Date: 03/09/2026

/s/ Adria Bonillas
*Attorney's signature*

/s/ Adria Bonillas, DC Bar No. 90023969
*Printed name and bar number*

1500 K Street, N.W., Suite 900
Washington, DC 20005
*Address*

abonillas@lawyerscommittee.org
*E-mail address*

(202) 662-8317
*Telephone number*

*FAX number*