IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>LINDA MCMAHON, *et al.*,<br>　　　　　　　　　　*Defendants*. | Case No. 25-cv-13242-MJJ |
| MASSACHUSETTS, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br>　　　　　　　　　　*Defendants*. | Case No. 25-cv-13244-MJJ |

**[PROPOSED] ORDER**

The Court, having fully considered the Parties' cross-motions, HEREBY ORDERS that Plaintiffs' Motion for Summary Judgment is DENIED and Defendants' Cross-Motion to Dismiss, or in the Alternative for Summary Judgment is GRANTED.  Final judgment is entered for Defendants on all counts.

IT IS SO ORDERED, this _____ day of _____, 2026.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Myong J. Joun
　　　　　　　　　　　　　　　　　　　　United States District Judge