**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

NATIONAL COUNCIL OF NONPROFITS,
et al.,

*Plaintiffs*,

v.

LINDA MCMAHON, et al.,
*Defendants*.

Case No. 25-cv-13242-MJJ

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that David S. Nahmias respectfully withdraws his appearance as counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers in the above-captioned case. Attorneys Persis Yu, Winston Berkman-Breen, Khandice Lofton, Jennifer Connolly, Victoria Nugent, Sarah Goetz, and Simon Brewer will continue to serve as counsel for those Plaintiffs.

Respectfully submitted,
*/s/ David S. Nahmias*

Persis Yu (BBO #685951)
PROTECT BORROWERS
(a fiscally sponsored project of the
Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, DC 20036
Phone: (202) 618-1328
persis@protectborrowers.org

R. T. Winston Berkman-Breen*
David S. Nahmias*

Khandice Lofton*
PROTECT BORROWERS
(a fiscally sponsored project of the
Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
winston@protectborrowers.org
david.nahmias@protectborrowers.org
khandice@protectborrowers.org

*Counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers*

\* Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I, David S. Nahmias, hereby certify that on March 30, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: March 30, 2026                         */s/ David S. Nahmias*
                                              David S. Nahmias