**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, et al.,<br><br>Defendants. | Case No.: 1:25-cv-13242-MJJ |

## <u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Rule 83.5.2(c), I, Maya Brodziak, respectfully request that the Court grant leave to withdraw my appearance as counsel for amici curiae Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union in the above-captioned matter. My employment with Lawyers' Committee for Civil Rights Under Law ends on May 8, 2026. Attorneys Pillera, Saleh, Bonillas, and Jamison from the Lawyers' Committee for Civil Rights Under Law and Attorney Watson from the American Civil Liberties Union have all previously entered appearances in this case and will remain as counsel for amici curiae the Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union.

Dated: May 7, 2026

Respectfully submitted,

*/s/ Maya Brodziak*
Maya Brodziak
D.C. Bar No. 90030856
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
mbrodziak@lawyerscommittee.org

1

**CERTIFICATE OF SERVICE**

I, Maya Brodziak, hereby certify that on May 7, 2026, I filed the foregoing with the Clerk of Court for the United States District Court for the District of Massachusetts by using the Court's CM/ECF system. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ Maya Brodziak
Maya Brodziak
D.C. Bar No. 90030856
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
mbrodziak@lawyerscommittee.org