# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

<table>
<tr><td>

**National Council of Nonprofits** et al.,

    *Plaintiffs,*

v.

**Linda McMahon** et al.,

    *Defendants*.

</td><td>

**Case No. 25-cv-13242-MJJ**

</td></tr>
</table>

### PLAINTIFFS' UNOPPOSED MOTION TO PROVIDE REMOTE PUBLIC ACCESS FOR HEARING ON JUNE 3, 2026

Plaintiffs respectfully request that this Court authorize a public audio-only call-in line (or Zoom link) for the upcoming June 3, 2026, hearing on the parties' cross-motions for summary judgment. *See* Doc. No. 115. Undersigned counsel conferred with counsel for Defendants, as well as counsel for the State plaintiffs in *Massachusetts v. U.S. Department of Education*, No. 25-cv-12344 (D. Mass.), regarding this request. Defendants' counsel indicated that Defendants do not oppose Plaintiffs' motion, and counsel for the State plaintiffs indicated that the States consent to this motion.

Plaintiffs National Council of Nonprofits; Amica Center for Immigrant Rights; Coalition for Humane Immigrant Rights; Legal Aid Society of the District of Columbia; Oasis Legal Services; American Federation of Teachers; American Federation of State, County and Municipal Employees; National Education Association; and National Association of Social Workers are non-profit organizations that employ and/or count as members many individuals located across the country with a profound interest in the legality of the Public Service Loan Forgiveness rule at

issue in this litigation. Similarly, Plaintiffs City of Boston, City of Albuquerque, City of Chicago, City and County of San Francisco, and County of Santa Clara are local governments located in four different States with employees who share the same interest in the rule's legality.  A teleconference line would allow Plaintiffs' employees and members, as well as other members of the public interested in the final rule for whom in-person attendance may not be feasible, to access these proceedings.

Plaintiffs accordingly request that the Court make available a public audio call-in line (or Zoom link) through which Plaintiffs' staff and clients and interested members of the public may listen to the June 3, 2026, hearing.

Dated: May 15, 2026

Respectfully submitted,

/s/ Simon C. Brewer

Sarah Goetz*
Jennifer Fountain Connolly*
Victoria S. Nugent*
Simon C. Brewer*
Robin F. Thurston*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
sgoetz@democracyforward.org
jconnolly@democracyforward.org
vnugent@democracyforward.org
sbrewer@democracyforward.org
rthurston@democracyforward.org

Persis Yu (BBO #685951)
PROTECT BORROWERS (a fiscally sponsored
project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, DC 20036
Phone: (202) 618-1328
persis@protectborrowers.org


R. T. Winston Berkman-Breen*
Khandice Lofton*
PROTECT BORROWERS (a fiscally sponsored
project of the Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
winston@protectborrowers.org
khandice@protectborrowers.org

*Counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City
of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights,
Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of*

*Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers*

\* Admitted pro hac vice
David Chiu\*
*City Attorney*
Yvonne R. Meré\*
*Chief Deputy City Attorney*
Mollie M. Lee\*
*Chief of Strategic Advocacy*
Molly J. Alarcon\*
Sophia L. Cai\*
*Deputy City Attorneys*
CITY AND COUNTY OF SAN FRANCISCO
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102
Phone: (415) 554-4274
Cityattorney@sfcityatty.org
Yvonne.Mere@sfcityatty.org
Mollie.Lee@sfcityatty.org
Molly.Alarcon@sfcityatty.org
Sophia.Cai@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

\* Admitted pro hac vice

Tony LoPresti\*
*County Counsel*
Kavita Narayan\*
*Chief Assistant County Counsel*
Meredith A. Johnson\*
*Lead Deputy County Counsel*
Laura S. Trice\*
*Deputy County Counsel*
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, Ninth Floor
San José, CA 95110-1770
Phone: (408) 299-5900
Fax: (408) 292-7240
Tony.LoPresti@cco.sccgov.org
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Laura.Trice@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

**LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that undersigned counsel conferred with counsel for the Defendants and counsel for the State plaintiffs in *Massachusetts v. U.S. Department of Education*, No. 25-cv-12344 (D. Mass.), prior to filing this motion. Defendants' counsel indicated that Defendants do not oppose Plaintiffs' motion, and counsel for the State plaintiffs indicated that the States consent to this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that May 15, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: May 15, 2026                    */s/ Simon C. Brewer*

                                       Simon C. Brewer