# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**National Council of Nonprofits** et al.,

    *Plaintiffs*,

v.

**Linda McMahon** et al.,

    *Defendants*.

**Case No. 25-cv-13242-MJJ**

## [PROPOSED] ORDER

The Court has considered the Plaintiffs' motion, filed on May 15, 2026, to provide remote public access for the hearing scheduled for June 3, 2026. It is hereby

**ORDERED** that a public-access line shall be provided for the hearing.

Dated: _____, 2026

_____

Judge Myong J. Joun
United States District Judge