**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL COUNCIL<br>OF NONPROFITS, et al.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>LINDA MCMAHON, et al.,<br><br>    *Defendants.* | Case No. 25-cv-13242-MJJ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Khandice Lofton respectfully withdraws her appearance as counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers in the above-captioned case. Attorneys Persis Yu, Winston Berkman-Breen, Jennifer Connolly, Victoria Nugent, Sarah Goetz, and Simon Brewer will continue to serve as counsel for those Plaintiffs.

Dated: May 27, 2026

        Respectfully submitted,
        /s/ *Khandice Lofton*

        Persis Yu (BBO #685951)
        PROTECT BORROWERS
        (a fiscally sponsored project of the
        Shared Ascent Fund)
        1025 Connecticut Ave NW, #717
        Washington, DC 20036
        Phone: (202) 618-1328
        persis@protectborrowers.org

R. T. Winston Berkman-Breen*
Khandice Lofton*
PROTECT BORROWERS
(a fiscally sponsored project of the
Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
winston@protectborrowers.org
khandice@protectborrowers.org

*Counsel for Plaintiffs National Council of
Nonprofits, City of Boston, City of
Albuquerque, City of Chicago, Amica
Center for Immigrant Rights, Coalition for
Humane Immigrant Rights, Legal Aid
Society of the District of Columbia, Oasis
Legal Services, American Federation of
Teachers, American Federation of State,
County and Municipal Employees, National
Education Association, and National
Association of Social Workers*

* Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I, Khandice Lofton, hereby certify that on May 27, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

Dated: May 27, 2026

*/s/ Khandice Lofton*
Khandice Lofton