**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA MCMAHON, et al., <br><br> Defendants. | Case No.: 1:25-cv-13242-MJJ |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5.2(c)(1), I, Sumayya Saleh, respectfully request that the Court grant leave to withdraw my appearance as counsel for amici curiae Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union in the above-captioned matter. My employment with Lawyers' Committee for Civil Rights Under Law will be ending on June 12, 2026. Attorneys Pillera, Bonillas, and Jamison from Lawyers' Committee for Civil Rights Under Law and Attorney Watson from American Civil Liberties Union have all previously entered appearances in this case and will remain as counsel for amici curiae Lawyers' Committee for Civil Rights Under Law and American Civil Liberties Union.

Dated: June 11, 2026

Respectfully submitted,

*/s/ Sumayya Saleh*
Sumayya Saleh
D.C. Bar No. 1743437
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
ssaleh@lawyerscommittee.org

1

## CERTIFICATE OF SERVICE

I, Sumayya Saleh, hereby certify that on June 11, 2026, I filed the foregoing with the

Clerk of Court for the United States District Court for the District of Massachusetts by using the

Court's CM/ECF system. I hereby certify that I have served all parties electronically or by

another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ Sumayya Saleh
Sumayya Saleh
D.C. Bar No. 1743437
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
ssaleh@lawyerscommittee.org