**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **National Council of Nonprofits** et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> **Linda McMahon** et al., <br><br> *Defendants*. | **Case No. 25-cv-13242-MJJ** |
| **Commonwealth of Massachusetts** et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> **U.S. Department of Education** et al., <br><br> *Defendants*. | **Case No. 25-cv-13244-MJJ** |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs in these related cases file this notice of supplemental authority to alert the Court to a Federal Register notice published Thursday, June 18, 2026, by the Department of Education. *See* Agency Information Collection Activities; Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification and Application, 91 Fed. Reg. 36812 (June 18, 2026) (attached). Through the notice, the Department "is requesting an emergency clearance" under the Paperwork Reduction Act to update the relevant PSLF certification forms "to include

an attestation, under penalty of perjury, that the employer has not engaged in any activity that has a substantial illegal purpose on or after July 1, 2026." *Id.* The notice underscores the imminence with which the Final Rule challenged in this case will take effect, and it reinforces Plaintiffs' arguments that they have demonstrated Article III standing and that the dispute is ripe for adjudication.

Plaintiffs respectfully renew their request that the Court grant their pending motions for summary judgment before July 1 to ensure that student-loan borrowers and PSLF-qualifying employers are not subjected to the unlawful certification requirement.

Dated: June 22, 2026                                    Respectfully submitted,

/s/ Sarah R. Goetz

Sarah Goetz*                                            Persis Yu (BBO #685951)
Jennifer Fountain Connolly*                             PROTECT BORROWERS (a fiscally sponsored
Victoria S. Nugent*                                     project of the Shared Ascent Fund)
Simon C. Brewer*                                        1025 Connecticut Ave NW, #717
Robin F. Thurston*                                      Washington, DC 20036
DEMOCRACY FORWARD FOUNDATION                            Phone: (202) 618-1328
P.O. Box 34553                                          persis@protectborrowers.org
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426                                     R. T. Winston Berkman-Breen*
sgoetz@democracyforward.org                             PROTECT BORROWERS (a fiscally sponsored
jconnolly@democracyforward.org                          project of the Shared Ascent Fund)
vnugent@democracyforward.org                            40 Rector Street, 9th Floor
sbrewer@democracyforward.org                            New York, NY 10006
rthurston@democracyforward.org                          winston@protectborrowers.org

*Counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers*

* Admitted pro hac vice

David Chiu*
*City Attorney*
Yvonne R. Meré*
*Chief Deputy City Attorney*
Mollie M. Lee*
*Chief of Strategic Advocacy*
Molly J. Alarcon*
Sophia L. Cai*
*Deputy City Attorneys*
CITY AND COUNTY OF SAN FRANCISCO
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102
Phone: (415) 554-4274
Cityattorney@sfcityatty.org
Yvonne.Mere@sfcityatty.org
Mollie.Lee@sfcityatty.org
Molly.Alarcon@sfcityatty.org
Sophia.Cai@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

* Admitted pro hac vice

Tony LoPresti*
*County Counsel*
Kavita Narayan*
*Chief Assistant County Counsel*
Meredith A. Johnson*
*Lead Deputy County Counsel*
Laura S. Trice*
*Deputy County Counsel*
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, Ninth Floor
San José, CA 95110-1770
Phone: (408) 299-5900
Fax: (408) 292-7240
Tony.LoPresti@cco.sccgov.org
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Laura.Trice@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

**ANDREA JOY CAMPBELL**
  Attorney General of Massachusetts


By: */s/ Victoria Roytenberg*
Victoria Roytenberg, BBO No. 685283
  *Assistant Attorney General*
Michael Turi, BBO No. 706205
  *Deputy Chief, Consumer Protection*
  *Division*
Yael Shavit, BBO No. 695333
  *Chief, Consumer Protection Division*
Office of the Attorney General
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2387
victoria.roytenberg@mass.gov
michael.turi@mass.gov
yael.shavit@mass.gov


*Attorneys for the Commonwealth of Massachusetts*



**PHILIP J. WEISER**
  Attorney General of Colorado


By: */s/ Martha U. Fulford*
Martha Upton Fulford*
  *Assistant Deputy Attorney General*
Sam Wolter*
  *Assistant Attorney General*
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
720-508-6000
Martha.fulford@coag.gov
Samuel.wolter@coag.gov


*Attorneys for the State of Colorado*

**LETITIA JAMES**
  Attorney General of New York


By: */s/ Jessica Ranucci*
Jessica Ranucci*
  *Special Counsel*
Shanna Tallarico*
  *Assistant Attorney General*
28 Liberty Street
New York, NY 10005
(929) 736-3392
jessica.ranucci@ag.ny.gov
shanna.tallarico@ag.ny.gov


*Attorneys for the State of New York*



**ROB BONTA**
  Attorney General for the State of
  California


By: */s/ Daniel A. Osborn*
Nicklas A. Akers, BBO No. 671415
  *Senior Assistant Attorney General*
Bernard A. Eskandari*
  *Supervising Deputy Attorney General*
Daniel A. Osborn*
Caroline E. Wilson*
  *Deputy Attorneys General*
1300 I Street
Sacramento, CA 95814
Nicklas.Akers@doj.ca.gov
Bernard.Eskandari@doj.ca.gov
Daniel.Osborn@doj.ca.gov
Callie.Wilson@doj.ca.gov

