will spend five hours for labeling and recordkeeping per prototype annually.

*Total Estimated Annual Burden:* Based on each mattress pad producer responding for three prototypes annually and each mattress producer responding for eight prototypes annually, the estimated annual burden for mattress pads subject to part 1632 is 1,200 hours (80 respondents × 3 responses per year × 5 hours per response = 1,200 hours per year), and the estimated annual burden for mattresses subject to 1632 is 16,120 hours (403 respondents × 8 responses per year × 5 hours per response = 16,120). For mattresses subject to part 1633, based on an average of eight different qualified prototypes, the total recordkeeping time is about 16,120 hours annually (403 respondents × 8 responses annually × 5 hours per responses = 16,120 hours).

*Total Estimated Annual Cost to Respondents:* The hourly compensation for the time required for record keeping for both parts 1632 and 1633 is estimated at $80.04 (U.S. Bureau of Labor Statistics, ''Employer Costs for Employee Compensation,'' December 2025, Total compensation of all management, professional, and related occupations in goods-producing industries: *https://www.bls.gov/ news.release/archives/ecec_ 03202026.htm*). At this rate, the annualized cost to the respondents would be $2,676,538 (33,440 hours × $80.04 = $2,676,537.60). Therefore, CPSC estimates the total cost of the information collection burden to respondents, for 16 CFR 1632 and 16 CFR 1633, is approximately $2.7 million, annually.

*Request for Comments:*

The Commission solicits written comments from all interested persons about the proposed collection of information. The Commission specifically solicits information relevant to the following topics:

• whether the collection of information described above is necessary for the proper performance of the Commission's functions, including whether the information would have practical utility;

• whether the estimated burden of the proposed collection of information is accurate;

• whether the quality, utility, and clarity of the information to be collected could be enhanced; and

• whether the burden imposed by the collection of information could be minimized by use of automated, electronic or other technological collection techniques, or other forms of information technology.

**Abioye Mosheim Oyewole,**

*Acting Secretary, Consumer Product Safety Commission.*

[FR Doc. 2026–12288 Filed 6–17–26; 8:45 am]

**BILLING CODE 6355–01–P**

---

# DEPARTMENT OF EDUCATION

**[Docket No.: ED–2025–SCC–2212]**

## Agency Information Collection Activities; Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification and Application

**AGENCY:** Federal Student Aid, Department of Education (ED).

**ACTION:** Notice.

**SUMMARY:** In accordance with the Paperwork Reduction Act of 1995, the Department is requesting the Office of Management and Budget (OMB) to conduct an emergency review of a revision of an approved information collection request (ICR).

**DATES:** The Department is requesting emergency processing and OMB approval for a revision of this information collection no later than June 26, 2026. The Department is revising the collection to incorporate updates which align with the One Big Beautiful Bill Act (OBBBA) which was signed into law on July 4, 2025. The Department will request public comments as part of a full clearance process following the emergency approval of this collection.

**FOR FURTHER INFORMATION CONTACT:** For specific questions related to collection activities, please contact Linnea Hengst, (202) 377–3165.

*Title of Collection:* Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification and Application.

*OMB Control Number:* 1845–0110.

*Type of Review:* An emergency revision of a currently approved ICR.

*Respondents/Affected Public:* Individuals and Households.

*Total Estimated Number of Annual Responses:* 913,713.

*Total Estimated Number of Annual Burden Hours:* 456,857.

*Abstract:* The Department of Education (Department) is requesting an emergency clearance for this revision of the information collection, 1845–0110. The Department will initiate the 60-day public comment period within 180 days of notification of emergency approval. Final Regulations published on October 31, 2025 (90 FR 48966), 34 CFR 685.219(i) require an update to the currently approved Public Service Loan Forgiveness Certification and Application, to comply with E.O. 14325, by revising the certification language to include an attestation, under penalty of perjury, that the employer has not engaged in any activity that has a substantial illegal purpose on or after July 1, 2026. The One Big Beautiful Bill Act (OBBA) signed into law on July 4, 2025 also made statutory changes that indirectly impact this collection by revising the loan repayment plans that qualify for the Public Service Loan Forgiveness Program, which are in effect July 1, 2026.

**Ross Santy,**

*Chief Data Officer, Office of Planning, Evaluation and Policy Development.*

[FR Doc. 2026–12319 Filed 6–17–26; 8:45 am]

**BILLING CODE 4000–01–P**

---

# DEPARTMENT OF EDUCATION

**[Docket No.: ED–2026–SCC–0595]**

## State Workforce Pell Program Certification; Correction

**AGENCY:** Department of Education (ED), Federal Student Aid (FSA).

**ACTION:** Correction Notice.

**SUMMARY:** On June 1, 2026, the U.S. Department of Education published a 30-day comment period notice in the **Federal Register** with FR DOC# 2026–10917 (91 FR 32396, page 32396–32397) seeking public comment for an information collection entitled, ''State Workforce Pell Program Certification.'' In the abstract section, the notice should be corrected from ''[t]his would be an optional form'' to ''[t]his would be a mandatory form''.

The PRA Coordinator, Office of the Chief Data Officer, Office of Planning, Evaluation and Policy Development, hereby issues a correction notice as required by the Paperwork Reduction Act of 1995.

**Ross Santy,**

*Chief Data Officer, Office of Planning, Evaluation and Policy Development.*

[FR Doc. 2026–12320 Filed 6–17–26; 8:45 am]

**BILLING CODE 4000–01–P**