UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**National Council of Nonprofits et al**

**v.**

**McMahon et al**


CIVIL ACTION NO. 1:25-13242-MJJ
1:25-cv-13244-MJJ


<u>ORDER OF DISMISSAL</u>


**JOUN, D.J.**

In accordance with the Court's Memorandum of Decision dated June 30, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.


June 30, 2026

/s/ Sophie Phillips
--------------------------
**Deputy Clerk**