**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: National Council of Nonprofits et al v. McMahon et al

District Court Number: 1:25-cv-13242-MJJ

Fee: Paid? Yes ____ No X Government filer X *In Forma Pauperis* Yes ____ No X

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No X | Sealed documents | Yes ____ No X |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No X | Transcripts | Yes X No ____ |
| *If yes, document #* | | *If yes, document #* | 125 |

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent X Other: ____

Appeal from:

ECF Nos. 127 Order, 128 Order Dismissing Case

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#127, #128, #129

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 129 filed on August 27, 2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 27, 2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/ Flaviana de Oliveira
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____________________

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**