# United States Court of Appeals
## For the First Circuit

---

No. 26-1972

NATIONAL COUNCIL OF NONPROFITS; CITY OF BOSTON; CITY OF ALBUQUERQUE; CITY OF CHICAGO,; AMICA CENTER FOR IMMIGRANT RIGHTS; COALITION FOR HUMANE IMMIGRANT RIGHTS; OASIS LEGAL SERVICES; AMERICAN FEDERATION OF TEACHERS; AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES; NATIONAL EDUCATION ASSOCIATION; NATIONAL ASSOCIATION OF SOCIAL WORKERS; LEGAL AID SOCIETY OF THE DISTRICT OF COLUMBIA; CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA,

Plaintiffs - Appellees,

v.

LINDA MARIE MCMAHON, in the official capacity as Secretary of Education; US DEPARTMENT OF EDUCATION,

Defendants - Appellants.

---

**MANDATE**

Entered: October 26, 2026

In accordance with the judgment of October 26, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
R. T. Winston Berkman-Breen
Simon Christopher Brewer
Sophia L. Cai
Jennifer Fountain Connolly
Abraham R. George
Sarah Goetz
Freya Jamison

Simon Gregory Jerome
Chavis Jones
Donald Campbell Lockhart
Tony Lofresti
Benjamin Marcus
Nathan Maxwell
Robert Michaels
Victoria S. Nugent
Michael Joseph Pillera
Thomas Pulham
Lauren Do-Hee Song
Robin F. Thurston
Laura Trice
Leah Watson
Persis S. Yu
Tobias E. Zimmerman