**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

NATIONAL COUNCIL OF NONPROFITS, *et al.*,

*Plaintiffs*,

v.

LINDA McMAHON, *et al.*,

*Defendants*.

Case No. 25-13242-MJJ

**PLAINTIFFS' MOTION FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

Plaintiffs National Council of Nonprofits, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, and Oasis Legal Services (collectively, "Eligible Plaintiffs") hereby move for their attorneys' fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $101,782.01 in attorneys' fees and $4,273.74 in expenses, as supported by the Declarations of the Eligible Plaintiffs and their counsel and for the reasons set forth in their accompanying memorandum.

Dated: November 25, 2026

Respectfully submitted,

*/s/ Sarah R. Goetz*

Sarah Goetz*
Jennifer Fountain Connolly*
Victoria S. Nugent*
Simon C. Brewer*
Robin F. Thurston+
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
sgoetz@democracyforward.org
jconnolly@democracyforward.org
vnugent@democracyforward.org
sbrewer@democracyforward.org
rthurston@democracyforward.org

Persis Yu (BBO #685951)
PROTECT BORROWERS (a fiscally sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, DC 20036
Phone: (202) 618-1328
persis@protectborrowers.org

R. T. Winston Berkman-Breen*
PROTECT BORROWERS (a fiscally sponsored project of the Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
winston@protectborrowers.org

*Counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County and Municipal Employees, National Education Association, and National Association of Social Workers*

* Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2026, I electronically filed the within document, and it is available for viewing and downloading from the Court's CM/ECF System, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/ *Sarah R. Goetz*
Sarah Goetz