**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL COUNCIL OF NONPROFITS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA McMAHON, *et al.*,<br><br>*Defendants*. | Case No. 25-13242-MJJ |

**[PROPOSED]**
**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

Upon consideration of Plaintiffs' motion for attorneys' fees and all papers filed in connection with the motion, it is hereby ORDERED that Plaintiffs' motion for attorneys' fees is GRANTED. Defendants are DIRECTED to pay $106,055.76 to the Democracy Forward Foundation within thirty days (30) of this Order.

_________________, 2026

_______________________________
Hon. Myong J. Joun
United States District Judge