**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **National Council of Nonprofits** et al.,<br>*Plaintiffs*<br>v.<br>**Linda McMahon** et al.,<br>*Defendants* | **Case No. 25-cv-13242-MJJ** |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES**

| | **EXHIBIT DESCRIPTION** |
|---|---|
| **Ex. 1** | Declaration of Diane Yentel (National Council of Nonprofits) |
| **Ex. 2** | Declaration of Michael Lukens (Amica Center for Immigrant Rights) |
| **Ex. 3** | Declaration of Angelica Salas (Coalition for Humane Immigrant Rights) |
| **Ex. 4** | Declaration of Vikram Swaruup (Legal Aid Society of the District of Columbia) |
| **Ex. 5** | Declaration of Rachel Kafele (Oasis Legal Services) |
| **Ex. 6** | Declaration of Sarah Goetz (Democracy Forward Foundation)<br>**Ex. A:** Democracy Forward Foundation attorney biographies<br>**Ex. B:** Time records of Sarah Goetz<br>**Ex. C:** Time records of Jennifer Fountain Connolly<br>**Ex. D:** Time records of Simon Brewer<br>**Ex. E:** Time records of Kristen Miller<br>**Ex. F:** Time records of Briana Clark, Sean Ouellette, and Victoria Nugent |
| **Ex. 7** | Declaration of Winston Berkman-Breen (Protect Borrowers)<br>**Ex. A:** Time records of Protect Borrowers attorneys |