# EXHIBIT 1

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MASSACHUSETTS**

**National Council of Nonprofits** et al.,

*Plaintiffs*

v.

**Linda McMahon** et al.,

*Defendants*

**Case No. 25-cv-13242-MJJ**

## DECLARATION OF DIANE YENTEL

I, Diane Yentel, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am the President and CEO of the National Council of Nonprofits (NCN), a plaintiff in *National Council of Nonprofits v. McMahon*, No. 25-cv-13242-MJJ (D. Mass.).

2. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

3. NCN is a nonprofit organization as described in the Internal Revenue Code, 26 U.S.C. § 501(c)(3), and is exempt from taxation under section 501(a) of the Code. NCN has fewer than 500 employees.

4. NCN does not owe any debt to the United States government.

5. NCN has assigned to Democracy Forward Foundation and Protect Borrowers any and all rights NCN may have to receive attorneys' fees and costs awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in this matter, to be allocated by and among cocounsel in accordance with a separate agreement between them and in accordance with applicable law.

6. NCN authorizes the United States government to pay any such award directly to Democracy Forward Foundation.

I declare under penalty of perjury that the foregoing is true and correct.

Washington, D.C.
November 23, 2026

Signed by:
Diane Yentel
F86F3E4F6B4340A...

Diane Yentel
President and CEO
National Council of Nonprofits