# EXHIBIT 2

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **National Council of Nonprofits** et al.,<br>*Plaintiffs*<br>v.<br>**Linda McMahon** et al.,<br>*Defendants* | **Case No. 25-cv-13242-MJJ** |

**DECLARATION OF MICHAEL LUKENS**

I, Michael Lukens, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Executive Director for the Capital Area Immigrants' Rights Coalition, d/b/a, the Amica Center for Immigrant Rights ("Amica Center"), a plaintiff in *National Council of Nonprofits v. McMahon*, No. 25-cv-13242-MJJ (D. Mass.).

2. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

3. Amica Center is a nonprofit organization as described in the Internal Revenue Code, 26 U.S.C. § 501(c)(3), and is exempt from taxation under section 501(a) of the Code. Amica Center has fewer than 500 employees.

4. Amica Center does not owe any debt to the United States government.

5. Amica Center has assigned to Democracy Forward Foundation and Protect Borrowers any and all rights Amica Center may have to receive attorneys' fees and costs awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in this matter, to be allocated by and

among cocounsel in accordance with a separate agreement between them and in accordance with applicable law.

6. Amica Center authorizes the United States government to pay any such award directly to Democracy Forward Foundation.

I declare under penalty of perjury that the foregoing is true and correct.

Washington, D.C.
November 23, 2026

______________________________
Michael Lukens