# EXHIBIT 3

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **National Council of Nonprofits** et al.,<br>*Plaintiffs*<br>v.<br>**Linda McMahon** et al.,<br>*Defendants* | **Case No. 25-cv-13242-MJJ** |

**DECLARATION OF ANGELICA SALAS**

I, Angelica Salas, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Executive Director for the Coalition for Humane Immigrant Rights (CHIRLA), a plaintiff in *National Council of Nonprofits v. McMahon*, No. 25-cv-13242-MJJ (D. Mass.).

2. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

3. CHIRLA is a nonprofit organization as described in the Internal Revenue Code, 26 U.S.C. § 501(c)(3), and is exempt from taxation under section 501(a) of the Code. CHIRLA has fewer than 500 employees.

4. CHIRLA does not owe any debt to the United States government.

5. CHIRLA has assigned to Democracy Forward Foundation and Protect Borrowers any and all rights CHIRLA may have to receive attorneys' fees and costs awarded under the Equal

Access to Justice Act, 28 U.S.C. § 2412, in this matter, to be allocated by and among cocounsel in accordance with a separate agreement between them and in accordance with applicable law.

6. CHIRLA authorizes the United States government to pay any such award directly to Democracy Forward Foundation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 23 November 2026 at Los Angeles, California.

____________________________________

ANGELICA SALAS