# EXHIBIT 4

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MASSACHUSETTS**

**National Council of Nonprofits** et al.,

*Plaintiffs*

v.

**Linda McMahon** et al.,

*Defendants*

**Case No. 25-cv-13242-MJJ**

## DECLARATION OF VIKRAM SWARUUP

I, Vikram Swaruup, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Executive Director of the Legal Aid Society of the District of Columbia (Legal Aid DC), a plaintiff in *National Council of Nonprofits v. McMahon*, No. 25-cv-13242-MJJ (D. Mass.).

2. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

3. Legal Aid DC is a nonprofit organization as described in the Internal Revenue Code, 26 U.S.C. § 501(c)(3), and is exempt from taxation under section 501(a) of the Code. Legal Aid DC has fewer than 500 employees.

4. Legal Aid DC does not owe any debt to the United States government.

5. Legal Aid DC has assigned to Democracy Forward Foundation and Protect Borrowers any and all rights Legal Aid DC may have to receive attorneys' fees and costs awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in this matter, to be allocated by and

among cocounsel in accordance with a separate agreement between them and in accordance with applicable law.

6. Legal Aid DC authorizes the United States government to pay any such award directly to Democracy Forward Foundation.

I declare under penalty of perjury that the foregoing is true and correct.

Washington, D.C.

November 23, 2026

DocuSigned by:
Vikram Swaruup
B9C7E9E08C6D4F1...

Vikram Swaruup