# EXHIBIT 5

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **National Council of Nonprofits** et al.,<br>*Plaintiffs*<br>v.<br>**Linda McMahon** et al.,<br>*Defendants* | **Case No. 25-cv-13242-MJJ** |

**DECLARATION OF RACHEL KAFELE**

I, Rachel Kafele, declare as follows:

1. I am the Director of Programs and Advocacy for Oasis Legal Services (Oasis), a plaintiff in *National Council of Nonprofits v. McMahon*, No. 25-cv-13242-MJJ (D. Mass.).

2. I am above the age of 18 and have personal knowledge of the facts set forth in this Declaration.

3. Oasis is a nonprofit organization as described in the Internal Revenue Code, 26 U.S.C. § 501(c)(3), and is exempt from taxation under section 501(a) of the Code. Oasis has fewer than 500 employees.

4. Oasis does not owe any debt to the United States government.

5. Oasis has assigned to Democracy Forward Foundation and Protect Borrowers any and all rights Oasis may have to receive attorneys' fees and costs awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in this matter, to be allocated by and among cocounsel in accordance with a separate agreement between them and in accordance with applicable law.

6. Oasis authorizes the United States government to pay any such award directly to Democracy Forward Foundation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 23rd day of November, 2026.

RACHEL KAFELE