# EXHIBIT 7

**DECLARATION OF R. T. WINSTON BERKMAN-BREEN IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS**

I, R. T. Winston Berkman-Breen, declare that, based on personal knowledge:

1. I am the Legal Director at Protect Borrowers, a fiscally sponsored project of the Shared Ascent Fund, counsel for Plaintiffs National Council of Nonprofits, City of Boston, City of Albuquerque, City of Chicago, Amica Center for Immigrant Rights, Coalition for Humane Immigrant Rights, Legal Aid Society of the District of Columbia, Oasis Legal Services, American Federation of Teachers, American Federation of State, County, and Municipal Employees, National Education Association, and National Association of Social Workers in *National Council of Nonprofits et al. v. McMahon et al.*, No. 1:25-cv-13242 (D. Mass.). I submit this Declaration in support of Plaintiffs' Motion for Award of Attorney's Fees and Costs.

2. I am over eighteen years old, of sound mind, and fully competent to make this declaration. The matters stated in this declaration are based on my personal knowledge, my review of contemporaneous records, and information I acquired in the course of performing my official duties.

3. The accompanying Exhibit A sets forth the time records of attorneys for Protect Borrowers David Nahmias, Khandice Lofton, Persis Yu, and Winston Berkman-Breen. The detailed account was compiled based on contemporaneously made records. The detailed account distinguishes between "Recorded Time" and "Billed Time," which reflects that I have exercised billing judgment.

4. As subject matter counsel, Protect Borrowers brought significant experience to the litigation, which involves the history, legal framework, and operation of the federal student loan system.

5. I have been Legal Director at Protect Borrowers since 2023, and first joined the organization as Policy Counsel in 2021. Protect Borrowers, formally known as the Student Borrower Protection Center and founded in 2018 by the student loan subject matter experts at the federal Consumer Financial Protection Bureau, is one of the nation's leading legal advocacy organizations focused on student loans. Prior to joining Protect Borrowers, I was the Student Loan Ombudsman at the New York State Department of Financial Services, the state's financial regulator, for two years. In that role I was the subject matter expert on federal and private student loan law and policy for the State of New York, and oversaw the licensure and supervision of student loan servicers. Prior to working at the Department of Financial Services, I was a legal services attorney for two years, representing low-income clients in Massachusetts and New York, at the Project on Predatory Student Lending at Harvard Law School and at the New York Legal Assistance Group. My practice included advising clients on their federal student loans and representing private student loan borrowers in litigation against their creditors. Since 2023 I have been an adjunct faculty member at NYU School of Law, where I teach a seminar on consumer protection law to second- and third-year law students. I graduated from Tufts University in 2010, and earned a J.D. from NYU School of Law and a Master of Public Administration from NYU Wagner Graduate School of Public Service in 2017. I am admitted to practice in the State of New York, in the U.S. District Courts for the Southern and Eastern Districts of New York and the District of Columbia, and in the 1st Circuit Court of Appeals.

6. David Nahmias was a Legal Fellow with Protect Borrowers from March 2024 until March 2026, including during the time of this litigation. He was also the Legal Director at the Berkeley Center for Consumer Law and Economic Justice at the University of California, Berkeley, which he joined in 2022, and where he represented coalitions of advocacy

organizations and law student groups in dozens of federal and state appellate cases, regulatory proceedings, and legislative bills. Prior to Berkeley, David was a judicial law clerk for the U.S. District Court for the Northern District of California and was a staff attorney for three years with the Impact Fund, where he advocated for low-wage LGBTQ workers in California. David earned a J.D. from the University of California, Berkeley, in 2018, and B.A. in international relations and Spanish from Claremont McKenna College in 2010. David is licensed to practice law in California, and is admitted to the U.S Supreme Court, U.S. Courts of Appeals for the 5th, 7th, 8th, 9th, and D.C. Circuits, and the U.S. District Courts for the Northern and Central Districts of California.

7. Khandice Lofton was Counsel with Protect Borrowers from February 2023 until May 2026, including during the time of this litigation. Prior to joining Protect Borrowers, Khandice was a staff attorney with the Legal Aid of West Virginia for one and a half years. Khandice earned a J.D. from University of Dayton School of Law in 2021 and her B.A. from Tuskegee University in 2018. She is admitted to practice law in West Virginia and Ohio.

8. Persis Yu is the Deputy Executive Director & Managing Counsel at Protect Borrowers, which she joined in 2021. Persis is a nationally recognized expert on consumer protection and student loan issues and has over a decade of experience representing low-income consumers. She has also testified before Congress on multiple occasions regarding the impact of student loan debt on borrowers and the need for reform in the student loan system. Persis was previously a staff attorney at the National Consumer Law Center for ten years and the director of its Student Loan Borrower Assistance Project. Prior to joining NCLC, Persis was a Hanna S. Cohn Equal Justice Fellow at Empire Justice Center in Rochester, New York, for two years. Her fellowship project focused on credit reporting issues facing low-income consumers, specifically in the areas

of accuracy, housing, and employment. Persis earned a J.D. from the Seattle University School of Law in 2009, a Master of Social Work from the University of Washington in 2006, and a B.A. from Mount Holyoke College in 2003. She is admitted to practice law in Massachusetts, New York, and Washington, D.C., the U.S. District Courts for the District of Massachusetts, District of Columbia, and Western District of New York, the U.S. Courts of Appeal for the 1st and 11th Circuits, and the Supreme Court of the United States.