4

*Attorneys for the People of the State of California*

**KRISTIN K. MAYES**
  Attorney General of Arizona

By: */s/ Kathryn E. Boughton*
Kathryn E. Boughton*
  *Assistant Attorney General*
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Kathryn.Boughton@azag.gov
ACL@azag.gov

*Attorney for the State of Arizona*

**KATHLEEN JENNINGS**
  Attorney General of the State of Delaware

By: */s/ Vanessa L. Kassab*
Ian R. Liston*
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

**ANNE E. LOPEZ**
  Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*

**WILLIAM TONG**
  Attorney General of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold*
  *Solicitor General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.skold@ct.gov

*Attorney for the State of Connecticut*

**BRIAN L. SCHWALB**
  Attorney General for the District of Columbia

By: */s/ Lindsay Marks*
Lindsay Marks*
  *Assistant Attorney General*
  *Public Advocacy Division*
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
(202) 724-6649
lindsay.marks@dc.gov

*Attorney for the District of Columbia*

**KWAME RAOUL**
  Attorney General of Illinois

By: */s/ Katharine Roller*

5

David D. Day*
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*

**AARON M. FREY**
  Attorney General for the State of Maine

By: */s/ Christina M. Moylan*
Christina M. Moylan*
  *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
Fax:  207-287-3145
christina.moylan@maine.gov

*Attorney for the State of Maine*

**DANA NESSEL**
  Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Daniel Ping*
  *Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov

Katharine Roller*
  *Complex Litigation Counsel*
Sarah J. Gallo*
  *Ethics Unit Supervisor*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 519-1842
Katharine.roller@ilag.gov
Sarah.gallo@ilag.gov

*Attorneys for the State of Illinois*

**ANTHONY G. BROWN**
  Attorney General of Maryland

By: */s/ Keith M. Jamieson*
Keith M. Jamieson*
  *Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6960
kjamieson@oag.state.md.us

*Attorney for the State of Maryland*

**KEITH ELLISON**
  Attorney General of Minnesota

By: */s/ Adam Welle*
Adam Welle*
  *Assistant Attorney General*
445 Minnesota Street, Suite 800
St. Paul, MN 55101
(651) 757-1425
Adam.welle@ag.state.mn.us

*Attorney for the State of Minnesota*

6

PingD@michigan.gov

*Attorneys for the State of Michigan*

**AARON D. FORD**
  Attorney General of Nevada

By: */s/ K. Brunetti Ireland*
K. Brunetti Ireland*
  *Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Attorney for the State of Nevada*

**JENNIFER DAVENPORT**
  Acting Attorney General of New Jersey

By: */s/ Andrew H. Yang*
Andrew H. Yang**
  *Deputy Attorney General*
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5278
Andrew.Yang@law.njoag.gov

*Attorneys for the State of New Jersey*

**RAÚL TORREZ**
  Attorney General of the State of New
  Mexico

By: */s/ Olivia den Dulk*
Olivia den Dulk*
  *Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
odendulk@nmdoj.gov

*Attorney for the State of New Mexico*

**DAN RAYFIELD**
  Attorney General of Oregon

By: */s/ Leanne Hartmann*
Leanne Hartmann, BBO #667852
  *Senior Assistant Attorney General*
Kate E. Morrow*
  *Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Leanne.Hartmann@doj.oregon.gov
Kate.E.Morrow@doj.oregon.gov

*Attorneys for the State of Oregon*

**PETER F. NERONHA**
  Attorney General of Rhode Island

By: */s/ Chandana Pandurangi*

**CHARITY R. CLARK**
  Attorney General for the State of Vermont

7

Chandana Pandurangi*
 *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2806
cpandurangi@riag.ri.gov

*Attorney for the State of Rhode Island*


**JAY JONES**
 Attorney General of Virginia

By: */s/ Tillman J. Breckenridge*
Tillman J. Breckenridge**
 *Solicitor General*
Mikaela A. Phillips**
 *Assistant Solicitor General*
Office of the Attorney General
202 N. 9th Street
Richmond, Virginia 23219
Tel: (804) 786-2071
Fax: (804) 786-1991
solicitorgeneral@oag.state.va.us
mphillips@oag.state.va.us

*Attorneys for the Commonwealth of Virginia*

**JOSHUA L. KAUL**
 Attorney General of Wisconsin
By: */s/ Samuel T. Ward-Packard*
Samuel T. Ward-Packard*
 *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8938
samuel.ward-packard@wisdoj.gov

*Attorney for Plaintiff State of Wisconsin*


By: */s/ Ryan P. Kane*
Ryan P. Kane*
 *Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

*Attorney for the State of Vermont*


**NICHOLAS W. BROWN**
 Attorney General of Washington

By: */s/ Erica R. Franklin*
Erica R. Franklin*
Julia Doyle*
 *Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Erica.Franklin@atg.wa.gov
Julie.Doyle@atg.wa.gov

*Attorneys for the State of Washington*

*\* Admitted pro hac vice*                    *\*\* Pro hac vice forthcoming*

8

**CERTIFICATE OF SERVICE**

I hereby certify that June 22, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.


Dated: June 22, 2026                                    */s/ Sarah R. Goetz*

                                                        Sarah Goetz