9. The time spent by the case team litigating this case was necessary and reasonable in light of the significant relief obtained.

10. In order to obtain meaningful relief, Plaintiffs had to move the litigation quickly—which required shared responsibilities and close coordination among members of the co-counsel team. Protect Borrowers provided subject matter expertise on the Public Service Loan Forgiveness (PSLF) program and relevant provisions of the federal Higher Education Act. This subject matter expertise was particularly important given the speed at which this litigation proceeded at the outset.

11. As explained in the memorandum of law accompanying Plaintiffs' motion, the statutory hourly rate of $125 for Equal Access to Justice Act fees, adjusted for cost-of-living increases, is $267.57.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2026.

R. T. Winston Berkman-Breen

# EXHIBIT A

| Date | Description | Recorded Time | Billed Time | User |
|---|---|---|---|---|
| 7/2/2025 | Call w/ legal team | 1.25 | 0 | David Nahmias |
| 7/9/2025 | Start standing memo | 0.3 | 0.3 | David Nahmias |
| 7/10/2025 | Attend PSLF briefing | 1 | 0 | David Nahmias |
| 7/15/2025 | Draft standing memo | 2.5 | 2.5 | David Nahmias |
| 7/16/2025 | Draft standing memo | 1 | 1 | David Nahmias |
| 7/17/2025 | Draft standing memo | 0.3 | 0.3 | David Nahmias |
| 7/17/2025 | Strategic meeting w/ SBPC team | 0.5 | 0 | David Nahmias |
| 7/17/2025 | Draft standing memo | 1.5 | 1.5 | David Nahmias |
| 7/22/2025 | Mtg w/ AFSCME | 0.5 | 0.5 | David Nahmias |
| 7/23/2025 | Mtg w/ SEIU | 0.5 | 0.5 | David Nahmias |
| 7/23/2025 | Research PSLF leg history | 1.3 | 1.3 | David Nahmias |
| 7/24/2025 | Draft standing memo | 1 | 1 | David Nahmias |
| 7/24/2025 | Review demand letter | 1 | 0 | David Nahmias |
| 7/25/2025 | Mtg w/ Fenway Health | 1 | 1 | David Nahmias |
| 7/28/2025 | Draft standing memo | 0.5 | 0.5 | David Nahmias |
| 7/28/2025 | Attend Legal Team meeting | 1 | 0 | David Nahmias |
| 7/30/2025 | Draft standing memo | 3 | 0 | David Nahmias |
| 7/31/2025 | Draft standing memo | 1 | 0 | David Nahmias |
| 7/31/2025 | Mtg w/ SBPC team | 1 | 0 | David Nahmias |
| 7/31/2025 | Edit doc for plaintiffs | 2 | 0 | David Nahmias |
| 8/6/2025 | Draft standing memo | 0.5 | 0 | David Nahmias |
| 8/7/2025 | Draft standing memo | 0.8 | 0 | David Nahmias |
| 8/10/2025 | Draft standing memo | 0.5 | 0 | David Nahmias |
| 8/11/2025 | Mtg w/ litigation team | 1 | 0 | David Nahmias |
| 8/14/2025 | Emails re: cities teams | 0.2 | 0 | David Nahmias |
| 8/19/2025 | Call w/ Oasis | 0.5 | 0.5 | David Nahmias |
| 8/19/2025 | Call w/ City of Chicago | 0.5 | 0.5 | David Nahmias |
| 8/19/2025 | Call w/ CCSF | 0.5 | 0.5 | David Nahmias |
| 8/19/2025 | Send follow-up emails | 1 | 0 | David Nahmias |
| 8/20/2025 | Follow-up emails | 0.3 | 0 | David Nahmias |
| 8/27/2025 | Emails re: cities teams | 0.5 | 0 | David Nahmias |
| 9/3/2025 | Call w/ Manuel at SFUSD | 0.5 | 0.5 | David Nahmias |
| 9/4/2025 | Call w/ CHRLA | 0.5 | 0.5 | David Nahmias |
| 9/4/2025 | Call w/ WBB | 0.5 | 0.5 | David Nahmias |
| 9/4/2025 | Prepare follow-up emails | 0.5 | 0 | David Nahmias |
| 9/5/2025 | Call w/ SELC | 0.5 | 0.5 | David Nahmias |
| 9/5/2025 | Call w/ MassLeague | 0.5 | 0.5 | David Nahmias |
| 9/9/2025 | Call w/ City of Chicago | 0.5 | 0.5 | David Nahmias |

| Date | Description | Recorded Time | Billed Time | User |
|---|---|---|---|---|
| 9/9/2025 | Call w/ Fenway Health | 0.5 | 0.5 | David Nahmias |
| 9/9/2025 | Call w/ DFF | 1 | 1 | David Nahmias |
| 9/9/2025 | Finalize article III injury in fact memo | 0.5 | 0.5 | David Nahmias |
| 9/9/2025 | email plaintiffs | 0.3 | 0.3 | David Nahmias |
| 9/15/2025 | Call w/ CCSF | 0.5 | 0.5 | David Nahmias |
| 9/15/2025 | Call w/ Santa Clara County Counsel | 0.5 | 0.5 | David Nahmias |
| 9/15/2025 | Call w/ SFUSD | 0.3 | 0.3 | David Nahmias |
| 9/18/2025 | Call w/ DFF | 0.5 | 0.5 | David Nahmias |
| 9/22/2025 | Call w/ Molly A re: CCSF as pltff | 0.3 | 0.3 | David Nahmias |
| 9/23/2025 | Prepare Compl | 1 | 1 | David Nahmias |
| 9/25/2025 | Oasis call | 0.5 | 0.5 | David Nahmias |
| 9/30/2025 | Review complaint | 1.5 | 1.5 | David Nahmias |
| 10/1/2025 | Meeting w/ DFF | 0.8 | 0.8 | David Nahmias |
| 10/1/2025 | Review complaint | 2 | 2 | David Nahmias |
| 10/2/2025 | Review complaint, CCSF outline, and template dec | 4 | 4 | David Nahmias |
| 10/3/2025 | Prepare and send CCSF draft | 0.8 | 0.8 | David Nahmias |
| 10/7/2025 | Review model city dec | 0.2 | 0.2 | David Nahmias |
| 10/7/2025 | Draft association standing dec | 0.3 | 0.3 | David Nahmias |
| 10/8/2025 | Review assocation standing dec | 0.5 | 0.5 | David Nahmias |
| 10/8/2025 | Call w/ City of Albuquerque and f/u | 0.8 | 0.8 | David Nahmias |
| 10/8/2025 | Co-Counsel call | 0.8 | 0.8 | David Nahmias |
| 10/10/2025 | Call w/ WBB, DF and SEIU | 0.5 | 0.5 | David Nahmias |
| 10/10/2025 | Follow up on SEIU call | 0.5 | 0 | David Nahmias |
| 10/14/2025 | Respond to Kristin M email re NCN | 0.5 | 0 | David Nahmias |
| 10/15/2025 | Call w/ AG's | 0.6 | 0.6 | David Nahmias |
| 10/15/2025 | DFF, PB & CCSF call | 0.5 | 0.5 | David Nahmias |
| 10/15/2025 | Email follow-ups | 0.3 | 0.3 | David Nahmias |
| 10/17/2025 | Call w/ Winston and Kristen | 1 | 1 | David Nahmias |
| 10/19/2025 | Draft MSJ initial | 0.5 | 0.5 | David Nahmias |
| 10/19/2025 | Email santa clara county | 0.2 | 0.2 | David Nahmias |
| 10/20/2025 | Call w/ Santa Clara County | 0.6 | 0.6 | David Nahmias |
| 10/21/2025 | Call w/ WBB | 0.5 | 0.5 | David Nahmias |
| 10/22/2025 | Co-Counsel Call | 0.8 | 0.8 | David Nahmias |
| 10/23/2025 | Call w/ Molly A | 0.4 | 0.4 | David Nahmias |
| 10/24/2025 | Call w/ Santa Clara County | 1 | 1 | David Nahmias |
| 10/24/2025 | Review complaint, SF CIA | 1 | 1 | David Nahmias |
| 10/26/2025 | Edit complaint | 1.8 | 1.8 | David Nahmias |
| 10/26/2025 | Edit complaint | 3.5 | 3.5 | David Nahmias |

| Date | Description | Recorded Time | Billed Time | User |
|---|---|---|---|---|
| 10/27/2025 | Call w/ WBB re complaint | 1 | 1 | David Nahmias |
| 10/27/2025 | Meeting w/ DFF re: Comms | 0.5 | 0 | David Nahmias |
| 10/28/2025 | Revise complaint | 2 | 2 | David Nahmias |
| 10/28/2025 | Call w/ WBB | 1.5 | 1.5 | David Nahmias |
| 10/28/2025 | Review complaint | 2 | 2 | David Nahmias |
| 10/28/2025 | Revise complaint | 1 | 1 | David Nahmias |
| 10/29/2025 | Revise complaint | 1.5 | 1.5 | David Nahmias |
| 10/29/2025 | Co-counsel Call | 1 | 1 | David Nahmias |
| 10/29/2025 | call w/ plaintiffs | 1 | 1 | David Nahmias |
| 10/29/2025 | Revise complaint | 3 | 3 | David Nahmias |
| 10/30/2025 | Communication w/ co-counsel | 0.3 | 0.3 | David Nahmias |
| 10/30/2025 | Call w/ WBB and SF | 0.5 | 0.5 | David Nahmias |
| 10/31/2025 | Revise complaint | 1.5 | 1.5 | David Nahmias |
| 11/2/2025 | Finalize complaint | 2 | 2 | David Nahmias |
| 11/4/2025 | Email PSLF commenters | 0.3 | 0 | David Nahmias |
| 11/4/2025 | Prepare PHV motion | 0.3 | 0.3 | David Nahmias |
| 11/5/2025 | Prepare PB, SC, SF motion and certs | 1.5 | 1.5 | David Nahmias |
| 11/5/2025 | Call w/ AGs | 0.5 | 0.5 | David Nahmias |
| 11/6/2025 | Call w. Cocounsel | 0.5 | 0.5 | David Nahmias |
| 11/6/2025 | File PHV motions | 0.3 | 0.3 | David Nahmias |
| 11/10/2025 | Prepare and file NOA, email cocounsel | 0.5 | 0.5 | David Nahmias |
| 11/14/2025 | Docket cleanup email | 0.3 | 0 | David Nahmias |
| 11/17/2025 | Call w/ SCC and email f/u | 0.7 | 0.7 | David Nahmias |
| 11/18/2025 | Call w/ Winston | 0.5 | 0 | David Nahmias |
| 11/18/2025 | Cocounsel meeting | 0.5 | 0.5 | David Nahmias |
| 11/21/2025 | Call w/ John K | 0.2 | 0 | David Nahmias |
| 11/21/2025 | Email local govt plaintiffs | 0.2 | 0.2 | David Nahmias |
| 11/24/2025 | Email coordination with local govt plaintiffs | 0.4 | 0.4 | David Nahmias |
| 11/24/2025 | Draft bullets for web roundup | 0.5 | 0 | David Nahmias |
| 11/25/2025 | Call w/ WBB | 0.5 | 0 | David Nahmias |
| 12/1/2025 | Prep for call w/ plaintiffs | 0.5 | 0 | David Nahmias |
| 12/1/2025 | Call w/ Meredith J | 0.5 | 0.5 | David Nahmias |
| 12/1/2025 | Call w/ local govt plaintiffs | 1 | 1 | David Nahmias |
| 12/2/2025 | Call w/ WBB | 0.5 | 0 | David Nahmias |
| 12/2/2025 | Call w/ DF | 0.5 | 0.5 | David Nahmias |
| 12/5/2025 | Email coordination re: briefing | 0.5 | 0 | David Nahmias |
| 12/7/2025 | Prepare motion for briefing schedule | 0.5 | 0.5 | David Nahmias |

| Date | Description | Recorded Time | Billed Time | User |
|---|---|---|---|---|
| 12/16/2025 | Call w/ Jennifer C and NYC re amicus briefs | 0.5 | 0 | David Nahmias |
| 12/16/2025 | Draft MSJ outline and timeline | 1 | 1 | David Nahmias |
| 12/17/2025 | Call w/ WBB | 0.5 | 0 | David Nahmias |
| 12/30/2025 | Draft MSJ section | 1 | 1 | David Nahmias |
| 12/31/2025 | Caselaw research & read final rule | 2 | 2 | David Nahmias |
| 12/31/2025 | Draft MSJ section | 2 | 2 | David Nahmias |
| 1/5/2026 | Call w/ WBB and KL re: MSJ briefing | 1 | 1 | David Nahmias |
| 1/5/2026 | Review KL outline | 0.5 | 0 | David Nahmias |
| 1/7/2026 | Edits to draft | 0.5 | 0 | David Nahmias |
| 1/12/2026 | Edit KL draft | 2.5 | 0 | David Nahmias |
| 1/13/2026 | Call w/ WBB and KL re: MSJ briefing | 1 | 0 | David Nahmias |
| 1/13/2026 | Emails re amicus briefs | 0.3 | 0.3 | David Nahmias |
| 1/13/2026 | Review AR and draft atty dec | 1 | 1 | David Nahmias |
| 1/13/2026 | Draft MSJ section | 0.5 | 0 | David Nahmias |
| 1/13/2026 | Draft MSJ section | 4 | 0 | David Nahmias |
| 1/14/2026 | Call w/ DFF | 0.5 | 0.5 | David Nahmias |
| 1/15/2026 | Revise MSJ brief w/ WBB | 1 | 0 | David Nahmias |
| 1/15/2026 | Review MSJ edits | 0.5 | 0 | David Nahmias |
| 1/19/2026 | Revise MSJ standing | 1 | 0 | David Nahmias |
| 1/20/2026 | Call w/ Winston | 0.5 | 0 | David Nahmias |
| 1/22/2026 | Revise MSJ standing | 1.3 | 0 | David Nahmias |
| 1/23/2026 | Revise MSJ standing | 1 | 0 | David Nahmias |
| 1/26/2026 | Meeting w/ WBB | 0.5 | 0 | David Nahmias |
| 1/28/2026 | Call w/ SF and SCC re decs | 0.5 | 0.5 | David Nahmias |
| 1/29/2026 | Call w/ cocounsel | 0.5 | 0.5 | David Nahmias |
| 1/31/2026 | Review AFT dec | 0.3 | 0.3 | David Nahmias |
| 2/3/2026 | Call w/ Winston re: MSJ | 0.5 | 0 | David Nahmias |
| 2/3/2026 | Research and draft illegality section | 2 | 2 | David Nahmias |
| 2/3/2026 | Read MSJ brief | 2 | 2 | David Nahmias |
| 2/4/2026 | Call w/ Laura Trice re: brief | 0.3 | 0.3 | David Nahmias |
| 2/5/2026 | Call w/ States | 0.8 | 0.8 | David Nahmias |
| 2/5/2026 | Call w/ co-counsel | 0.6 | 0.6 | David Nahmias |
| 2/9/2026 | Edit MSJ | 0.5 | 0.5 | David Nahmias |
| 2/9/2026 | Prepare brief for Abby cite check | 0.3 | 0.3 | David Nahmias |
| 2/10/2026 | Call w/ WBB | 0.6 | 0.6 | David Nahmias |
| 2/12/2026 | Review legal aid amicus | 0.8 | 0 | David Nahmias |
| 2/12/2026 | Incorporate SF/SCC/Abby edits; dec cites to MSJ | 3.2 | 3.2 | David Nahmias |

| Date | Description | Recorded Time | Billed Time | User |
|---|---|---|---|---|
| 2/13/2026 | Finalze for filing | 1 | 1 | David Nahmias |
| 2/24/2026 | Call w/ Winston | 0.5 | 0 | David Nahmias |
| 2/25/2026 | Draft amicus brief press release | 2 | 0 | David Nahmias |
| | **David Nahmias Total** | **135.25** | **93.3** | |
| 10/2/2025 | Revising memo on regulatory burden and researching more case law | 4 | 4 | Khandice Lofton |
| 10/8/2025 | Drafting AFT declaration | 1.8 | 1.8 | Khandice Lofton |
| 10/8/2025 | Making edits to regulatory burden memo | 2.6 | 2.6 | Khandice Lofton |
| 1/5/2026 | shared outline with WBB and DN | 0.1 | 0 | Khandice Lofton |
| 1/5/2026 | Continued research and drafting outline | 2.5 | 0 | Khandice Lofton |
| 1/5/2026 | Meeting with DN and WBB about MSJ and drafting sections | 1 | 0 | Khandice Lofton |
| 1/5/2026 | Outlining and beginning research for MSJ sections | 1.5 | 0 | Khandice Lofton |
| 1/7/2026 | Continued drafting MSJ sections | 2.5 | 0 | Khandice Lofton |
| 1/7/2026 | Continuing with research and drafting sections for MSJ | 2 | 0 | Khandice Lofton |
| 1/8/2026 | Drafting sections for MSJ | 2.5 | 2.5 | Khandice Lofton |
| 1/8/2026 | Researching law and drafting MSJ sections for review | 2.5 | 0 | Khandice Lofton |
| 1/9/2026 | Finished editing draft and shared with WBB and DN | 0.4 | 0 | Khandice Lofton |
| 1/9/2026 | Reviewing and editing draft sections for MSJ | 1.8 | 0 | Khandice Lofton |
| 1/9/2026 | Drafting SOF for summary judgment motion | 3 | 0 | Khandice Lofton |
| 1/9/2026 | Continued research and began drafting MSJ sections | 3 | 0 | Khandice Lofton |
| 1/13/2026 | Discussed edits to PSLF MSJ drafts | 1 | 0 | Khandice Lofton |
| 1/14/2026 | Finish drafting standing section and editing | 1.8 | 1.8 | Khandice Lofton |
| 1/14/2026 | Researching and drafting standing section | 2 | 2 | Khandice Lofton |
| 3/19/2026 | Checking in on next steps re: drafting reply to MTD and Summary judgment | 0.5 | 0 | Khandice Lofton |
| 3/20/2026 | Review motion to dismiss and for summary judgment by OP, check case citations | 1 | 0 | Khandice Lofton |
| 3/23/2026 | Reviewing MTD and SJ cases for accurate citations | 1 | 0 | Khandice Lofton |
| 3/23/2026 | Finish thorough review of motion to dismiss and summary judgment, researching case cites | 1 | 0 | Khandice Lofton |
| 3/24/2026 | Final review of case citations and reviewed WBB notes | 1.5 | 0 | Khandice Lofton |
| 3/24/2026 | Checking case citations in MTD and SJ brief | 1 | 0 | Khandice Lofton |
| 3/24/2026 | Discussed notes and edits to case citations to forward to PSLF | 0.1 | 0 | Khandice Lofton |
| 5/27/2026 | Drafted notice of withdrawal to send to WBB | 0.3 | 0 | Khandice Lofton |
| 5/27/2026 | Filed notice of withdrawal with the court | 0.1 | 0 | Khandice Lofton |
| 5/27/2026 | Edited notice of withdrawal and prepped for filing | 0.1 | 0 | Khandice Lofton |
| 5/28/2026 | Sat in on moot to hear practice for upcoming June 3 hearing | 1.5 | 0 | Khandice Lofton |
| 5/29/2026 | Moot court with the states | 2 | 0 | Khandice Lofton |
| | **Khandice Lofton Total** | **46.1** | **14.7** | |
| 3/12/2025 | Initial strategy call w/ potential co-counsel | 1 | 1 | Persis Yu |
| 3/18/2025 | Initial co-counseling meeting w/ DF | 1 | 1 | Persis Yu |
| 3/21/2025 | review and edit complaint | 1 | 0 | Persis Yu |

| Date | Description | Recorded Time | Billed Time | User |
|---|---|---|---|---|
| 3/21/2025 | Call w/ potential plaintiff (NAACP) | 1 | 1 | Persis Yu |
| 3/24/2025 | Phone call with potential plaintiff City of Boston | 0.5 | 0.5 | Persis Yu |
| 3/27/2025 | call w/ potential plaintiff AAUW | 0.5 | 0.5 | Persis Yu |
| 3/31/2025 | check in call with DF | 0.5 | 0.5 | Persis Yu |
| 4/3/2025 | co counsel meeting w/ df | 0.5 | 0.5 | Persis Yu |
| 6/9/2025 | review complaint | 1.5 | 0 | Persis Yu |
| 7/3/2025 | call w/ Dallas @ Fenway re potential plaintiff | 0.5 | 0.5 | Persis Yu |
| 7/22/2025 | meeting with potential plaintiff afscme | 0.5 | 0.5 | Persis Yu |
| 7/25/2025 | meeting w potential plaintiiff Fenway health | 1 | 1 | Persis Yu |
| 9/9/2025 | meeting w/ co counsel | 0.5 | 0.5 | Persis Yu |
| 9/9/2025 | meeting w/ potential plaintiff Fenway | 1 | 1 | Persis Yu |
| 9/18/2025 | meeting w/ cocounsel | 0.5 | 0.5 | Persis Yu |
| 9/24/2025 | meeting w/ cocounsel | 0.8 | 0.8 | Persis Yu |
| 9/24/2025 | meeting w/ potential plaintiff oasis | 0.5 | 0.5 | Persis Yu |
| 9/30/2025 | review retainer | 0.8 | 0 | Persis Yu |
| 10/8/2025 | co-counsel meeting | 0.8 | 0.8 | Persis Yu |
| 10/9/2025 | review common interest agreement with San Francisco | 0.7 | 0.7 | Persis Yu |
| 10/10/2025 | review and edit complaint | 1 | 1 | Persis Yu |
| 10/15/2025 | meeting w/ state AGOs | 1 | 1 | Persis Yu |
| 10/22/2025 | meeting with co-counsel | 0.8 | 0.8 | Persis Yu |
| 10/22/2025 | meeting with states | 0.5 | 0.5 | Persis Yu |
| 10/27/2025 | meeting with co-counsel | 0.5 | 0.5 | Persis Yu |
| 10/27/2025 | email boston re retainer | 0.2 | 0 | Persis Yu |
| 10/27/2025 | call with potential plaintiff Boston | 0.5 | 0.5 | Persis Yu |
| 10/29/2025 | meeting w/ co-counsel | 0.8 | 0.8 | Persis Yu |
| 10/29/2025 | meeting with states | 0.5 | 0.5 | Persis Yu |
| 10/31/2025 | call with co-counsel re filing plan | 0.8 | 0.8 | Persis Yu |
| 11/2/2025 | co-counsel meeting re SJ motion | 0.8 | 0.8 | Persis Yu |
| 11/2/2025 | review and edit complaint | 1 | 1 | Persis Yu |
| 3/16/2026 | review Defendant's response MTD/MSJ | 1.2 | 1.2 | Persis Yu |
| 3/19/2026 | call with co-counsel re reply brief | 0.5 | 0.5 | Persis Yu |
| | **Persis Yu Total** | **25.2** | **21.7** | |
| 3/12/2025 | Initial strategy call w/ potential co-counsel | 1 | 1 | Winston Berkman-Breen |
| 3/18/2025 | Initial co-counseling meeting w/ DF | 1 | 1 | Winston Berkman-Breen |
| 3/21/2025 | Call w/ potential plaintiff (NAACP) | 1 | 1 | Winston Berkman-Breen |
| 3/27/2025 | call w/ potential plaintiff AAUW | 0.5 | 0.5 | Winston Berkman-Breen |
| 3/31/2025 | check in call with DF | 0.5 | 0.5 | Winston Berkman-Breen |

| Date | Description | Recorded Time | Billed Time | User |
|---|---|---|---|---|
| 4/3/2025 | co counsel meeting w/ df | 0.5 | 0.5 | Winston Berkman-Breen |
| 4/7/2025 | meeting with Amanda at UC Berkeley re students and PSLF | 0.5 | 0.5 | Winston Berkman-Breen |
| 4/10/2025 | meeting with NNU re PSLF EO | 1 | 1 | Winston Berkman-Breen |
| 7/22/2025 | meeting with potential plaintiff afscme | 0.5 | 0.5 | Winston Berkman-Breen |
| 7/31/2025 | meet with co-counsel | 0.5 | 0.5 | Winston Berkman-Breen |
| 8/6/2025 | meet with CHIRLA re being plaintiff | 0.5 | 0.5 | Winston Berkman-Breen |
| 8/7/2025 | Meeting with SELC re being plaintiff | 0.5 | 0.5 | Winston Berkman-Breen |
| 8/19/2025 | Call w/ Oasis re being plaintiff | 0.5 | 0.5 | Winston Berkman-Breen |
| 8/19/2025 | Call w/ City of Chicago re being plaintiff | 0.5 | 0.5 | Winston Berkman-Breen |
| 8/19/2025 | Call w/ CCSF re being plaintiff | 0.5 | 0.5 | Winston Berkman-Breen |
| 9/2/2025 | Call with NAACP re being plaintiff | 0.5 | 0.5 | Winston Berkman-Breen |
| 9/5/2025 | Call w/ SELC re being plaintiff | 0.5 | 0.5 | Winston Berkman-Breen |
| 9/9/2025 | meeting w/ co counsel | 0.5 | 0.5 | Winston Berkman-Breen |
| 9/9/2025 | meeting w/ potential plaintiff Fenway | 1 | 1 | Winston Berkman-Breen |
| 9/9/2025 | Call w/ City of Chicago | 0.5 | 0.5 | Winston Berkman-Breen |
| 9/15/2025 | Meet with City of Boston to be plaintiff | 0.5 | 0.5 | Winston Berkman-Breen |
| 9/18/2025 | meeting w/ cocounsel | 0.5 | 0.5 | Winston Berkman-Breen |
| 9/24/2025 | Meeting with DF | 0.8 | 0.8 | Winston Berkman-Breen |
| 9/29/2025 | complaint drafting | 1.3 | 1.3 | Winston Berkman-Breen |
| 9/29/2025 | complaint drafting | 2 | 2 | Winston Berkman-Breen |
| 9/29/2025 | complaint drafting | 1 | 1 | Winston Berkman-Breen |
| 9/30/2025 | complaint drafting | 2.5 | 2.5 | Winston Berkman-Breen |
| 10/1/2025 | Meeting with DF | 0.8 | 0.8 | Winston Berkman-Breen |
| 10/2/2025 | draft template nonprofit declaration | 2.8 | 2.8 | Winston Berkman-Breen |
| 10/2/2025 | email plaintiffs re retainer and DF | 0.3 | 0.3 | Winston Berkman-Breen |
| 10/3/2025 | Draft government dec template | 0.9 | 0.9 | Winston Berkman-Breen |
| 10/3/2025 | Review DN's comments to complaint and share with DF | 0.9 | 0.9 | Winston Berkman-Breen |
| 10/10/2025 | Call with SEIU re being plaintiff | 0.5 | 0.5 | Winston Berkman-Breen |
| 10/15/2025 | meeting w/ state AGOs | 1 | 1 | Winston Berkman-Breen |
| 10/15/2025 | DFF, PB & CCSF call | 0.5 | 0.5 | Winston Berkman-Breen |
| 10/16/2025 | Meet with AFSCME to be plaintiff | 0.5 | 0.5 | Winston Berkman-Breen |
| 10/17/2025 | Call w/ David and Kristen re complaint | 1 | 1 | Winston Berkman-Breen |
| 10/22/2025 | Meeting with DF | 0.8 | 0.8 | Winston Berkman-Breen |
| 10/22/2025 | Meet with states | 1 | 1 | Winston Berkman-Breen |
| 10/24/2025 | complaint drafting | 2.3 | 2.3 | Winston Berkman-Breen |
| 10/24/2025 | complaint drafting | 1.3 | 1.3 | Winston Berkman-Breen |
| 10/24/2025 | Meet with NEA to discuss dec | 0.5 | 0.5 | Winston Berkman-Breen |

| Date | Description | Recorded Time | Billed Time | User |
|---|---|---|---|---|
| 10/25/2025 | complaint drafting | 1.3 | 1.3 | Winston Berkman-Breen |
| 10/27/2025 | complaint drafting | 1 | 1 | Winston Berkman-Breen |
| 10/27/2025 | complaint drafting | 1 | 1 | Winston Berkman-Breen |
| 10/28/2025 | complaint drafting | 1.5 | 1.5 | Winston Berkman-Breen |
| 10/29/2025 | complaint drafting | 4.8 | 4.8 | Winston Berkman-Breen |
| 10/29/2025 | meet with plaintiffs | 0.7 | 0.7 | Winston Berkman-Breen |
| 10/29/2025 | Meeting with DF | 0.8 | 0.8 | Winston Berkman-Breen |
| 10/29/2025 | complaint drafting | 1.5 | 1.5 | Winston Berkman-Breen |
| 10/29/2025 | meeting with states | 0.5 | 0.5 | Winston Berkman-Breen |
| 10/30/2025 | complaint drafting | 1.2 | 1.2 | Winston Berkman-Breen |
| 10/31/2025 | Share draft complaint with plaintiffs | 0.2 | 0.2 | Winston Berkman-Breen |
| 11/5/2025 | meeting w/ state AGOs | 1 | 1 | Winston Berkman-Breen |
| 11/18/2025 | meeting with co-counsel | 0.5 | 0.5 | Winston Berkman-Breen |
| 12/2/2025 | meeting with co-counsel | 0.5 | 0.5 | Winston Berkman-Breen |
| 1/5/2026 | Call David re: MSJ briefing | 1 | 1 | Winston Berkman-Breen |
| 1/12/2026 | Review draft MSJ sections | 1.3 | 0 | Winston Berkman-Breen |
| 1/13/2026 | Meet with DN and KL re MSJ | 1 | 0 | Winston Berkman-Breen |
| 1/14/2026 | Meet with cocounsel | 0.8 | 0.8 | Winston Berkman-Breen |
| 1/15/2026 | MSJ drafting | 1.5 | 1.5 | Winston Berkman-Breen |
| 1/15/2026 | Meet with DN re MSJ | 1 | 0 | Winston Berkman-Breen |
| 1/28/2026 | Meet with SF and SCC to discuss brief | 0.5 | 0.5 | Winston Berkman-Breen |
| 1/29/2026 | Meet with DF re MSJ brief | 0.5 | 0.5 | Winston Berkman-Breen |
| 2/4/2026 | review compiled MSJ brief | 1.3 | 1.3 | Winston Berkman-Breen |
| 2/5/2026 | Meet with SF, SCC, and DF re MSJ brief | 0.8 | 0.8 | Winston Berkman-Breen |
| 2/7/2026 | Review revised MSJ brief | 1.9 | 1.9 | Winston Berkman-Breen |
| 2/8/2026 | Finalize plaintiff declarations | 1 | 1 | Winston Berkman-Breen |
| 2/9/2026 | Send draft MSJ brief to states | 0.1 | 0.1 | Winston Berkman-Breen |
| 2/9/2026 | Clean up and circulate draft MSJ brief to plaintiffs | 0.3 | 0.3 | Winston Berkman-Breen |
| 2/9/2026 | Meet with NEA to discuss declaration | 0.3 | 0.3 | Winston Berkman-Breen |
| 2/11/2026 | Input plaintiff declarations cites into MSJ brief | 2.3 | 2.3 | Winston Berkman-Breen |
| 2/12/2026 | Input plaintiff declarations cites into MSJ brief | 1.7 | 1.7 | Winston Berkman-Breen |
| 2/12/2026 | Input plaintiff declarations cites into MSJ brief | 1.5 | 1.5 | Winston Berkman-Breen |
| 3/27/2026 | Review reply draft | 1.8 | 1.8 | Winston Berkman-Breen |
| 3/29/2026 | Review reply draft | 1.2 | 1.2 | Winston Berkman-Breen |
| 4/6/2026 | review edits to reply draft from co-counsel | 0.2 | 0.2 | Winston Berkman-Breen |
| 4/9/2026 | Meet with co-counsel to discuss next steps | 0.5 | 0.5 | Winston Berkman-Breen |
| 5/27/2026 | Prep for hearing moot | 1.3 | 1.3 | Winston Berkman-Breen |

| Date | Description | Recorded Time | Billed Time | User |
|---|---|---|---|---|
| 5/28/2026 | Moot for hearing | 2 | 2 | Winston Berkman-Breen |
| 5/29/2026 | Moot for hearing | 2 | 2 | Winston Berkman-Breen |
| 6/3/2026 | MSJ hearing | 2 | 2 | Winston Berkman-Breen |
| | **Winston Berkman-Breen Total** | **82.5** | **79.2** | |
| | **Total** | **289.05** | **208.9** | |